IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN S. ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 90-162C |
| | ) | and consolidated cases |
| THE UNITED STATES, | ) | (Judge Bush) |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO SUSPEND PROCEEDINGS
CONCERNING DEFENDANT'S MOTION FOR RECONSIDERATION

Plaintiffs and defendant respectfully request that the Court suspend all proceedings concerning defendant's motion for reconsideration to and including October 16, 2006, pending a final decision by the Acting Associate Attorney General whether to accept plaintiffs' settlement offer.

Defendant has requested reconsideration of the Court's December 1, 2004 opinion and order ("Adams III"), in which the Court granted partial summary judgment in favor of various plaintiffs. Plaintiffs filed an opposition to defendant's motion for reconsideration on September 13, 2006.

Defendant noted in its motion for reconsideration that, subsequent to the issuance of Adams III, counsel for the parties engaged in negotiations to settle the claims addressed in that decision, that plaintiffs' counsel had transmitted a settlement offer to the Government in September 2005, and that, after careful review within the Department of Justice, the offer was rejected. As a result of recent discussions between the parties, however, plaintiffs' settlement proposal is again under active consideration within the Department of Justice. Plaintiffs' proposal has been reviewed by the Assistant Attorney General for the Civil Division, and is awaiting a final decision by the Acting Associate Attorney General.

The parties believe further proceedings on the motion for reconsideration at the current stage of the settlement authorization process would not be productive. The parties request, therefore, that all further proceedings on the motion for reconsideration be suspended for three weeks, to and including October 16, 2006. In the event that a final decision concerning plaintiffs' settlement proposal is made prior to that date, defendant will promptly so inform the Court and plaintiffs.

For the foregoing reasons, the parties respectfully request that all further proceedings on defendant's motion for reconsideration be suspended to and including October 16, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: September 25, 2006

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 305-7561
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys

Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: September 25, 2006

**Filed Electronically**
**with the consent of the Attorneys for Plaintiff**s