# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed September 27, 2006)

* * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * *

## ORDER

On September 25, 2006, the parties filed a Joint Motion to Suspend Proceedings Concerning Defendant's Motion for Reconsideration. Because defendant's motion for reconsideration addresses a liability decision of the court that underlies current settlement negotiations, the parties suggest that "further proceedings on the motion for reconsideration at the current stage of the settlement authorization process would not be productive." The parties request a suspension of any proceedings related to defendant's motion for reconsideration, until and including October 16, 2006.

For the reasons given, it is hereby **ORDERED** that the parties' joint motion is **GRANTED**. Accordingly, the court suspends all proceedings related to Defendant's Motion for Reconsideration until **October 16, 2006**. All other proceedings in the subject matter remain unchanged.

/s/ Lynn J. Bush
LYNN J. BUSH
Judge