# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed October 5, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On October 3, 2006, pursuant to the court's order of June 19, 2006, the parties filed a Joint Status Report in the subject matter. The parties report that settlement negotiations are continuous and propose that they submit a joint status report on or before November 6, 2006, to apprise the court of the status of the parties' efforts toward resolution of the subject matter. For the reasons given, the court adopts the reporting schedule proposed by the parties.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **November 6, 2006**, informing the court of the status of settlement negotiations.

/s/Lynn J. Bush
LYNN J. BUSH
Judge