IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN S. ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 90-162C |
| | ) | and consolidated cases |
| THE UNITED STATES, | ) | (Judge Bush) |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO EXTEND SUSPENSION OF PROCEEDINGS
CONCERNING DEFENDANT'S MOTION FOR RECONSIDERATION

Plaintiffs and defendant respectfully request that the Court extend the current suspension of proceedings concerning defendant's motion for reconsideration, to and including November 3, 2006.

On September 25, 2006, the parties jointly requested that the Court suspend all proceedings concerning defendant's motion for reconsideration to and including October 16, 2006, pending a final decision by the Acting Associate Attorney General whether to accept plaintiffs' settlement offer. By order dated September 27, 2006, the Court granted the motion and suspended proceedings as requested.

The parties stated, in their joint motion of September 25, 2006, that plaintiffs' offer had been reviewed by the Assistant Attorney General for the Civil Division, and was awaiting a final decision by the Acting Associate Attorney General. Plaintiffs' offer is still awaiting a final decision by the Acting Associate Attorney General. The parties continue to believe that further proceedings on the motion for reconsideration at the current stage of the settlement authorization process would not be productive. The parties request, therefore, that all further proceedings on the motion for reconsideration be suspended for an additional 18 days, to and including November 3, 2006. In the event that a final decision concerning plaintiffs' settlement proposal is made prior to that date, defendant will promptly so inform the Court and plaintiffs.

For the foregoing reasons, the parties respectfully request that all further proceedings on defendant's motion for reconsideration be suspended for an additional 18 days, to and including November 3, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 305-7561
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: October 16, 2006

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: October 16, 2006

**Filed Electronically**
**with the consent of the Attorneys for Plaintiffs**