# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed October 17, 2006)

* * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * *

**ORDER**

On October 16, 2006, the parties filed a Joint Motion to Extend Suspension of Proceedings Concerning Defendant's Motion for Reconsideration. The parties request that the current suspension of proceedings related to defendant's motion for reconsideration be enlarged for an additional eighteen days, to and including November 3, 2006. Because defendant's motion for reconsideration addresses a liability decision of the court that underlies current settlement negotiations, the parties suggest that "further proceedings on the motion for reconsideration at the current stage of the settlement authorization process would not be productive."

For the reasons given, it is hereby **ORDERED** that the parties' joint motion is **GRANTED**. Accordingly, the court suspends all proceedings related to Defendant's Motion for Reconsideration until **November 3, 2006**. All other proceedings in the subject matter remain unchanged.

/s/ Lynn J. Bush
LYNN J. BUSH
Judge