# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed November 9, 2006)

* * * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * *

**ORDER**

On November 8, 2006, in response to the court's order of October 5, 2006, the parties filed a Joint Status Report in the subject matter. Although the status report was due on November 6, 2006, the report shall be **FILED** by leave of the court. The parties report that a settlement offer made on September 22, 2005 has been approved by the Acting Associate Attorney General, and that other separate settlement negotiations continue. The parties also advise the court that certain discovery activity is also contemplated and that the government may submit a motion for summary judgment regarding those claims. The parties propose that they submit a joint status report on or before December 12, 2006, to apprise the court of the status of the parties' efforts toward resolution of the remaining disputes. For the reasons given, the court adopts the reporting schedule proposed by the parties.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **December 12, 2006**, informing the court of the status of settlement negotiations and other developments.

/s/Lynn J. Bush
LYNN J. BUSH
Judge