IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN S. ADAMS, et al., Plaintiffs, | ) | Case No. 90-162C |
| v. | ) | and consolidated cases |
| UNITED STATES OF AMERICA, Defendant. | ) | (Judge Lynn J. Bush) |

STIPULATION OF PARTIAL DISMISSAL

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate to the partial dismissal of certain claims asserted in these consolidated civil actions pursuant to, and in accordance with, the terms of a partial settlement agreement entered into by the parties on November 22, 2006.

The claims encompassed by the above-referenced partial settlement agreement and by this stipulation of partial dismissal are the claims for compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), of plaintiffs while employed as grade 13 occupational code 1811 criminal investigators by the Internal Revenue Service; the United States Customs Service; the Drug Enforcement Administration; the Bureau of Alcohol, Tobacco and Firearms; and the United States Secret Service.

The partial settlement agreement does not cover plaintiffs' FLSA claims for the time solely spent driving a Government vehicle between home and work, nor the claims

of plaintiffs while employed as GS-13 criminal investigators for agencies other than those set forth above.

Respectfully submitted,

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
Tel: (202) 296-1798

**s/Linda Lipsett**
LINDA LIPSETT
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
Tel: (202) 296-1798

**s/Edgar James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500

Attorneys for Plaintiffs

Dated: November 27, 2006

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 7036
Washington, D.C. 20530
Tel: (202) 305-7563

Attorneys for Defendant

Dated: November 27, 2006

**Filed Electronically**
**with the consent of the Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 27th day of November 2006, a copy of the foregoing "STIPULATION OF PARTIAL DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein