IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN ADAMS, et al., Plaintiffs, | ) | |
| v. | ) | Case No. 90-162-C and Consolidated Cases (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**MOTION TO DISMISS PLAINTIFF**

Plaintiffs hereby move pursuant to RCFC 41(a), that Dennis G. Morse, plaintiff number 15, in Richard E. Andrews, et al. v. United States, Case No. 95-500C, be dismissed as a plaintiff herein without prejudice.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 955-1390
(202) 296-7220 facsimile

**s/Edgar James**
Edgar James
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: December 6, 2006

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 6th day of December 2006, a copy of the foregoing "MOTION TO DISMISS PLAINTIFF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein