# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed December 20, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On December 12, 2006, in response to the court's order of November 9, 2006, the parties filed a Joint Status Report in the subject matter. The parties report that the November 22, 2006 partial settlement agreement led to the filing of a Stipulation of Partial Dismissal on November 27, 2006. The parties also report that various other settlement negotiations are underway. In the second numbered paragraph of the parties' status report, it appears that the government intends to file a motion for partial summary judgment concerning GS-12 criminal investigations at the Department of Health and Human Services, that plaintiffs are conducting some discovery, and that settlement proposals concerning GS-5/7 criminal investigators are the subject of some activity as well. The parties request that their next joint status report be filed on or before January 26, 2007.

The court encourages the parties to resolve claims expeditiously and to continue to report in detail on their progress toward settlement. The court also notes that the recent decision of the United States Court of Appeals for the Federal Circuit concerning driving time claims, and the settlements achieved by the parties concerning large numbers of plaintiffs in these consolidated cases, now offer an outstanding opportunity for many of the oldest claims in this consolidated litigation to be dismissed. Of course, this situation also offers opportunity for confusion and clerical errors as well.

In their next status report, the parties shall discuss whether they expect to come to agreement on stipulations of dismissal to entirely dismiss the claims of certain plaintiffs who have been parties to this suit since the early 1990s. If so, the parties should propose a format for these stipulations for the court's review. It is essential that such stipulations provide data compatible with the court's records for each separately filed case which is now consolidated with case number 90-162C.

Finally, the parties shall indicate for the record whether defendant's motion for reconsideration, filed August 10, 2006, has been mooted by the Joint Stipulation of Partial Dismissal, filed November 27, 2006.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **January 26, 2007**, informing the court of the status of settlement negotiations and other developments. The parties shall include a discussion of the prospects for entirely dismissing some of the older claims in these consolidated cases, and if such dismissals are likely, shall propose a format for stipulated dismissals for the court's review. The parties shall also indicate whether defendant's motion for reconsideration, filed August 10, 2006, is now moot.

/s/Lynn J. Bush
LYNN J. BUSH
Judge