# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed January 17, 2007)

* * * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

On December 6, 2006, plaintiffs filed a Motion to Dismiss Plaintiff, Dennis G. Morse, plaintiff number 15, in *Richard E. Andrews*, *et al. v. United States*, Case No. 95-500C, without prejudice. Accordingly, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED** and, pursuant to RCFC 54(b), insofar as there is no just reason for delay, the Clerk's office is directed to **ENTER** judgment dismissing Dennis G. Morse, plaintiff number 15, in *Richard E. Andrews*, *et al. v. United States*, Case No. 95-500C, without prejudice.

/s/Lynn J. Bush
LYNN J. BUSH
Judge