IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHEN ADAMS, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 90-162-C |
| | ) | and Consolidated Cases |
| UNITED STATES OF AMERICA, | ) | (Judge Lynn J. Bush) |
| Defendant. | ) | |

**PLAINTIFFS UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs respectfully requests an enlargement of time of 46 days, to an including March 9, 2007, within which to respond to Defendant's Motion for Partial Summary Judgment with respect to criminal investigators who are employed by the Office of the Inspector General ("OIG") at the Department of Health and Human Services ("HHS"). Plaintiffs' response is currently due on January 22, 2007. Defendant's counsel has authorized us to state that defendant will not oppose this motion.

Defendant's motion is accompanied by a 30 page brief, a 47 page appendix, and approximately 138 pages of documents that arrived on the afternoon of the last business day, December 22, 2006, before the holidays. Plaintiffs' counsel was also served at the same time with 2439 pages of documents pertaining to the activities of the HHS OIG that had been requested in discovery. Prior to receipt of defendant's motion, Plaintiffs had served two deposition notices on defendant on December 12, 2006 and a third on December 22, 2006 pursuant to Rule 30(b)(6) of the United States Court of Federal Claims ("RCFC") requesting that defendant produce a representative

of HHS and the Department of Housing and Urban Development ("HUD") to testify about the basis for defendant's claim that criminal investigators assigned these departments are FLSA exempt and about the "organization, work and staffing of the" Office of the Inspector General ("OIG") at HHS.

Plaintiffs have withdrawn the deposition notices for the basis of the agencies' positions that its criminal investigators were FLSA exemption but is pressing ahead with the deposition about the structure of the OIG office at HHS. Plaintiffs have as yet been unable to obtain a date for this deposition from defendants, and plaintiffs are also waiting for additional documents that they maintain should have been produced pursuant to their discovery request and that are relevant to plaintiffs' position that these plaintiffs are FLSA non-exempt. Plaintiffs are not, at this time, moving pursuant to RCFC 56 (f), because they anticipate the completion of this limited discovery prior to the response date of March 9, 2007. Plaintiffs are also working with the affected plaintiffs to produce declarations responsive to defendant's motion.[1]

In order to respond to defendant's motion, plaintiffs' counsel requires the production of certain additional documents and the deposition of an HHS witness concerning defendant's factual assertions. Counsel anticipates being able to obtain these documents and the necessary deposition within the next several weeks; however, counsel needs to obtain additional documents and declarations from the HHS criminal investigators. In addition, the disposition of this case will likely

---

1 Defendant informed counsel for plaintiffs that it has also prepared a motion for partial summary judgment in connection with the criminal investigators at the Department of Housing and Urban Development which it intends to file in the next several weeks. On December 14, 2006, plaintiffs received 2795 documents responsive to their discovery request about the HUD OIG, and counsel is also in the process of interviewing the HUD criminal investigators who will be affected by the filing of a motion by defendant in order to avoid further delay. Plaintiffs' counsel will also serve a RCFC 30(b)(6) deposition notice on HUD seeking information about the organization, work and staffing of that office within HUD.

affect the claims of other criminal investigators employed within offices of the inspector general at other agencies. For the foregoing reasons, counsel asks for additional time for the purpose of responding to defendant's motion.[2]

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

/s/ Jules Bernstein
Jules Bernstein
Bernstein & Lipsett
1920 L Street, N.W., Suite 602
Washington, D.C. 20036
(202) 296-1798

/s/ Edgar James
Edgar James
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: January 17, 2007

2 Counsel for plaintiffs with responsibility for responding to defendant's motion, Edgar James, left for a family vacation on December 27, 2006, suffered an injury and was only able to return to work on January 16, 2007.