# In the United States Court of Federal Claims

**No. 90-162C (and consolidated cases)**

**STEPHEN ADAMS, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed January 17, 2007, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Dennis G. Morse, plaintiff number 15 in Case No. 95-500C, is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**January 18, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.