# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed January 18, 2007)

* * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * *

**ORDER**

On January 17, 2007, plaintiffs filed an Unopposed Motion for Enlargement of Time of forty-six days, to and including March 9, 2007, within which to respond to Defendant's Motion for Summary Judgment with respect to criminal investigators who are employed by the Office of the Inspector General at the Department of Health and Human Services. According, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge