# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed February 1, 2007)

* * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * *

**ORDER**

On January 26, 2007, in response to the court's order of December 20, 2006, the parties filed a Joint Status Report in the subject matter. The parties report that various settlement negotiations are underway. The parties also state that plaintiffs intend to petition for rehearing and/or rehearing *en banc* with the United States Court of Appeals for the Federal Circuit on the driving time issue. The parties have not reached accord on dismissal of the entirety of claims for any plaintiffs in some of the earliest filed cases in this litigation.

The parties report that defendant intends to file another dispositive motion, this one concerning the claims of GS-12 and GS-13 criminal investigators at HUD. The parties also give an overview of the various claims and settlements that have occurred in the subject matter. The parties agree that the Joint Stipulation of Partial Dismisssal, filed November 27, 2006, moots Defendant's Motion for Reconsideration, filed August 10, 2006. Finally, the parties request that their next status report be filed on or before February 26, 2007.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **February 26, 2007**. Defendant's Motion for

Reconsideration, filed August 10, 2006, is **DENIED** as moot.

/s/Lynn J. Bush
LYNN J. BUSH
Judge