Report No. 26
For the 6-month
Period ending
September 30, 1991

# Inspector General's Report to the Congress



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

HUD-OIG 2189

## Overall Results of Investigations for April 1 through September 30, 1991

| | 04/01/91-09/30/91 | Fiscal Year 1991 |
|---|---|---|
| Cash Recoveries/Savings | $16,169,509 | $30,560,928 |
| Commitments to Recover Funds | $261,633 | $501,771 |
| Cost Efficiencies | $10,872 | $3,915,231 |
| Total Fines Levied | $553,485 | $1,018,822 |
| Indictments | 203 | 371 |
| Convictions | 177 | 351 |
| Investigations Closed | 191 | 486 |
| Referred for Prosecution | | |
| FBI (Prima Facie-OIG Investigation) | 7 | 26 |
| FBI (No OIG Investigation) | 3 | 6 |
| Department of Justice | 92 | 139 |
| Other | 6 | 13 |
| Total Referrals | 108 | 184 |
| Total Years of Prison Sentences | 163 | 310 |
| Suspensions of Persons/Firms Doing Business with HUD | 88 | 185 |
| Debarments of Persons/Firms Doing Business with HUD | 101 | 217 |
| Personnel Actions Initiated Against HUD Employees | 11 | 29 |
| Subpoenas Served | 105 | 138 |

| | | |
|---|---|---|
| Investigations Pending as of 9/30/91 | | |
| OIG | 811 | |
| FBI/Other | 523 | |
| U.S. Attorney | 225 | |
| Total Investigations Pending | 1,559 | |

HUD-OIG 2255

# Inspector General's Semiannual Report to the Congress Number 27

HUD-OIG 2306

Housing and Urban Development

For the Period Ending March 31, 1992

# Results of Investigations for October 1 Through March 31, 1992

| | OIG/Joint Cases | Others Alone | Total 10/01/91 - 03/31/92 |
|---|---|---|---|
| Cash Recoveries/Savings to HUD | | | $432,928 |
| Other | | | $6,920,984 |
| Court Ordered Restitution | | | $34,460,535 |
| Total Cash Recoveries/Savings | $37,648,834 | $4,165,604 | $41,814,447 |
| Commitments to Recover Funds | | | $183,750 |
| Cost Efficiencies | | | $173,484 |
| Total Fines Levied | $316,396 | $175,397 | $491,793 |
| Indictments | 155 | 116 | 271 |
| Convictions | 92 | 102 | 194 |
| Investigations | 205 | 142 | 347 |
| Total Years Suspended/Probated Sentences | 292 | 327 | 575 |
| Total Years of Prison Sentences | 125 | 71 | 196 |
| Suspensions of Persons/Firms Doing Business with HUD | | | 80 |
| Debarments of Persons/Firms Doing Business with HUD | | | 72 |
| Personnel Actions Initiated Against HUD Employees | | | 13 |
| Subpoenas Served | | | 83 |

## Investigations Pending as of 3/31/92

| | |
|---|---|
| OIG | 842 |
| FBI/Other | 455 |
| U.S. Attorney | 205 |
| Total Investigations Pending | 1502 |

HUD-OIG 2366

# Inspector General's Semiannual Report to the Congress Number 28

OFFICE OF INSPECTOR GENERAL
DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

HUD-OIG 2422

Department of Housing and Urban Development For the Period Ending September 30, 1992

## Results of Investigations
### for April 1 through September 30, 1992

| | OIG/Joint Cases | Others Alone | Total 4/01/92-9/30/92 | Fiscal Year 1992 |
|---|---|---|---|---|
| Cash Recoveries/Savings to HUD | | | $406,960 | $839,888 |
| Other | | | $348,251 | $7,269,235 |
| Court-Ordered Restitution | | | $9,562,582, | $44,023,117 |
| Total Cash Recoveries/Savings | | | $10,317,793 | $52,132,240 |
| Commitments to Recover Funds | | | $322,982 | $506,732 |
| Cost Efficiencies | | | 0 | $173,484 |
| Total Fines Levied | $270,681 | $549,633 | $820,314 | $1,312,107 |
| Indictments | 254 | 31 | 285 | 556 |
| Convictions | 118 | 33 | 151 | 345 |
| Investigations Closed | 344 | 175 | 519 | 866 |
| Total Years Suspended/Probated Sentences | 286 | 119 | 405 | 980 |
| Total Year of Prison Sentences | 94 | 56 | 150 | 346 |
| Suspensions of Persons/Firms Doing Business with HUD | | | 57 | 137 |
| Debarments of Persons/Firms Doing Business with HUD | | | 27 | 99 |
| Personnel Actions Initiated Against HUD Employees | | | 21 | 34 |
| Subpoenas Served | | | 92 | 175 |

## Investigations Pending as of 9/30/92

| | |
|---|---|
| OIG | 772 |
| FBI/Other | 362 |
| U.S. Attorney | 219 |
| Total Investigations Pending | 1,353 |

HUD-OIG 2468

# Chapter 2 - Investigation

The Office of Investigation is responsible for pursuing allegations of irregularities or abuses in HUD's programs and activities, as well as violations of law or misconduct on the part of HUD employees. In carrying out these responsibilities, we work very closely with other Federal agencies and State and local law enforcement officials.

