# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed February 28, 2007)

* * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * *

## ORDER

On February 26, 2007, plaintiffs filed two unopposed motions, within the same pleading. First, plaintiffs move to consolidate two of defendant's motions for partial summary judgment, one filed December 22, 2006, and the other filed February 26, 2007. Second, plaintiffs move for an enlargement of time for their responsive briefing to defendant's December 22, 2006 motion for partial summary judgment, which is currently due on or before March 9, 2007. The court considers each of these motions in turn.

Plaintiffs cite Rule 42(a) of the Rules of the United States Court of Federal Claims (RCFC) as authorizing the consolidation of defendant's two dispositive motions for the purpose of "further briefing and argument." Pls.' Mot. at 1. RCFC 42(a) refers to two or more "actions" in this court, which may be consolidated in a variety of ways in order to expedite consideration of the claims therein. RCFC 42(a) does not contemplate the consolidation of two or more dispositive motions in the same case. The court finds no rule suggesting that consolidation of dispositive motions is preferred, and for this reason, presumes that such consolidation is within the court's discretion when consolidation would contribute to the efficient

administration of the case before it.

Here, defendant's two dispositive motions concern two distinct groups of plaintiffs – the earlier motion addresses the claims of employees of the United States Department of Health and Human Services (HHS), and the later motion addresses the claims of employees of the United States Department of Housing and Urban Development (HUD). Although plaintiffs assert that "[d]efendant's motions raise the identical legal and factual issues with respect to both the HHS and HUD plaintiffs," Pls.' Mot. at 1, the court notes that employees of different federal agencies may have encountered different factual circumstances in their employment. Thus, summary judgment motions concerning the work-related claims of these two groups of plaintiffs may rely on distinct constellations of fact material to the resolution of those motions. Consolidation will not aid the court's consideration of the two motions if the underlying facts require a separate and distinct analysis. For this reason, plaintiffs' motion to consolidate the two partial summary judgment motions filed by defendant is denied.

However, the court recognizes that there are substantial similarities between defendant's two dispositive motions. Plaintiffs' request to coordinate the briefing schedule for the two motions will permit the parties to use their time effectively when crafting arguments which can be employed in two briefs scheduled for simultaneous filing. For this reason, plaintiffs' motion for an enlargement of time of approximately twenty days, so that their response to defendant's HHS motion is due on or before March 29, 2007, is granted and the court is amenable to keeping the briefing schedules for these two sets of plaintiffs and motions on a simultaneous track throughout if the parties so desire.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Unopposed Motions (1) to Consolidate Defendant's Motions for Summary Judgment and (2) for Enlargement of Time, filed February 26, 2007, is **DENIED in part** and **GRANTED in part**. Plaintiffs' motion to consolidate defendant's motions for partial summary judgment that were filed December 22, 2006 and February 26, 2007 is **DENIED**. Plaintiffs' motion for an enlargement of time for their response to Defendant's Motion for Partial Summary Judgment Concerning Plaintiffs Employed by the Office of Inspector General in the Department of Health and Human Services, that was filed on December 22, 2006, is **GRANTED**. Plaintiffs' response to defendant's motion filed December 22, 2006 shall be **FILED** on or

before **March 29, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge