# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed February 28, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On February 26, 2007, pursuant to the court's order of February 1, 2007, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations and settlements that have occurred and/or are underway in the subject matter. Additionally, the parties state that plaintiffs filed a petition for rehearing and/or rehearing *en banc* with the United States Court of Appeals for the Federal Circuit on the driving time issue and defendant filed a response to plaintiffs' petition on February 20, 2007.

With regard to the driving time claims of the GS-13s who were the subject of the November 22, 2006 settlement, plaintiffs propose to await the outcome of the above-mentioned petition, whereas defendant reserves its right to file an appropriate motion to dismiss these claims without awaiting further proceedings. The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation. In conclusion, the parties request that their next status report be filed on or before March 27, 2007.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **March 27, 2007** to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge