IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHEN S. ADAMS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 90-162C and consolidated cases (Judge Lynn J. Bush) |

STIPULATION OF PARTIAL DISMISSAL

Pursuant to RCFC 41 (a)(1)(ii), the parties stipulate to the partial dismissal of certain claims asserted in these consolidated civil actions pursuant to, and in accordance with, the terms of a partial settlement agreement entered into by the parties on March 19, 2007.

The claims encompassed by the above-referenced partial settlement agreement and by this stipulation of partial dismissal are plaintiffs' claims for compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), while employed as grade 9 through 12 Marine Enforcement Officers within occupational series 1801 by the United States Customs and Border Protection within the Department of Homeland Security and/or its predecessor the United States Customs Service.

The partial settlement agreement does not cover plaintiffs' FLSA claims for the time solely spent driving a Government vehicle between home and work.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: March 21, 2007

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: March 21, 2007

**Filed Electronically with the consent of the Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 21st day of March 2007, a copy of the foregoing "STIPULATION OF PARTIAL DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**