# INDEX TO PLAINTIFFS' APPENDIX TO PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING HHS CRIMINAL INVESTIGATORS

## VOLUME 1


| | | Page |
|---|---|---|
| Exhibit 1 | Deposition Notice and Excerpts from Deposition of Michael Little – January 31, 2007 | 1 |
| Exhibit 2 | Excerpts from Deposition of Lora Savoy – January 25, 2007 | 17 |
| | Exhibit 1: Notice to Take Deposition | 39 |
| | Exhibit 2: HHS Office of Investigations Staffing and Employment Data | 42 |
| | Exhibit 3: HHS OIG Organization Charts | 54 |
| | Exhibit 4: HHS OIG Office of Investigations Digest of Applicable Statutes | 59 |
| Exhibit 3 | Excerpt from Defendant's Motion for Partial Summary Judgment – February 24, 1992 | 100 |
| Exhibit 4 | Excerpt from Internal Revenue Manual, Chapter 1100 (from February 24, 1992 Appendix to Defendant's Motion for Partial Summary Judgment at 27) | 105 |
| Exhibit 5 | Excerpts from Qualification Standards and Guidelines Handbook, Internal Revenue Manual, at Table of Contents and Section 18(11) (from February 24, 1992 Appendix to Defendant's Motion for Partial Summary Judgment at 28-9) | 106 |
| Exhibit 6 | FLSA Final Rules and Regulations on Exemptions, 69 Fed. Reg. 22,128-130; 22,140-142; 22,193-95 (Apr. 23, 2004) | 108 |
| Exhibit 7 | Memorandum of Understanding Between the Federal Bureau of Investigation and the Office of Inspector General U.S. Department of Health and Human Services – September 3, 1982 | 118 |
| Exhibit 8 | Office of Personnel Management Decision Number F-1810-12-02 – October 16, 2006 | 126 |
| Exhibit 9 | HHS OIG Office of Audit Employment Statistics for Fiscal Year 1998 | 141 |
| Exhibit 10 | HHS OIG Office of Investigations Special Agent Handbook Chapter 1-10 – August 25, 1989 | 144 |

Exhibit 11 September 1992 HHS OIG Office of Investigations SSA Fraud Awareness Guide ....146

Exhibit 12 Statement of Organization, Functions and Delegations of Authority for the Department of Health and Human Services – November 7, 1989 ....156

Exhibit 13 Excerpts from April 1, 1992 – September 30, 1992 HHS OIG Semiannual Report to the Congress ....164

Exhibit 14 Excerpts from October 1, 1993 – March 31, 1994 HHS OIG Semiannual Report to the Congress ....168

Exhibit 15 1995 HHS Performance and Accountability Report, at I.1-II.1 ....171

Exhibit 16 Excerpt from SSA History: History of SSA 1993-2000 [http://www.ssa.gov/history/ssa/ssa2000chapter1.html (last accessed February 27, 2007)] ....174

Exhibit 17 Declaration of Edgar James ....177

Exhibit 18 Statutory and Regulatory Index ....179

**VOLUME 2**

Exhibit 19 Declaration of Raymond Blackwell ....193

Exhibit 20 Declaration of Michael Callan ....199

Exhibit 21 Declaration of Robert Caputo ....205

Exhibit 22 Declaration of Frank Cioffi ....210

Exhibit 23 Declaration of George Fields ....233

Exhibit 24 Declaration of Gary Holst ....239

Exhibit 25 Declaration of Jeffrey Kurtz ....246

Exhibit 26 Declaration of Paul Lavoie ....257

Exhibit 27 Declaration of Lewis Lee ....270

Exhibit 28 Declaration of Joanne Lynn ....275

Exhibit 29 Declaration of Harry Maldonado ....299

Exhibit 30 Declaration of Edward Mendicello ........................................................353

Exhibit 31 Declaration of Jerald Messer ...................................................................372

Exhibit 32 Declaration of Craig Morgan ...................................................................378

Exhibit 33 Declaration of John Pollock .....................................................................386

Exhibit 34 Declaration of William Root.....................................................................394

Exhibit 35 Declaration of Nancy Scanlan..................................................................400

Exhibit 36 Declaration of Douglas Wright ................................................................407