**INDEX TO PLAINTIFFS' APPENDIX TO PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING HUD CRIMINAL INVESTIGATORS**

**VOLUME 1**


| | | Page |
|---|---|---|
| Exhibit 1 | Excerpts from Deposition of Patrick Neri – March 7, 2007 | 1 |
| Exhibit 2 | Excerpt from Defendant's Motion for Partial Summary Judgment – February 24, 1992 | 20 |
| Exhibit 3 | Excerpt from Internal Revenue Manual, Chapter 1100 (from Februrary 24, 1992 Appendix to Defendant's Motion for Partial Summary Judgment at 27) | 25 |
| Exhibit 4 | Excerpts from Qualification Standards and Guidelines Handbook, Internal Revenue Manual, at Table of Contents and Section 18(11) (from February 24, 1992 Appendix to Defendant's Motion for Partial Summary Judgment at 28-9) | 26 |
| Exhibit 5 | FLSA Final Rules and Regulations on Exemption, 69 Fed. Reg. 22,128-130; 22,140-142; 22,193-95 (Apr. 23, 2004) | 28 |
| Exhibit 6 | OPM Position Classification Standard for Grade-Level Guides for Classifying Investigator Positions GS-1810/1811 – February, 1972 | 39 |
| Exhibit 7 | Excerpts from September 30, 1992 HUD OIG Semiannual Report to the Congress | 77 |
| Exhibit 8 | Excerpts from HUD OIG Manual – January 1991 | 79 |
| Exhibit 9 | Programs of HUD – 1989-1990 | 86 |
| Exhibit 10 | Office of Personnel Management Decision Number F-1810-12-02 – October 16, 2006 | 146 |
| Exhibit 11 | Declaration of Edgar James | 156 |
| Exhibit 12 | Statutory and Regulatory Index | 158 |


**VOLUME 2**


| | | |
|---|---|---|
| Exhibit 13 | Declaration of Michael Carlucci | 172 |
| Exhibit 14 | Declaration of David Cundiff | 193 |

Exhibit 15 Declaration of Michael Groszkiewicz....................................................198

Exhibit 16 Declaration of Diane Hill-Dechellis ......................................................203

Exhibit 17 Declaration of Philip Kiefer ...................................................................210

Exhibit 18 Declaration of Thomas Knapstein..........................................................215

Exhibit 19 Declaration of Stephen McCool.............................................................221

Exhibit 20 Declaration of Neal Olderman ...............................................................228

Exhibit 21 Declaration of Katherine Takacs ............................................................258

Exhibit 22 Declaration of Philip Wrona ..................................................................265

Exhibit 23 Stipulation by the Parties Regarding the Department of Housing and Urban Development – March 21, 2007...................................................274