Our resources have been focused on fraud through the submission of false statements to obtain Federal assistance. We opened 423 investigations with 276 involving false statements. The majority of the problems in the Single Family Programs have been with loan origination and equity skimming. The primary offenders are real estate investors, speculators, and brokers. We also investigated public housing agencies/Indian housing authorities and the Community Development Block Grant Program where the foremost problem is management's inadequate controls that allow such crimes as embezzlement to occur.




Overall, we had 285 indictments and 151 convictions during the past 6 months.

The other categories of investigation are:




## SINGLE FAMILY HOUSING

Fraud in loan origination is the largest category of investigation in Single Family Housing Programs. Other problem areas are equity skimming and strawbuying. Individuals received over 62 years imprisonment and 127 years of probation. In addition, fines totaled over $185,000 and court-ordered restitution amounted to over $5.5 million.

### LOAN ORIGINATION

Eligibility for HUD-insured home mortgages depends on various criteria including income, the down payment, and owner occupancy. Fraud in the origination of these loans usually involves false statements being made to HUD in order to meet the eligibility criteria. Losses to HUD occur when the defective loans are foreclosed and HUD must pay the claim. The cases below illustrate these types of situations:

In Chicago, Illinois, a theft scheme involved approximately $1 million in mortgage insurance claims diverted to personal accounts of officials at a Chicago lender. The U.S. Treasury checks were identifiable with single

U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

OFFICE OF INSPECTOR GENERAL

# SEMIANNUAL REPORT TO CONGRESS

*For the Period Ending March 31, 1993*

*Number 29*

*As Required by Public Law 95-452*

## Results of Investigations

| | OIG/Joint Cases | HUD Monitored Cases [1] | Total 10/01/92-03/31/93 |
|---|---|---|---|
| Cash Recoveries/Savings to HUD | $4,659,652 | $13,380 | $4,673,030 |
| Other | $703,616 | -0- | $703,616 |
| Court Ordered Restitution | $3,360,331 | $1,361.246 | $4,721,577 |
| Total Cash Recoveries/Savings | $8,723,599 | $1,374,626 | $10,098,225 |
| Commitments to Recover Funds | $60,329 | -0- | $60,329 |
| Total Fines Levied | $734,308 | $4,675 | $738,983 |
| Indictments | 174 | 53 | 227 |
| Convictions | 155 | 35 | 190 |
| Investigations Closed | 364 | 79 | 443 |
| Total Years Suspended Sentences/Probations | 16/386 | 14/77 | 32/463 |
| Total Years of Prison Sentences | 146 | 67 | 213 |
| Suspensions of Persons/Firms Doing Business with HUD | 16 | 10 | 26 |
| Debarments of Persons/Firms Doing Business with HUD | 26 | 9 | 35 |
| Personnel Actions Initiated Against HUD Employees | | | 16 |
| Subpoenas Served | | | 95 |
| Limited Denials of Participation Issued | | | 1,335 |

[1] Cases where HUD-OIG is monitoring the investigation but has no active participation.

## Investigations Pending as of 3/31/93

| | |
|---|---|
| OIG | 657 |
| Joint Investigations | 88 |
| HUD Monitored | 306 |
| U.S. Attorney | 237 |
| Total Investigations Pending | 1288 |
| HUD Action Officials | 127 |

HUD-OIG 2577

U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

OFFICE OF INSPECTOR GENERAL

# SEMIANNUAL REPORT TO THE CONGRESS

*For the Period Ending September 30, 1993*

*30th Report to the Congress*

*As Required by Public Law 95-452*

## Equity Skimming

Equity skimming occurs when rent receipts are taken or *skimmed* by an investor/owner who then fails to make the mortgage payments.

A **Colorado Springs, CO** developer sold approximately 60 homes by accepting fraudulent promissory notes as buyer down payments. He then falsified the buyers' employment and credit histories in order to receive HUD insured mortgages. A civil suit was filed under the False Claims Act seeking $12 million in damages.

A former **Dallas, TX** real estate agent and his wife were indicted for equity skimming on at least 31 properties with potential losses to HUD in excess of $1 million. The couple assumed mortgages advertised by homeowners trying to sell their single family homes, rented the properties and failed to make their mortgage payments. Both have been debarred from obtaining HUD insured loans. This was a joint investigation with the Federal Bureau of Investigation (FBI).

A **Peoria, IL** property investor was sentenced to 2 years in prison for skimming $500,000 from HUD and DVA properties. Fifty properties were identified in the scheme.

## Other Single Family Activities

In **Chicago, IL,** multiple defendants in a scheme involving the theft of U.S. Treasury checks, identified with both HUD and DVA loans, were sentenced to over 9 years in prison and restitution of more than $1 million. A multiagency investigation led by HUD found that a group of 10 individuals stole and negotiated mortgage foreclosure claim checks payable to various mortgage lenders and then laundered the funds for their personal use.

A **Dallas-Ft. Worth, TX** HUD contracted escrow agent and a co-conspirator embezzled over $800,000 from HUD escrow accounts and invested the funds in their car racing business. The escrow agent pled guilty in 1989 and was sentenced to 78 months in prison. During this reporting period, a Federal Court awarded a $1.1 million civil judgment against the co-conspirator. The award includes the amount embezzled, interest from 1989 and a surcharge to cover the litigation process and handling.

# Multifamily Housing

HUD insures mortgages to finance construction or rehabilitation of multifamily developments. Prevalent areas of fraud and mismanagement include embezzlement and equity skimming.

During this reporting period, 22 individuals or firms were indicted and 17 were convicted for illegal activities involving these programs. The total amount of monetary recoveries or court ordered restitution was $3,487,962.

In **Miami, FL,** a developer was sentenced to 6 years imprisonment and 3 years probation and fined $100,000 for misrepresenting land value to obtain a $17 million FHA insured mortgage. The development went into default and HUD paid the claim. Suspension action has been taken; debarment action is pending.

A **Cleveland, OH** multifamily housing owner, a property manager, and an office manager were convicted of submitting false certifications in order to obtain over $100,000 in subsidies. Sentencing totalled 33 months in prison (the owner), 4 years probation (the managers), $90,247 in fines, $268,475 in restitution, of which $95,000 is to be paid to HUD, and suspension from obtaining HUD insured loans.

An **Omaha, NE** apartment complex owner was indicted for skimming over $550,000 in rents, assets, and other income derived from the project.

A former employee of a HUD contracted management company in **Allston, MA,** was convicted of embezzling over $130,000 of tenant rent payments from a HUD subsidized project. She was ordered to pay full restitution, fined $20,000, and sentenced to 200 hours of community service and 2 years probation.

HUD-OIG 2648

## Public Housing

Local public housing agencies and Indian housing authorities develop, own and operate public housing developments. HUD furnishes technical assistance in planning, developing and managing these developments and provides financial assistance for development costs, operating subsidies, and modernization.

During this reporting period, 77 persons were indicted and 37 convicted and monetary recoveries or court ordered restitution totalled $904,471.

In a joint FBI/IRS investigation into public corruption at the **Philadelphia, PA** Housing Authority, 15 individuals, including 9 former employees and 6 contractors, were indicted for receiving and/or making over $530,000 in illegal payments and bid rigging. To date, 13 of the individuals have been convicted and court ordered restitution exceeds $450,000.

A former **Irvington, NJ** Housing Authority employee and two co-conspirators were indicted for misappropriating $420,000 in Section 8 funds. They laundered the money through various schemes such as issuing payments to nonexistent landlords or for nonexistent properties. One of the defendants has pled guilty.

After a 6-month trial, a **Newark, NJ** contractor was found guilty of illegally obtaining contracts with the Newark Housing Authority. Just 3 months after being debarred from participation in all Federally funded contracts, the contractor began bidding on HUD funded contracts and falsifying his certification of eligibility. When he was discovered, he created a shell company and began bidding again. Immediately upon his conviction, an indictment was unsealed charging him with conspiracy to hide assets to avoid paying taxes. The contractor has been suspended and debarred by HUD.

After a joint investigation with the FBI and the **New York City** Housing Authority, the former chairperson of the Authority's Tenants Advisory Council pled guilty to embezzling over $36,000. She was sentenced to 3 months in prison, 3 months home detention, 5 years probation, and full restitution. In addition, HUD suspended her following her indictment and has initiated debarment proceedings.

The maintenance director of the **Johnstown, PA** Housing Authority pled guilty to theft of materials and supplies and was ordered to make restitution of $20,000 for submitting fictitious purchase orders to reimburse companies from which he had made personal purchases. Suspension action has been taken; debarment action is pending.

The former Section 8 rental assistance coordinator for the Municipality of **Yubcoa, PR,** was indicted for embezzling $31,000 by writing and cashing checks from the Yubcoa Section 8 Program. The indictment was the result of a joint investigation with the FBI and local officials.

The owner of a **New York City** firm and his wife, who obtained $23 million in 26 HUD funded contracts with the New York City Housing Authority, were sentenced to a total of 8 years and 2 months in prison, 200 hours of community service and 3 years probation and fined $22,000. In addition, they agreed to forfeit the Florida horse farm that they purchased with the money. Suspension action has also been taken. The company, a shell company formed immediately after its predecessor was debarred, inflated costs, skimmed funds as consultant fees and rerouted Comprehensive Improvement Assistance Program funds. This is an update of a case reported in our Semiannual Report for the period ending March 31, 1993.

## Rental Assistance

In an effort to assist low- and moderate-income families in obtaining housing, HUD makes up the difference between what the family can afford and the fair market rent for the housing. The most repetitive crime in the Rental Assistance Programs is falsifying income and employment information on both the original application and the recertification forms.

During this reporting period, 58 persons were indicted, 47 convicted, and monetary recoveries or court ordered restitution totalled $519,547.

In a joint investigation with the **Broward County, FL** Housing Authority and with assistance from the Secret Service, Border Patrol, and the Postal Inspection Service, 20 separate indictments were filed against 35 tenants. The indictments charged the tenants with submitting false statements to fraudulently obtain over $300,000 in Section 8 Rental Assistance subsidies to which they were not entitled. Some of the tenants were in this country illegally or had questionable status. Twelve were employees of the Florida Department of Human Rehabilitative Services. To date, nine of the defendants have pled guilty.

An employee of the **New York State** Department for Youth pled guilty to falsifying subsidy applications by failing to provide her State employment status and receiving over $35,000 in rental assistance to which she was not entitled.

A **Cheyenne, WY** rental assistance recipient misused a social security number and provided false income information in order to obtain rental assistance and welfare benefits. After an investigation conducted jointly with the Department of Health and Human Services and the State of Wyoming, the recipient was found guilty and sentenced to 2 years probation and ordered to pay $58,857 in restitution.

## Community Planning and Development

Community Development Block Grants are used to carry out a wide range of community development activities directed toward neighborhood revitalization, economic development, and improved community facilities and services. Falsified claims by contractors, embezzlement, and misconduct by employees are the most common areas of concern in this program.

During this reporting period, 20 persons were indicted, 12 convicted and monetary recoveries and court ordered restitution totalled $22,783.

A **Houma, LA** developer was indicted for fraudulently receiving a $300,000 block grant and a $2 million State loan to construct a commercial enterprise. In concert with several of his associates, the developer falsified invoices and bank records to reflect that equipment already owned by him was being purchased with the grant funds.

A former Assistant Controller of a maintenance company and two **New York City** employees were charged with embezzling $32,000 from the City's Department of Housing Preservation and Development. They intercepted and/or generated payroll checks, cashed them and used the money for drug purchases.

As a result of a joint investigation with the FBI, a **Bluefield, WV** landlord was indicted for the theft of approximately $50,000 in rental rehabilitation funds. The funds were obtained to repair at least 15 dilapidated homes; however, little, if any, repair was ever performed.

In **Toledo, OH,** the director of a subgrantee firm and a local businessman were convicted of bribery and conspiracy. During an investigation with the FBI, it was discovered that funds were misused and improper payments were made to subgrantee officials.

## Task Force Activities

As indicated by several of the cases cited above, the HUD-OIG works very closely with other law enforcement agencies. Task force operations have been successfully used to combine the talents, skills and resources of the FBI, IRS, United States Postal Service, and the DVA as well as state and local agencies. Federal and local prosecutors also play an important role in the detection of illegal activities and the subsequent prosecution of cases. The activities of several task forces, such as the **Springfield, IL** Weed and Seed Program and the **Long Island, NY** project were reported in our Semiannual Report for the period ending March 31, 1993. Examples of activities during this reporting period are as follows.

## Tampa, FL

The Tampa Task Force continues to investigate FHA, DVA, and bank fraud. The task force consists of Special Agents from the HUD and DVA OIGs, the FBI and the IRS and, to date, is responsible for 29 indictments, 29 convictions and $3,840,403 in court ordered restitution. The following actions occurred in the last 6 months:

A husband and wife, who falsely certified that they made down payments on several properties in the Tampa area, were each sentenced to 2 years probation, fined $2,500, and ordered to pay $86,794 in restitution.

An investor was sentenced to 15 months supervised release and ordered to pay $136,398 in restitution. The defendant conspired with other defendants to purchase overvalued properties without making the required down payment.

A real estate broker and mortgage broker were convicted of conspiring to fraudulently obtain government insured loans. The real estate broker was sentenced to 36 months imprisonment and the mortgage broker was sentenced to 24 months. Each was ordered to pay $680,827 in restitution.

An investor, indicted for conspiracy and three counts of bank fraud, was sentenced to 4 months house arrest and 24 months supervised probation, and ordered to pay $61,611 in restitution. The defendant conspired with two other individuals to fraudulently obtain two FHA insured loans.

## Washington, D.C.

In collaboration with the FBI, the HUD-OIG is investigating FHA fraud in the Washington, D.C. area. During this reporting period, the following actions occurred.

Two speculators and two purchasers, who fraudulently obtained FHA insured owner/occupant mortgage loans to purchase investment properties, were convicted and sentenced to a total of 12 months in prison, 7 years probation and 500 hours of community service, fined $30,000, and ordered to pay $60,620 in restitution.

Two settlement attorneys pled guilty to making false statements by falsifying down payments and/or closing costs on settlement statements, thus enabling purchasers to obtain owner/occupant loans to purchase investment properties.

## Long Island, NY

Since the inception of this task force in 1991, activities have resulted in 33 persons indicted for criminal conduct and 30 convicted, with an additional 20 under active investigation. Prison sentences have exceeded 15 years; restitutions, fines, recoveries and forfeitures have totalled over $26.4 million; and 72 debarments, suspensions and limited denials of participation have been issued to both persons and firms doing business with HUD. The following represents a sampling of some judicial actions occurring during the reporting period.

A real estate agent pled guilty after arranging for a strawbuyer to receive mortgage financing and failing to report income in excess of $53,000 to the IRS.

A former title company employee pled guilty after submitting multiple fraudulent mortgage applications, both in her name and the names of others, and failing to document the existing liens against the properties.

# PFCRA

PFCRA gives agencies an avenue to initiate administrative actions for false claims and false statements. PFCRA authorizes investigations by HUD's investigating official, who is the Inspector General. Cases are reviewed by the Office of General Counsel (OGC) and, if there is adequate evidence, they are referred to DOJ for approval If a case is approved, DOJ will notify the agency and return the case to HUD to schedule a hearing. A person found liable may be penalized up to $5,000 per claim or statement and may also be required to pay double the amount falsely claimed. The government may recover not more than twice the

amount of a false claim, a civil penalty of not more than $5,000 per claim, or a penalty of up to $5,000 for each false certification made to HUD. Settlement may be reached at any time during the process.

Assessments, civil penalties and settlement agreements totalled $518,826 for this reporting period and $559,917 for the year. The following represents a sampling of some of the actions taken during this reporting period.

An Administrative Law Judge issued a decision imposing $155,000 in civil penalties and $26,806 in assessments against a **Gloucester, MA** landlord and her daughter. The mother entered into a Housing Assistance Payments contract with the Gloucester Housing Authority which specified that a unit at the property owned by the mother would be leased to the daughter. However, neither mother nor daughter reported the subsequent transfer of an ownership interest to the daughter, making the daughter ineligible for rental assistance.

An Administrative Law Judge issued a decision imposing an assessment of $200,000 and a civil penalty of $10,000 against an **Englewood, CO** attorney/mortgagor. During an FHA insured loan refinancing process, the attorney falsified employment data and failed to disclose lien information pertaining to the properties. The mortgages subsequently went into default and, as a result, HUD paid mortgage insurance claims of $100,000. A co-conspirator (a real estate broker) who concealed information reached a $10,000 settlement agreement with HUD.

A contractor and an architect for the **Passaic, NJ** Housing Authority submitted false claims and certifications to HUD reflecting construction of steam pipe enclosures in housing units although the enclosures were not built. A settlement agreement was executed with the contractor in the amount of $104,520.

An individual who acted as a strawbuyer to purchase seven properties in **Colorado Springs, CO,** used bogus promissory notes for the down payment and closing costs. A settlement agreement was executed with the strawbuyer in the amount of $7,000.

## HUD Employees

Although the investigation of allegations of wrongdoing by program participants, contractors and others outside HUD is our major emphasis in maintaining HUD program integrity, allegations made against HUD employees also are investigated. Such allegations involve violations of criminal statutes as well as HUD's Standards of Conduct. They are received from various sources, including other HUD employees, the OIG Hotline, complaints from public citizens, referrals from the Office of Audit, or anonymous or confidential complaints.

This period, as a result of OIG investigations, 18 actions were taken against HUD employees. The violations investigated included a conflict of interest, theft of HUD property, and false statements on travel vouchers and Federal employment applications. The actions in these cases included suspensions of various durations.

The OIG participates in briefings intended to inform employees about the role of the OIG and to assist employees in making the proper decisions with regard to the Standards of Conduct and other ethics guidelines. These briefings are presented annually with the OGC and the Office of Administration.

# Results of Investigations

| | OIG/Joint Cases | HUD Monitored Cases [1] | Total 04/01/93-09/30/93 | Fiscal Year 1993 |
|---|---|---|---|---|
| Cash Recoveries/Savings to HUD | $2,796,575 | -0- | $2,796,575 | $7,469,607 |
| Other | $3,251,119 | $10,608 | $3,261,727 | $3,965,343 |
| Court Ordered Restitution | $10,090,074 | $131,472 | $10,221,546 | $14,943,123 |
| Total Cash Recoveries/Savings | $16,137,768 | $142,080 | $16,279,848 | $26,378,073 |
| Commitments to Recover Funds | $862,974 | -0- | $862,974 | $923,303 |
| Total Fines Levied | $237,032 | $133,661 | $370,693 | $1,109,676 |
| Indictments | 244 | 16 | 260 | 487 |
| Convictions | 172 | 13 | 185 | 375 |
| Investigations Closed | 405 | 44 | 449 | 892 |
| Total Years Suspended Sentences/Probations | 19/487 | 7/26 | 26/513 | 58/976 |
| Total Years of Prison Sentences | 183 | 10 | 193 | 406 |
| Suspensions of Persons/Firms Doing Business with HUD | 41 | 7 | 48 | 74 |
| Debarments of Persons/Firms Doing Business with HUD | 77 | 10 | 87 | 122 |
| Personnel Actions Initiated Against HUD Employees | | | 18 | 34 |
| Subpoenas Served | | | 93 | 188 |
| Limited Denials of Participation Issued | | | 74 | 166 |

[1] Cases where HUD-OIG is monitoring the investigation but has no active participation.

# Investigations Pending as of 9/30/93

| | |
|---|---|
| OIG | 556 |
| Joint Investigations | 66 |
| HUD Monitored | 301 |
| U.S. Attorney | 257 |
| Total Investigations Pending | 1180 |
| HUD Action Officials | 121 |

HUD-OIG 2653

U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

OFFICE OF INSPECTOR GENERAL

# SEMIANNUAL REPORT TO THE CONGRESS

*For the Period Ending March 31, 1994*

*31st Report to the Congress*

*As Required by Public Law 95-452*



HUD-OIG 2675

# 2 Operation Safe Home

*"The overall goal of Operation Safe Home is to stop abuses in HUD programs that are resulting in unacceptable living conditions for the millions of needy people who look to HUD for help"*
*Inspector General Gaffney*

On February 4, 1994, Operation Safe Home, a new anti-crime initiative, was announced by Vice President Gore, HUD Secretary Cisneros, Attorney General Reno, Treasury Secretary Bentsen, and National Drug Control Policy Director Brown. The goal of Operation Safe Home is to stop major abuses in HUD programs that result in unacceptable living conditions for the millions of needy people who look to HUD for help. Facilitated at HUD by the Office of Inspector General, Operation Safe Home brings the coordinated resources and expertise of HUD, the Departments of Justice and Treasury, and the National Drug Control Policy Office, as well as State and local law enforcement agencies and public housing agencies, to bear on violent and white collar crime in public and assisted housing.

## Focus of Operation Safe Home

Within the overall context of violent and white collar crime, Operation Safe Home focuses on three major types of wrongdoing that undermine HUD programs — violent crime in public and assisted housing, fraud in public housing administration, and equity skimming in multifamily insured housing.

Available data indicate that violent crime is undermining the government's commitment to providing decent, safe, and sanitary housing to needy Americans. For example, between 1986 and 1989, violent crimes in Los Angeles public housing were reported at an average rate of 67 per 1,000 people, compared with 22 per 1,000 Citywide; the murder rate in Chicago public housing in 1988 was three times that of Chicago as a whole; and, in Washington, DC, the Police Chief reports that 80 percent of the District's violent crime is occurring within 6 blocks of public housing.

The perception that public housing administration is rife with fraud undermines the viability of a program providing shelter to more than 3.7 million

of America's neediest people. OIG work has consistently demonstrated that this perception has a basis in fact. During the period from October 1, 1993, through March 31, 1994, OIG investigations of public housing officials and contractors resulted in 78 indictments, 73 convictions, and fines and recoveries of over $1.5 million. This fraudulent activity not only means that taxpayer dollars are being wasted; it also means that the living standards of public housing residents are being directly and negatively affected.

FHA insures almost $43 billion in multifamily mortgages, approximately $12 billion of which is at risk of default. Over the past 3 years, OIG audits have identified almost $22 million in equity skimming that is a major factor contributing to defaults and foreclosures. Equity skimming means that project revenues are diverted for the personal use of owners and agents, resulting in substandard living conditions for low-income families, the need for additional financial assistance from HUD, and losses to HUD through the sale of foreclosed properties. Through Operation Safe Home, the OIG is addressing approximately 100 cases of apparent equity skimming.

## How Operation Safe Home Works

Operation Safe Home is a concerted campaign to combat wrongdoing in HUD programs, through collaborative efforts among the OIG; HUD program staff; Federal, State and local law enforcement agencies; and HUD clients and partners.

With respect to violent crime in public and assisted housing, the Operation Safe Home strategy has three components: (1) collaborative law enforcement focused on public and assisted housing, and carried out by task forces comprised of Federal, State, and local law enforcement agencies; (2) collaboration between law enforcement agencies and public/assisted housing mangers and residents in devising methods to prevent violent crime; and (3) HUD programmatic initiatives specifically geared to preventing crime.

With respect to fraud in public housing administration, the Operation Safe Home strategy has two components: a joint OIG, Federal Bureau of Investigation (FBI), and Department of Justice (DOJ) commitment to aggressive investigation and prosecution of existing cases of potential fraud in public housing administration; and a simultaneous series of fraud probes by OIG audit/investigative teams at selected public housing authorities. The fraud probes are designed to result in referrals for additional joint investigations by the OIG and the FBI.

With respect to equity skimming in multifamily insured housing, the Operation Safe Home strategy consists of two parts: affirmative litigation, balancing criminal prosecution, civil suits, and out-of-court settlements; and deterring future equity skimming through better enforcement tools, better communication and cooperation among concerned parties within and outside the government, and publicizing cases of successful litigation.

## Operation Safe Home Progress

Although in place for only about 2 months at the end of this reporting period, Operation Safe Home is producing results. The violent crime initiative has led to 24 arrests and the filing of charges against 14 individuals, as well as recovery of more than 25 weapons and nearly $300,000 in drugs and cash. The fraud in public housing administration effort has yielded six indictments and a guilty plea. The multifamily equity skimming effort has led to five civil settlements, requiring $11.5 million in repayments to multifamily projects and $2.1 million to HUD, a double damages judgment of $1.6 million and one guilty plea.

### Violent Crime

As noted above, the Operation Safe Home violent crime strategy involves task force operations, law enforcement prevention initiatives, and HUD programmatic initiatives.

### *Task Force Operations*

In the Charlestown section of Boston, OIG and Drug Enforcement Administration (DEA) agents arrested a suspected drug dealer who was subsequently charged/indicted for drug violations. The multi-agency law enforcement effort, which earlier netted the indictment of members of a gang terrorizing public housing

meet the mandated testing deadline and the other to complete a risk assessment. In order to ensure that the remaining $11 million earmarked for lead-based paint risk assessments will be used only where a true need exists, the OIG recommended the Department modify the draft 1994 Notice of Fund Availability on lead-based paint risk assessments. Specifically, the Department should prohibit eligibility where PHAs have completed Congressionally mandated testing and established a strategy to reduce identified health risks.

## Community Planning and Development

The Office of Community Planning and Development administers programs that provide financial and technical assistance to States and communities for activities such as community development, housing rehabilitation, homeownership opportunities and homeless shelters, neighborhood restorations and jobs fostering and economic development. Grantees are responsible for planning and funding eligible activities, often through the use of subrecipients.

### Inadequate Staffing Major Problem for HOPE 3 Program

One of HUD's newest programs is the Homeownership of Single Family Homes (HOPE 3) Program, designed to help families purchase properties owned or held by Federal, State or local governments. The OIG audited the application procedures during the first funding year and found a number of problems. In a second audit issued during this reporting period (Report No. 94-HQ-152-0002), the OIG found that although several of those problems were corrected for the second funding year, three areas continue to cause concern — staffing, enforcement and controls.

The OIG and CPD agree that it does not have the staff needed to administer and monitor the program. The OIG believes the program was Congressionally mandated without adequate consideration of staffing needs and that future staffing cuts will only exacerbate the problem. For these reasons, the OIG recommended consolidation of HOPE 3 with the CDBG Program. Subsequent to the audit, CPD proposed consolidating HOPE 2 and HOPE 3 (see Chapter 1, under the Current OIG Assessment of CDBG Benefits to Low- and Moderate-Income Residents).

If HOPE 3 continues as a separate program, the enforcement and control issues need to be addressed. For example, staff and applicant training should be improved, rating criteria should be consistently applied, and recipients should be monitored and reviewed for previous participation.

### Fraudulent Activities in CDBG Program

The following cases are examples of the OIG investigative efforts in the CDBG program during this reporting period:

A **Lincoln Park, MI** community development director, who pled guilty to theft, conspiracy and making false statements, was indicted for receiving a $50,000 kickback from a developer in return for approval of a $250,000 CDBG loan. An OIG audit confirmed that the loan did not meet the eligibility requirements and was not used for the stated purpose. The City has already reimbursed the program for the loan.

False statements — including documents submitted to obtain rehabilitation loans and invoices for work that was either ineligible, not completed, or never undertaken — resulted in a former **Grand Prairie, TX** rehabilitation administrator being sentenced to 2 months in prison, 5 months home confinement and 2 years probation. Also involved were three property owners sentenced to a total of 14 years in prison and 11 years probation and ordered to pay $396,680 in restitution. The total loss to HUD was over $650,000.

In other OIG investigative cases involving the CDBG Program:

- A **Louisiana** developer was sentenced to 46 months in prison, 2 years probation and a $20,000 fine for submitting false invoices for a project funded with both Federal and State monies.
- Three individuals pled guilty to embezzling over $100,000 through a maintenance contract with the City of **New York**.
- A corporation and six employees were indicted for falsifying invoices for over $1

APPENDIX 3

# PROFILE OF PERFORMANCE

OCTOBER 1, 1993 THROUGH MARCH 31, 1994

| | Audit | Investigation | | | Combined Total |
|---|---|---|---|---|---|
| | | OIG/Joint Cases | Monitored Cases [1] | Total | |
| Cash Recoveries | $15,637,428 | $2,945,620 | | $2,945,620 | $18,583,048 |
| Other Recoveries | | 24,070,160 | | 24,070,160 | $24,070,160 |
| Court Ordered Restitution | | 3,964,659 | $349,274 | 4,313,933 | $4,313,933 |
| PFCRA Recoveries | | 646,209 | | 646,209 | $646,209 |
| Total Cash Recoveries | $15,637,428 | $31,626,648 | $349,274 | $31,975,922 | $47,613,350 |
| Cost Efficiencies | $6,718,266 | | | | $6,718,266 |
| Commitments to Recover Funds | $46,386,895 | $520 | | $520 | $46,387,415 |
| Cost Efficiencies Sustained | $7,031,039 | | | | $7,031,039 |
| Fines Levied | | $5,580,034 | $35,250 | $5,615,284 | $5,615,284 |
| Indictments | | 228 | 18 | 446 | 446 |
| Convictions | | 210 | 12 | 222 | 222 |
| Total Years Suspended Sentences/Probation | | 21/363 | 0/29 | 21/392 | 21/392 |
| Total Years Prison Sentences | | 426 | 20 | 426 | 426 |
| Administrative Actions Against Persons/Firms Doing Business with HUD | 28 | 187 | 21 | 208 | 236 |
| Subpoenas Served | 6 | | | 53 | 59 |

[1] Cases where HUD/OIG is monitoring the investigation but has no active participation.



☆ U.S. GOVERNMENT PRINTING OFFICE: 1994 - 376-743 - 814/10456

U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

OFFICE OF INSPECTOR GENERAL

# SEMIANNUAL REPORT TO THE CONGRESS

*For the Period Ending September 30, 1994*

*32nd Report to the Congress*

*As Required by Public Law 95-452*

# Profile of Performance

APRIL 1, 1994 THROUGH SEPTEMBER 30, 1994

APPENDIX 3

| | Audit | Investigation | | | Combined Total | FY 1994 Total |
|---|---|---|---|---|---|---|
| | | OIG/Joint Cases | Monitored Cases [1] | Total | | |
| Cash Recoveries | $14,125,214 | $2,108,888 | | $2,108,888 | $16,234,102 | $34,817,150 |
| Other Recoveries | | 95,843 | | 95,843 | 95,843 | 24,166,003 |
| Court Ordered Restitution | | 5,031,125 | $10,949 | 5,042,074 | 5,042,074 | 9,356,007 |
| PFCRA Recoveries | | 2,400 | | 2,400 | 2,400 | 648,609 |
| Total Cash Recoveries | $14,125,214 | $7,238,256 | $10,949 | $7,249,205 | $21,374,419 | $168,987,769 |
| Cost Efficiencies | $868,065 | | | | $868,065 | $7,586,331 |
| Commitments to Recover Funds | $24,202,006 | $173,673 | | $173,673 | $24,375,679 | $70,763,094 |
| Cost Efficiencies Sustained | $2,269,420 | | | | $2,269,420 | $9,300,459 |
| Fines Levied | | $101,333 | $5,200 | $106,533 | $106,533 | $5,721,817 |
| Indictments | | 454 | 5 | 459[2] | 459 | 705 |
| Convictions | | 151 | 14 | 165[2] | 165 | 387 |
| Total Years Suspended Sentences/Probation | | 14/349 | 0/12 | 14/361 | 14/361 | 35/753 |
| Total Years Prison Sentences | | 109 | 10 | 119 | 119 | 545 |
| Administrative Actions Against Persons/Firms Doing Business with HUD | 20 | 59 | 15 | 74 | 94 | 330 |
| Subpoenas Served | 27 | | | 59 | 86 | 145 |

[1] Cases where HUD/OIG is monitoring the investigation but has no active participation.
[2] 290 indictments and 5 convictions resulted from Operation Safe Home.