## Urban Homesteading

A national program to revitalize declining neighborhoods and reduce the inventory of Federally owned properties by transferring vacant and unrepaired single family properties to new homeowners for rehabilitation. Suitable properties owned by HUD, the Veterans Administration (VA), and Farmers Home Administration (FmHA) may be used in this program.

**Nature of Program:** Federally owned properties are transferred to local governments that have developed homesteading programs approved by HUD. Each locality submits an application for participation in the program, including designation of Urban Homesteading Neighborhood(s). Program funds reimburse the Federal agencies for the market value of the properties transferred to the localities.

The local governments selected for the program "transfer" the properties for a nominal sum to eligible individuals or families called "homesteaders." Homesteaders must be equitably selected by each participating locality, with priority given to lower-income people. The homesteaders must occupy the property as a principal residence for at least five years. Within three years of occupying the property, the homesteader must bring it up to local code standards.

The rehabilitation may be carried out by a contractor or by the homesteader. During the process, the homesteader must permit inspections to be made of the property and of the rehabilitation work performed. When these requirements have been met, the homesteader receives fee simple title to the property.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Applicants must be States or units of general local government, such as cities or counties.

**Legal Authority:** Section 810, Housing and Community Development Act of 1974 (12 U.S.C. 1706e).

**Administering Office:** Assistant Secretary for Community Planning and Development, Department of Housing and Urban Development, Washington, D.C. 20410-7000.

**Information Source:** HUD Headquarters, Field Offices, and State and local community development agencies.

**Current Status:** Active. Authorized through FY 89.



**Scope of Program:** One hundred and fifty-seven localities have been approved to participate in this program. The program is supported by $13.2 million in Section 810 funds for FY 89 to pay for the transfer of HUD, VA, and FmHA-owned properties to participating localities. The Community Development Block Grant (CDBG) program is a source of funding for the administrative costs of State and local urban homesteading programs. In addition, CDBG funds, the Section 312 loan program, and private sector lending institutions are major financing sources for the rehabilitation of urban homesteading properties.

## Emergency Shelter Grants Program

Provides access for homeless people and families to safe, sanitary shelter, supportive services, and other assistance.

**Nature of Program:** Provides grants to States, metropolitan cities, and urban counties according to the formula used for Community Development Block Grants.

Eligible activities include renovation, major rehabilitation, or conversion of buildings for use as emergency shelters for the homeless.

With certain limitations, grantees may also spend funds on essential services for the homeless, including homeless prevention efforts. In addition, grantees may spend funds on operating costs such as maintenance, insurance, utilities, and furnishings. However, payroll expenses for staff to operate the shelter or administer the grant are ineligible expenses. To receive a grant, each grantee must have an approved Comprehensive Homeless Assistance Plan (CHAP).

**Grantee Eligibility:** States, Puerto Rico, and territories are eligible. Metropolitan cities and urban counties are eligible to receive a grant if, after applying the formula, their allocation is greater than .05 percent of the funds appropriated.

**Funding Distribution:** Program funds are allocated to grantees in proportion to their previous year's CDBG allocation. If metropolitan cities and urban counties do not meet the grant minimum, their allocated funds are added to the allocation of the State where they are located.

**Legal Authority:** Title IV, Stewart B. McKinney Homeless Assistance Act (42 U.S.C. 11371), as amended.

**Administering Office:** Assistant Secretary for Community Planning and Development, Department of Housing and Urban Development, Washington, D.C. 20410-7000.

**Information Source:** HUD Headquarters and local Field Offices.

**Current Status:** A final rule for the ESG program was published August 10, 1988. A notice of Fund Availability with revisions reflecting changes made to the 1988 McKinney Amendments Act was published January 9, 1989.

**Scope of Program:** $60 million in FY 87 funds were allocated in two funding rounds. For FY 88, $8 million were allocated and $46.5 million in FY 89.



## Enterprise Zone Development

The designation of 100 enterprise zones.

**Nature of the Program:** The Secretary of HUD may designate up to 100 enterprise zones and is authorized to waive HUD regulations in these designated zones.

**Zone Eligibility:** To be eligible for zone designation, the area must (a) have a continuous boundary and a minimum population of 4,000 if located in a jurisdiction of 50,000 or greater, 1,000 if in a small town or rural area, or located entirely in an Indian Reservation; (b) be located in a UDAG-eligible jurisdiction; (c) have pervasive poverty, unemployment, and general distress; (d) have an unemployment rate at least 1.5 times the national unemployment rate; (e) have a poverty rate of at least 20 percent; and (f) have either 70 percent of the households with incomes below 80 percent of the median income of households in the local jurisdiction, or have a population decline of 20 percent or more between 1970 and 1980. Rural zones must meet one of the four distress criteria, (c) through (f).

The State and local government must jointly request designation of an area, certifying that it meets the eligibility requirements. The local government must have an adequate "Course of Action" for development of the zone, including at least four of the following: (a) reducing tax rates or fees within the zone; (b) increasing the level of public services or the efficiency of their delivery within the zone; (c) reducing, removing, or streamlining paperwork requirements within the zone; (d) involving public authorities or private entities, organizations, neighborhood associations, and community groups in a program which includes a written commitment to provide jobs and job training and other assistance to employers, employees, and residents of the area; (e) giving special preference to minority-owned contractors; and (f) giving surplus land to neighborhood organizations for business operations.

**Distribution of Zone Designation:** The selection of the 100 zones will be based solely on rank order of distress. Each area will be ranked for each of the four distress criteria. The rank order will then be determined by the highest average ranking of these criteria. One-third of the zones must be in non-metropolitan small towns or rural areas. Applications for these zones will compete separately from those from metropolitan zones.

**Legal Authority:** Title VII of the Housing and Community Development Act of 1987 (42 U.S.C. 11501-5).

**Administering Office:** Assistant Secretary for Community Planning and Development, Department of Housing and Urban Development, Washington, D.C. 20410-7000.

**Information Source:** HUD Headquarters and Field Offices.

**Current Status:** Action on this program has been postponed pending further legislative developments.

**Scope of Program:** There is no separate appropriation for this program. It involves coordination and expedited processing of existing programs.



## Solar Energy and Energy Conservation Bank

Provides loan subsidies and matching grants for low- and moderate-income individuals to purchase energy conservation and solar energy improvements.

**Nature of Program:** The Solar Energy and Energy Conservation Bank (Solar Bank) operates through States, providing financial assistance to consumers for solar and energy conservation improvements. Eligible consumers apply through a designated State agency which, in turn, draws funds from the Solar Bank through the Treasury Financial Communication Systems (TFCS).

**Applicant Eligibility:** Applicants for financial assistance for energy-conserving improvements must generally fall below 150 percent of the median income for the area in which the building is located. Applicants at 80 percent or less of the median area income are eligible for matching grants. The amount of financial assistance for solar improvements is based on the amount of energy saved by the solar system or a percentage of costs.

**Legal Authority:** Title V, Energy Security Act of 1980 (12 U.S.C. 3601 et seq.).

**Administering Office:** Each State has designated a contact for administering the program in that particular State.

**Information Source:** State contacts may be obtained from the Solar Energy and Energy Conservation Bank, Department of Housing and Urban Development, Room 7242, Washington, D.C. 20410-7000.

**Current Status:** The program is being phased out with a final allocation of about $270,000 in 1989 going to 10 states.

**Scope of Program:** The Solar bank program, as of June 1989, has 10 States participating with remaining funds.

## Supportive Housing Demonstration Program — Transitional Housing Component

Project advances and grants to public and private nonprofit entities to defray the cost of acquiring and rehabilitating, or for moderate rehabilitation of, existing buildings to house homeless persons; direct payments to fund a portion of annual operating costs for up to five years; funding for employment assistance programs; and technical assistance related to the awarding of grant funds.

**Nature of Program:** Assists in developing innovative approaches for providing the housing and support services that homeless people need to move into independent living, especially for deinstitutionalized homeless individuals, homeless individuals with mental disabilities, and homeless families with children.

Eligible funding includes acquisition/rehabilitation advances for up to (1) $400,000, or (2) 50 percent of the aggregate cost of acquisition, substantial rehabilitation, or acquisition and rehabilitation, whichever is less. Moderate rehabilitation grants for up to (1) $200,000; (2) the project limit (moderate rehabilitation grants may not exceed the lesser of the project limit — $5,000 per bedroom in a group home, single-room occupancy, or an efficiency unit; $7,000 per unit with one or more bedrooms); or (3) 50 percent of the cost of rehabilitation, whichever is less. Grants for operating costs of up to 50 percent of the annual operating costs of transitional housing for a five-year period. Grants for up to 50 percent of the cost of establishing and operating an Employment Assistance Program.

**Applicant Eligibility:** Any State, metropolitan city, urban county, governmental entity, tribe, and private nonprofit corporation or any combination of such entities created.

**Legal Authority:** Subtitle C of Title IV of the Stewart B. McKinney Homeless Assistance Act (42 U.S.C. 11381) as amended by PL 100-242.

**Administering Office:** Assistant Secretary for Community Planning and Development, Department of Housing and Urban Development, Washington, D.C. 20410-7000.

**Current Status:** Active.

**Information Source:** See administering office.

**Scope of Program:** Cumulative total through May 1989: 232 projects, which included 100 projects for families and 71 projects for the mentally disabled, totaling $117.7 million.



## Supportive Housing Demonstration Program — Permanent Housing Component

Advances or grants to States on behalf of project sponsors (private nonprofit organizations or public housing authorities) to defray the cost of (1) acquiring and/or rehabilitating existing buildings for permanent housing for not more than eight homeless people with disabilities; (2) retirement of mortgage debt; (3) portions of operating expenses for the first two years of operation; and (4) technical assistance related to one or more of the above activities.

**Nature of Program:** HUD assists in developing community-based, long-term housing with support services for homeless people with disabilities including the developmentally disabled, the chronically mentally ill, and the physically disabled. The Demonstration is designed to determine (1) the cost of acquiring and/or rehabilitating or leasing existing buildings (group homes, units in rental apartment buildings, condominium or cooperative projects) for supportive housing; (2) the cost of operating the housing and providing supportive services to the residents; (3) the social, financial, and other advantages of the housing and support services; and (4) how to design and implement housing programs that serve the special needs of disabled homeless individuals and their families.

Acquisition/rehabilitation advances may not exceed the lesser of (1) $200,000, or (2) 50 percent of the aggregate cost of acquisition and/or rehabilitation except in areas with high acquisition and rehabilitation costs. Moderate rehabilitation grants may not exceed the lesser of the project limit — $5,000 per bedroom in a group home, single-room occupancy or an efficiency unit; $7,000 per unit with one or more bedrooms; or 50 percent of the total cost of rehabilitation. Annual payments for operating costs cannot exceed 50 percent of such costs during the first year of operation and 25 percent in the second year.

**Applicant Eligibility:** Any State, or U.S. territory where the project is to be located, on behalf of a private nonprofit organization or public housing authority ("Project Sponsor") which will operate the permanent housing for homeless people with disabilities.

**Legal Authority:** Subtitle C of Title IV of the Stewart B. McKinney Homeless Assistance Act (42 U.S.C. 11381) as amended.

**Administering Office:** The Assistant Secretary for Community Planning and Development, Department of Housing and Urban Development, Washington, D.C. 20410-7000.

**Current Status:** Active.

**Information Source:** See administering office.

**Scope of Program:** In three rounds of competition, nearly $7 million in projects were funded in the first two rounds and $15 million in the third round.



## Supplemental Assistance for Facilities to Assist the Homeless (SAFAH)

Grants for facilities to house and provide support services for the homeless.

**Nature of Program:** HUD makes grants for comprehensive or supplemental assistance. Grants for comprehensive assistance are given to particularly innovative programs that meet the immediate and long-term needs of the homeless. These programs involve support services and housing acquired by purchase, lease, rehabilitation, operation, or conversion of facilities. Grants for supplemental assistance go to cover costs in excess of assistance provided under the Emergency Shelter Grant and Supportive Housing programs.

Funds are awarded by a nationwide competition. HUD selection criteria give priority to comprehensive assistance grants.

The statute requires that at least 50 percent of the funds benefit homeless families with children and the elderly homeless. This requirement applies to the whole program, not to individual programs or applicants.

Funds are distributed as interest-free advances for acquiring, leasing, renovating, rehabilitating, or converting facilities and as grants for moderate rehabilitation of existing structures, operating costs, and supportive services.

**Applicant Eligibility:** States, metropolitan cities, urban counties, other governmental entities, Indian tribes, and private nonprofit organizations.

**Legal Authority:** Title IV, Subtitle D, Stewart B. McKinney Homeless Assistance Act (42 U.S.C. 11391).

**Administering Office:** Assistant Secretary for Community Planning and Development, Department of Housing and Urban Development, Washington, D.C. 20410-7000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through June 1989; SAFAH grants totaling $15 million to 45 recipients, including two States, 14 local governments, and 29 nonprofit organizations.

# Housing

30 One- to Four-Family Home Mortgage Insurance (Section 203)
31 Homeownership Assistance for Low- and Moderate-Income Families (Section 221(d)(2))
32 Housing in Declining Neighborhoods (Section 223(e))
33 Special Credit Risks (Section 237)
34 Condominium Housing (Section 234)
35 Cooperative Housing (Section 213)
36 Manufactured Homes (Title I)
37 Manufactured Home Parks (Section 207)
38 Multifamily Rental Housing (Section 207)
39 Existing Multifamily Rental Housing (Section 223(f))
40 Multifamily Rental Housing for Moderate-Income Families (Section 221(d)(3) and (4))
41 Assistance to Nonprofit Sponsors of Low- and Moderate-Income Housing (Section 106)
42 Rent Supplements
43 Lower-Income Rental Assistance (Section 8)
44 Section 8 Existing Housing Voucher Program
45 Section 8 Existing Housing Certificate Program (Finders-Keepers)
46 Section 8 Moderate Rehabilitation Program
47 Direct Loans for Housing for the Elderly or Handicapped (Section 202)
48 Mortgage Insurance for Housing for the Elderly (Section 231)
49 Mortgage and Major Home Improvement Loan Insurance for Urban Renewal Areas (Section 220)
50 Housing Development Grants
52 Nursing Homes, Intermediate Care Facilities, and Board and Care Homes (Section 232)
53 Hospitals (Section 242)
54 Group Practice Medical Facilities (Title XI)
55 Congregate Housing Services
56 Property Improvement Loan Insurance (Title I)
57 Rehabilitation Mortgage Insurance (Section 203(k))
58 Supplemental Loans for Multifamily Projects and Health Care Facilities (Section 241)
59 Single Family Home Mortgage Coinsurance (Section 244)
60 Multifamily Housing Coinsurance (Section 223(f) and Section 221(d))



61 Graduated Payment Mortgages (Section 245)
62 Adjustable Rate Mortgages (ARMs)
63 Land Development (Title X)
64 Housing in Military Impacted Areas (Section 238)
65 Homes for Servicemen (Section 222)
66 Flexible Subsidy
67 Joint Venture for Affordable Housing (JVAH)
68 Counseling for Homebuyers, Homeowners, and Tenants
69 Interstate Land Sales Registration
70 Manufactured Home Construction and Safety Standards
71 Real Estate Settlement Procedures Act (RESPA)

## One- To Four-Family Home Mortgage Insurance (Section 203)

Federal mortgage insurance to finance homeownership and the construction and financing of housing.

**Nature of Program:** By insuring commercial lenders against loss, HUD encourages them to invest capital in the home mortgage market. HUD insures loans made by private financial institutions for up to 97 percent of the property value and for terms of up to 30 years. The loan may finance homes in both urban and rural areas (except farm homes). Less rigid construction standards are permitted in rural areas.

HUD/FHA-insured homeowners threatened with foreclosure due to circumstances beyond their control, such as job loss, death, or illness in the family, may apply for assignment of the mortgage to HUD which, if it accepts assignment, takes over the mortgage and adjusts the mortgage payments for a period of time until the homeowners can resume their financial obligations.

Legislation establishing this program was enacted in 1934.

**Applicant Eligibility:** Any person able to meet the cash investment, the mortgage payments, and credit requirements.

**Legal Authority:** Section 203, National Housing Act (12 U.S.C. 1709 (b), (i)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 14,947,960 units insured under Section 203(b) for a value of $374.2 billion; 79,949 units in outlying areas insured under Section 203(i) for a value of $622.3 million.



## Homeownership Assistance for Low- and Moderate-Income Families (Section 221(d)(2))

Mortgage insurance to increase homeownership opportunities for low- and moderate-income families, especially those displaced by urban renewal.

**Nature of Program:** HUD insures lenders against loss on mortgage loans to finance the purchase, construction, or rehabilitation of low-cost, one- to four-family housing. Maximum insurable loans for an owner-occupant are $31,000 for a single family home (up to $36,000 in high-cost areas). For a larger family (five or more persons), the limits are $36,000 or up to $42,000 in high-cost areas. Higher mortgage limits apply to two- to four-family housing.

Legislation establishing this program was enacted in 1954.

**Applicant Eligibility:** Anyone may apply; displaced households qualify for special terms.

**Legal Authority:** Section 221(d)(2), National Housing Act (12 U.S.C. 1715(d)(2)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 965,615 units insured for a value of $14.3 billion.

## Housing in Declining Neighborhoods (Section 223(e))

Mortgage insurance to purchase or rehabilitate housing in older, declining urban areas.

**Nature of Program:** In consideration of the need for adequate housing for low- and moderate-income families, HUD insures lenders against loss on mortgage loans to finance the purchase, rehabilitation, or construction of housing in older, declining, but still viable urban areas where conditions are such that normal requirements for mortage insurance cannot be met. The property must be in a reasonably viable neighborhood and an acceptable risk under the mortgage insurance rules. The terms of the loans vary according to the HUD/FHA program under which the mortgage is insured. HUD determines if a project should be insured under Section 223(e) and become an obligation of the Special Risk Insurance Fund. This is not a separate program. It supplements other HUD mortgage insurance programs.
Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Home or project owners ineligible for FHA mortgage insurance because property is located in an older, declining urban area.

**Legal Authority:** Section 223(e), National Housing Act (12 U.S.C. 1715n(e)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative totals through September 1988: 184,254 home mortgages insured with a value of $2.9 billion. For multifamily, 30,158 units were insured with a value of $1.4 billion.



## Special Credit Risks (Section 237)

Mortgage insurance and homeownership counseling for low- and moderate-income families with a credit history that does not qualify them for insurance under normal underwriting standards.

**Nature of Program:** HUD insures lenders against loss on home mortgage loans to low- and moderate-income families that are marginal credit risks. HUD is also authorized to provide budget, debt-management, and related counseling services to these families when needed. These services are performed by local HUD-approved organizations. Applicants may seek credit assistance under most FHA home mortgage insurance programs. Insured mortgage limit $18,000 ($21,000 in high-cost areas).
Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Low- and moderate-income households with credit records indicating ability to manage their financial and other affairs successfully if given budget, debt-management, and related counseling.

**Legal Authority:** Section 237, National Housing Act (12 U.S.C. 1715z-2).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active as an insurance program.

**Scope of Program:** Cumulative activity through September 1988: 5,289 units insured with a value of $81.2 million.

## Condominium Housing (Section 234)

Federal mortgage insurance to finance the construction or rehabilitation of multifamily housing by sponsors who intend to sell individual units and to finance acquisition costs of individual units in proposed or existing condominiums.

**Nature of Program:** HUD insures mortgages made by private lending institutions for the purchase of individual family units in multifamily housing projects under Section 234(c). Sponsors may also obtain FHA-insured mortgages to finance the construction or rehabilitation of housing projects which they intend to sell as individual condominium units under Section 234(d). A project must contain at least four dwelling units; they may be in detached, semi-detached, row, walk-up, or elevator structures.

A condominium is defined as joint ownership of common areas and facilities by the separate owners of single dwelling units in the project.

Legislation establishing this program was enacted in 1961.

**Applicant Eligibility:** Any qualified profit-motivated or nonprofit sponsor may apply for a blanket mortgage covering the project after conferring with his local HUD-FHA Field Office; any creditworthy person may apply for a mortgage on individual units in a project.

**Legal Authority:** Section 234, National Housing Act (12 U.S.C. 1715y).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: Section 234(c): 237,792 units insured with a value of $13.1 billion. Section 234(d): 960 projects with 48,938 units insured with a value of $521.0 million.



## Cooperative Housing (Section 213)

Federal mortgage insurance to finance cooperative housing projects.

**Nature of Program:** HUD insures mortgages made by private lending institutions on cooperative housing projects of five or more dwelling units to be occupied by members of nonprofit cooperative ownership housing corporations. These loans may finance new construction, rehabilitation, acquisition, improvement or repair of a project already owned, and resale of individual memberships; construction of projects composed of individual family dwellings to be bought by individual members with separate insured mortgages; and construction or rehabilitation of projects that the owners intend to sell to nonprofit cooperatives.

Legislation establishing this program was enacted in 1950.

**Applicant Eligibility:** Nonprofit corporations or trusts organized to construct homes for members of the corporation or beneficiaries of the trust; and qualified sponsors who intend to sell the project to a nonprofit corporation or trust.

**Legal Authority:** Section 213, National Housing Act (12 U.S.C. 1715e).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Authorized but not used. Cooperative projects currently insured under Section 221(d)(3) and (4).

**Scope of Program:** Cumulative activity through September 1988: 123,178 units insured for a value of $1.61 billion.

## Manufactured Homes (Title I)

Federal insurance of loans to finance the purchase of manufactured homes.

**Nature of Program:** HUD insures loans to finance the purchase of manufactured homes and/or lots. The loans are made by private lending institutions. The maximum loan amount is $40,500 for a manufactured home, $54,000 for a manufactured home and a suitably developed lot, and $13,500 for a developed lot. The maximum limits for combination home and lot loans may be increased up to 50 percent in designated high-cost areas. The maximum loan term varies from 15 to 25 years, depending on the type of loan.

Legislation establishing this program was enacted in 1969.

**Applicant Eligibility:** Any person able to make the cash investment and the mortgage payments.

**Legal Authority:** Title I, Section 2, National Housing Act (12 U.S.C. 1703).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Regional Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 332,071 units insured with a value of $5.34 billion.



## Manufactured Home Parks (Section 207)

Federal mortgage insurance to finance construction or rehabilitation of manufactured home parks.

**Nature of Program:** HUD insures mortgages made by private lending institutions to help finance construction or rehabilitation of manufactured home parks consisting of five or more spaces. Mortgages are limited to $9,000 per individual manufactured home space within each park. In high-cost areas, this maximum may be increased to $15,750 per space. The park must be located in an area approved by HUD in which market conditions show a need for such housing.

Legislation establishing this program was enacted in 1955.

**Applicant Eligibility:** Investors, builders, developers, cooperatives, and others meeting HUD requirements may apply to an FHA-approved lending institution after conferring with the local HUD office.

**Legal Authority:** Section 207, National Housing Act (12 U.S.C. 1713).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative projects insured through September 1988: 386 projects with 66,145 spaces insured with a value of $205.25 million.

## Multifamily Rental Housing (Section 207)

Federal mortgage insurance to finance construction or rehabilitation of a broad cross section of rental housing.

**Nature of Program:** HUD insures mortgages made by private lending institutions to finance the construction or rehabilitation of multifamily rental housing by private or public developers. The project must contain at least five dwelling units. Housing financed under this program, whether in urban or suburban areas, should be able to accommodate families (with or without children) at reasonable rents.

Legislation establishing this program was enacted in 1934.

**Applicant Eligibility:** Investors, builders, developers, and others who meet HUD requirements may apply for funds to an FHA-approved lending institution after conferring with their local HUD office. The housing project must be located in an area approved by HUD for rental housing and in which market conditions show a need for such housing.

**Legal Authority:** Section 207, National Housing Act (12 U.S.C. 1713).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Authorized but not used. Multifamily rental projects currently insured under Section 221(d)(3) and (4).

**Scope of Program:** Cumulative projects insured through September 1988: 2,501 projects with 324,435 units insured with a value of $4.1 billion.



## Existing Multifamily Rental Housing (Section 223(f))

Federal mortgage insurance for the purchase or refinancing of existing apartment projects; to refinance an existing cooperative housing project; or the purchase and conversion of an existing rental project to cooperative housing.

**Nature of Program:** HUD insures mortgages to purchase or refinance existing multifamily projects originally financed with or without Federal mortgage insurance. HUD may insure mortgages on existing multifamily projects under this program that do not require substantial rehabilitation. Project must contain at least five units, and must be at least three years old.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Investors, builders, developers, and others who meet HUD requirements.

**Legal Authority:** Section 223(f), National Housing Act (12 U.S.C. 1715n(f)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 498 projects with 110,719 units insured with a value of $1.7 billion.

## Multifamily Rental Housing for Moderate-Income Families (Section 221(d)(3) and (4))

Mortgage insurance to finance rental or cooperative multifamily housing for moderate-income households, including projects designated for the elderly.

**Nature of Program:** The Department insures mortgages made by private lending institutions to help finance construction or substantial rehabilitation of multifamily (five or more units) rental or cooperative housing for moderate-income or displaced families. Projects in both cases may consist of detached, semi-detached, row, walk-up, or elevator structures.

Currently, the principal difference between the programs is that HUD may insure up to 100 percent of total project cost under Section 221(d)(3) for nonprofit and cooperative mortgagors, but only up to 90 percent under Section 221(d)(4), irrespective of the type of mortgagor.

Special procedures have been established under Section 221(d)(4) for Retirement Service Center facilities, such as projects designed for the frail elderly.

Legislation establishing Section 221(d)(3) was enacted in 1954.

Legislation establishing Section 221(d)(4) was enacted in 1959.

**Applicant Eligibility:** Sections 221(d)(3) and 221(d)(4) mortgages may be obtained by public agencies; nonprofit, limited-dividend, or cooperative organizations; private builders; or investors who sell completed projects to such organizations. Additionally, Section 221(d)(4) mortgages may be obtained by profit-motivated sponsors. Tenant occupancy is not restricted by income limits.

**Legal Authority:** Section 221(d)(3) and (4), National Housing Act (12 U.S.C. 17151(d)(3), (4)).

**Administering Office:** The Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988 for Section 221(d)(3): 3,639 projects with 366,072 units insured for a value of more than $6.2 billion. Cumulative activity for Section 221(d)(4): 7,139 projects with 795,294 units insured for a value of more than $22.0 billion.



## Assistance to Nonprofit Sponsors of Low- and Moderate-Income Housing (Section 106)

Technical assistance and loans to sponsors of certain HUD-assisted housing.

**Nature of Program:** To stimulate the production of housing for low- and moderate-income families, HUD provides information and technical advice to nonprofit organizations that sponsor such multifamily housing.

HUD also makes interest-free "seed money" loans to nonprofit sponsors or public housing agencies to cover 80 percent of the preliminary development costs. Current HUD regulations limit these loans to nonprofit sponsors of Section 202 housing for the elderly or handicapped. Loans may be used to meet typical project development costs, such as surveys and market analysis, site engineering, architectural fees, site option expenses, legal fees, consultant fees, and organization expenses. Loans are made from a revolving Low- and Moderate-Income Sponsor Fund.

Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Nonprofit sponsors eligible under HUD regulations to participate in the Section 202 program. Currently, public housing agencies are not eligible Section 202 applicants and, therefore, not eligible as Section 106(b) applicants.

**Legal Authority:** Section 106, Housing and Urban Development Act of 1968 (12 U.S.C. 1701x).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active with respect to Section 106(b) loans for Section 202 housing for the elderly and handicapped.

**Scope of Program:** Cumulative activity through September 1988: 861 loans approved for a total amount of $19.3 million.

## Rent Supplements

Federal payments to reduce rents for certain disadvantaged low-income persons.

**Nature of Program:** HUD may pay rent supplements on behalf of eligible tenants to certain private owners of multifamily housing insured by the Federal Housing Administration. The payment makes up the difference between 30 percent of tenant's adjusted income and the fair market rent determined by HUD. However, the subsidy may not exceed 70 percent of the HUD-approved rent for the specific unit. HUD may pay the supplements for a maximum term of 40 years.

Legislation establishing this program was enacted in 1965.

**Applicant Eligibility:** Private, nonprofit, limited dividend, cooperative, or public agency sponsors carrying mortgages insured under the following programs may apply for rent supplements: Sections 221(d)(3), 231, 236, and Section 202. (The basic mortgage insurance vehicle has been the Section 221(d)(3) Market Interest Rate program.) Eligible tenants are limited to low-income households that qualify for public housing and are either elderly, handicapped, displaced by government action, victims of national disaster, occupying substandard housing, or headed by a person serving on active military duty.

**Legal Authority:** Section 101, Housing and Urban Development Act of 1965 (12 U.S.C. 1701s).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** New rent supplement contracts are no longer available. The program was suspended under the housing subsidy moratorium of January 5, 1973.

**Scope of Program:** As of September 1988, 23,476 units were eligible for rent supplement payments.



## Lower-Income Rental Assistance (Section 8)

Assists low- and very low-income families in obtaining decent, safe, and sanitary housing in private accommodations.

**Nature of Program:** HUD makes up the difference between what a low- and very low-income household can afford and the approved rent for an adequate housing unit. Eligible tenants must pay the highest of either 30 percent of adjusted income, 10 percent of gross income, or the portion of welfare assistance designated to meet housing costs. Housing thus subsidized by HUD must meet certain standards of safety and sanitation, and rents for these units generally cannot exceed the fair market rents for these units as determined by HUD. This rental assistance may be used in existing housing, in new construction, and in moderately or substantially rehabilitated units. Section 8 housing voucher, housing certificate, and Moderate Rehabilitation programs are described in the following sections.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Project sponsors may be private owners, profit-motivated and nonprofit or cooperative organizations, public housing agencies, and State housing finance agencies. Very low-income families whose incomes do not exceed 50 percent of the median income for the area are eligible to occupy the assisted units. A limited number of available units may be rented to lower-income families whose incomes are between 50 percent and 80 percent of median.

**Legal Authority:** Section 8, U.S. Housing Act of 1937 (42 U.S.C. 1437f).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active. New funding is no longer available for new construction or substantial rehabilitation projects.

**Scope of Program:** By the end of FY 88, a total of 2,377,063 units were available for occupancy under this program.

## Section 8 Existing Housing Voucher Program

Assists very low-income families in finding decent, safe, and sanitary housing in private accommodations.

**Nature of Program:** This housing voucher program, similar to the Section 8 Certificate (Finders-Keepers) program, provides assisted families with a greater choice in the selection of a rental unit. The housing voucher permits families to rent units beyond the fair market rents.

Rental housing selected by the eligible families must meet the decent, safe, and sanitary standards required by the program. Monthly housing assistance payments will be based on the differences between a payment standard for the area (not the actual rent) and 30 percent of the families' monthly income.

Of the families selected for assistance, preference is given to those families which are occupying substandard housing, are involuntarily displaced, or are paying more than half of their income for rent.

Legislation establishing housing vouchers as a demonstration was enacted in 1983 and full program status was enacted in 1987.

**Applicant Eligibility:** Very low-income families whose incomes do not exceed 50 percent of the median income for the area are eligible.

**Legal Authority:** Section 8(o), U.S. Housing Act of 1937 (42 U.S.C. 1437f(o)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** Local public housing agency or HUD Field Office.

**Current Status:** Active.

**Scope of Program:** By the end of FY 88, 175,919 families and elderly households were assisted.



## Section 8 Existing Housing Certificate Program (Finders-Keepers)

Assists very low-income families in finding decent, safe, and sanitary housing in private accommodations.

**Nature of Program:** ***Tenant-Based Component*** (85 percent or more of a PHA's program): Very low-income families who are certified as eligible by a public housing agency (PHA) administering this program are encouraged to negotiate directly with landlords for rental housing that best meets their needs. Tenants can move and continue to receive rent subsidies.

***Project-Based Component*** (15 percent or less of a PHA's program): PHAs may opt to have the subsidy tied to newly constructed or rehabilitation units. The term of a subsidy contract may vary from two to 14 years.

Housing subsidized by HUD through this program must meet certain standards of safety and sanitation. Rents must fall within the maximum rents for the area as determined by HUD. Eligible tenants must pay the highest of either 30 percent of adjusted income, 10 percent of gross income, or the portion of welfare assistance designated for housing. Of the families selected for assistance, preference is given to those occupying substandard housing, who are involuntarily displaced, or who are paying more than half of their income for rent.

**Applicant Eligibility:** Very low-income families are eligible if their incomes do not exceed 50 percent of the median income for the area.

**Legal Authority:** Section 8, U.S. Housing Act of 1937 (42 U.S.C. 1437f).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** Local public housing agency or HUD Field Office.

**Current Status:** Active.

**Scope of Program:** At the end of FY 88, more than 878,058 families were being served.

## Section 8 Moderate Rehabilitation Program

Assists very low-income families in obtaining decent, safe, and sanitary housing in privately owned, rehabilitated buildings.

**Nature of Program:** Public housing agencies (PHAs) administering this program advertise the availability of funds and select landlords to participate in the program based on a competitive process. Landlords agree to rehabilitate properties to meet certain safety and sanitation standards. PHAs set the rents based on the costs of owning, managing, maintaining, and rehabilitating the property and they must fall within the maximum rents for the area as determined by HUD. Rental subsidies remain available for 15 years for in-place eligible tenants and for tenants referred from the PHAs' list of eligible families waiting for assistance. For up to ten years, single rooms in rehabilitated buildings may be made available for homeless people. Eligible tenants must pay the highest of either 30 percent of adjusted income, 10 percent of gross income, or the portion of welfare assistance designated for housing. Preference is given to families occupying substandard housing, involuntarily displaced, or paying more than half of their income for rent.

**Applicant Eligibility:** PHAs apply to administer the program in their jurisdictions. Project sponsors, which may be private owners or profit and nonprofit or cooperative agencies, apply to PHAs. Very low-income families whose incomes do not exceed 50 percent of the median income for the area are eligible to occupy the assisted units.

**Legal Authority:** Section 8, U.S. Housing Act of 1937 (42 U.S.C. 1437f).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** Local public housing agencies or HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** At the end of FY 88, more than 116,000 families and 1,000 formerly homeless individuals were served.



## Direct Loans for Housing for the Elderly or Handicapped (Section 202)

Provides housing and related facilities for the elderly or handicapped.

**Nature of Program:** Long-term direct loans to eligible, private nonprofit sponsors to finance rental or cooperative housing facilities for occupancy by elderly or handicapped persons. The interest rate is determined annually. Section 8 funds are made available for 100 percent of the Section 202 units for the elderly. Beginning in FY 89, rental assistance is provided for 100 percent of the units for handicapped people.

Legislation establishing this program was enacted in 1959.

**Applicant Eligibility:** Private, nonprofit sponsors may qualify for loans. Households of one or more persons, the head of which is at least 62 years old or is qualified nonelderly handicapped between the ages of 18 and 62, are eligible to live in the structures.

**Legal Authority:** Section 202, Housing Act of 1959 (12 U.S.C. 1701q).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity for New Fund Reservation through September 1988: 216,000 units funded for a total of $8.2 billion.

## Mortgage Insurance for Housing for the Elderly (Section 231)

Federal mortgage insurance to finance the construction or rehabilitation of rental housing for the elderly or handicapped.

**Nature of Program:** To assure a supply of rental housing suited to the needs of the elderly or handicapped, HUD insures mortgages made by private lending institutions to build or rehabilitate multifamily projects consisting of five or more units. HUD may insure up to 100 percent of project cost for nonprofit and public mortgagors, but only up to 90 percent for private mortgagors.

Legislation establishing this program was enacted in 1959.

**Applicant Eligibility:** Investors, builders, developers, public bodies, and nonprofit sponsors may qualify for mortgage insurance. All elderly (62 or older) or handicapped persons are eligible to occupy units in a project insured under this program.

**Legal Authority:** Section 231, National Housing Act (12 U.S.C. 1715v).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 500 projects with 66,549 units insured for $1.2 billion.



## Mortgage and Major Home Improvement Loan Insurance for Urban Renewal Areas (Section 220)

Federally insured loans used to finance mortgages for housing in urban renewal areas, areas in which concentrated revitalization activities have been undertaken by local government, or to alter, repair, or improve housing in those areas.

**Nature of Program:** HUD insures mortgages on new or rehabilitated homes or multifamily structures located in designated urban renewal areas and areas with concentrated programs of code enforcement and neighborhood development. HUD insures supplemental loans to finance improvements that will enhance and preserve salvageable homes and apartments in designated urban renewal areas.

**Applicant Eligibility:** Investors, builders, developers, individual homeowners, and apartment owners.

**Legal Authority:** Section 220(a) and (h), National Housing Act (12 U.S.C. 1715k(a), (h)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active but infrequently used. Urban renewal-related activities are being phased out.

**Scope of Program:** Cumulative home improvement loan activity through September 1988: 541 projects with 99,463 units insured with a value of $3.2 billion.

## Housing Development Grants

Funds awarded to units of local government to finance the substantial rehabilitation or new construction of rental housing, cooperatives, and mutuals.

**Nature of Program:** The program is intended to increase the availability of rental housing in areas where there is a severe shortage of such housing. Development grants will be used to help private developers construct or substantially rehabilitate rental housing in those areas.

All projects assisted by development grants must reserve at least 20 percent of the units for families with incomes at, or below, 80 percent of the median income of the area. Owners of projects must agree to keep the assisted units available for occupancy by lower-income tenants for 20 years and must agree not to convert the units to condominiums during the 20-year period.

Development grants cannot exceed 50 percent of the total cost, generally less acquisition, of rehabilitating or developing the building. Once selected, the projects must be under construction within 24 months of HUD approval. When construction or rehabilitation of a project has been completed and the project reaches a certain level of occupancy, it will be closed out by HUD. At that time, the city, county, or State will become responsible for monitoring project operations and approving rent increases.

**Applicant Eligibility:** Like the Urban Development Action Grant program, funds for housing development grants will be awarded to cities, counties, and States, acting on behalf of units of government, through national competition.

Eligible areas are cities designated in the June 29, 1984, *Federal Register* or counties experiencing severe housing shortages as defined in the statutory criteria. Other areas may apply if they can demonstrate a special housing need or if they have a particular neighborhood preservation purpose.

Selection criteria include, but are not limited to, the severity of shortage of decent rental housing, availability of public-private funding, and maximum number of units for the least cost to the Federal government. No project will be approved without proof of firm financial commitments.

**Legal Authority:** Section 17, U.S. Housing Act of 1937 (42 U.S.C. 1437o).

**Administering Office:** The Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.



**Current Status:** No funds have been appropriated for the program since 1987. The current legislation expires September 30, 1989.

**Information Source:** See administering office.

**Scope of Program:** In FY 84 through FY 88, 24,797 units have been approved, totaling $504.4 million.

## Nursing Homes, Intermediate Care Facilities, and Board and Care Homes (Section 232)

Federal mortgage insurance to finance or rehabilitate nursing or intermediate care facilities.

**Nature of Program:** HUD insures mortgages made by private lending institutions to finance construction or renovation of facilities to accommodate 20 or more patients requiring skilled nursing care and related medical services, or those in need of minimum but continuous care provided by licensed or trained personnel. Board and care facilities may contain no fewer than five one-bedroom or efficiency units. Nursing home, intermediate care, and board and care services may be combined in the same facility covered by an insured mortgage or may be in separate facilities. Major equipment needed to operate the facility may be included in the mortgage. Facilities for day care may be included. As of October 1988, existing projects already insured by HUD are also eligible for purchase or refinancing with or without repairs under Section 232.

Legislation establishing this program was enacted in 1969.

**Applicant Eligibility:** Investors, builders, developers, and private nonprofit corporations or associations, which are licensed or regulated by the State to accommodate convalescents and persons requiring skilled nursing care or intermediate care, may qualify for mortgage insurance. Patients requiring skilled nursing, intermediate care, and/or board and care are eligible to live in these facilities.

**Legal Authority:** Section 232, National Housing Act (12 U.S.C. 1715w).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative totals through September 1988: 1,622 projects with 193,796 beds insured with a value of $3.20 billion.



## Hospitals (Section 242)

Federal mortgage insurance to finance construction or rehabilitation of public or private nonprofit and proprietary hospitals, including major movable equipment.

**Nature of Program:** HUD insures mortgages made by private lending institutions to facilitate financing of needed hospitals for the treatment of persons who require medical care furnished only (or most effectively) by hospitals. Loan-to-value ratio for new construction is 90 percent; for rehabilitation, it varies slightly from this figure. Term of mortgage is 25 years. The Department of Health and Human Services processes and reviews all applications under this program.

Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Public, proprietary, and nonprofit hospitals certified by the responsible State agency in accordance with Section 604(a)(1) or Section 1521 of the Public Health Service Act may apply.

**Legal Authority:** Section 242, National Housing Act (12 U.S.C. 1715z-7).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative totals through September 1988: 250 project mortgages with 69,224 beds insured with a value of $6.3 billion.

## Group Practice Medical Facilities (Title XI)

Federal mortgage insurance to finance the construction, rehabilitation, and equipment of facilities for group practice of medicine, dentistry, optometry, osteopathy, and podiatry.

**Nature of Program:** HUD insures mortgages on group practice medical facilities to relieve overburdened hospitals and nursing homes. The maximum insurable loan may cover 90 percent of new construction costs. For rehabilitation, the loan-to-value ratio varies slightly from this figure. Term of mortgage is 25 years or three-fourths of the remaining economic life (whichever is less). Both HUD and the Department of Health and Human Services review applications.

Legislation establishing this program was enacted in 1966.

**Applicant Eligibility:** Nonprofit organizations must own the facilities, but they may be used by a profit-motivated group of doctors, dentists, optometrists, osteopaths, and podiatrists. The owners must be unable to obtain comparable mortgages without FHA insurance.

**Legal Authority:** Title XI, National Housing Act (12 U.S.C. 1749 aaa et seq.).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active, but not used in recent years.

**Scope of Program:** Cumulative totals through September 1988: 27 project mortgages with 848 units insured with a value of $41.5 million.



## Congregate Housing Services

Federal grants to Public Housing Agencies (PHAs) and Section 202 borrowers.

**Nature of Program:** HUD makes direct three- to five-year grants to PHAs and Section 202 borrowers for a meals program, seven days a week, and other supportive services needed by eligible residents to prevent premature and unnecessary institutionalization. An independent professional assessment committee, appointed by the grantee, screens residents who apply for the program, determines individual eligibility for services, and recommends a service package to management.

Legislation establishing this program was enacted in 1978.

**Applicant Eligibility:** A congregate housing project for the elderly or non-elderly handicapped that is either (a) a PHA congregate project as defined in Section 7 of the U.S. Housing Act of 1937, or (b) housing owned by a nonprofit corporation and funded under Section 202 or the Housing Act of 1959.

**Legal Authority:** Title IV, Housing and Community Development Amendments of 1978 (42 U.S.C. 8001 et seq.).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** See administering office and Housing Management Division in HUD Field Offices.

**Current Status:** Active. As of FY 89, however, funds have been provided only for existing grants.

**Scope of Program:** All funding since FY 85 has gone to amend existing contracts. As of FY 89, $43 million have been available.

## Property Improvement Loan Insurance (Title I)

Federal insurance of loans to finance property improvements.

**Nature of Program:** HUD insures loans to finance improvements, alterations, and repairs of individual homes, apartment buildings, and nonresidential structures. Also, loans may finance new construction of nonresidential buildings. Loans on single family homes and nonresidential structures may be for up to $17,500, and may extend to 15 years and 32 days. Loans on apartment buildings may be as high as $8,750 per unit, but the total for the building may not exceed $43,750. The term may not exceed 15 years. Lenders process these loans. Loans for more than $2,500 require a mortgage or deed of trust on the improved property.

Legislation establishing this program was enacted in 1934.

**Applicant Eligibility:** Determined by lender.

**Legal Authority:** Title 1, Section 2, National Housing Act (12 U.S.C. 1703).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Regional Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 34,232,262 loans insured with a value of $37.0 billion.



## Rehabilitation Mortgage Insurance (Section 203(k))

Mortgage insurance to finance the rehabilitation of one- to four-family properties.

**Nature of Program:** HUD insures rehabilitation loans to (1) finance rehabilitation of an existing property; (2) finance rehabilitation and refinancing of the outstanding indebtedness of a property; and (3) finance purchase and rehabilitation of a property. An eligible rehabilitation loan must involve a principal obligation not exceeding the amount allowed under Section 203(b) home mortgage insurance.

Legislation establishing this program was enacted in 1961.

**Applicant Eligibility:** Any person able to make the cash investment and the mortgage payments.

**Legal Authority:** Section 203(k), National Housing Act (12 U.S.C. 1709(4k)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity from November 1978 through September 1988: 5,757 loans insured with a value of $114.6 million.

## Supplemental Loans for Multifamily Projects and Health Care Facilities (Section 241)

Federal loan insurance to finance improvements to HUD-insured multifamily rental housing and health care facilities.

**Nature of Program:** HUD insures loans made by private lending institutions to pay for improvements to apartment projects, nursing homes, hospitals, or group practice facilities that already carry HUD-insured mortgages. Projects may also obtain FHA insurance on loans to expand housing opportunities, to provide fire and safety equipment, or to finance energy conservation improvements to conventionally financed projects. Major movable equipment for nursing homes, group practice facilities, or hospitals also may be covered by a mortgage under this program.

Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Qualified owners of HUD-insured projects and health care facilities (as specified above).

**Legal Authority:** Section 241, National Housing Act (12 U.S.C. 1715z-6).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 150 projects with 24,399 beds insured with a value of $255.4 million.



## Single Family Home Mortgage Coinsurance (Section 244)

Joint mortgage insurance by the Federal Government and private lenders for homeownership financing.

**Nature of Program:** HUD offers an additional and optional method of insuring lenders against losses on loans that they make to finance the purchase of one- to four-family homes. In return for the right to expedite their own preliminary processing procedures, lenders assume responsibility for a portion of the insurance premium. Thus coinsurance is expected to result in faster service to the buyer and to improve quality of loan origination and servicing.

For borrowers, the program operates like full insurance programs. The major differences affect the lending institution, which performs the loan underwriting and property disposition functions normally carried out by HUD alone.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Any mortgagee approved under the full insurance programs may apply for inclusion in this program. The coinsuring lender, based upon the characteristics of the property and the credit qualifications of the borrower, decides whether to make the loan.

**Legal Authority:** Section 244, National Housing Act (12 U.S.C. 1715z-9).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 58,720 units coinsured with a value of $2.89 billion.

## Multifamily Housing Coinsurance (Section 223(f) and Section 221(d))

Joint mortgage insurance by the Federal Government and authorized lenders to finance rental housing.

**Nature of Program:** Authorized lenders, approved for participation in the program, effectively assume the responsibilities of the HUD Field Office for underwriting mortgage loans and those responsibilities of an FHA-approved mortgage.

In exchange for the authority to perform all the necessary underwriting, servicing, management, and property disposition functions, approved mortgagees assume responsibility for a portion of any insurance loss on the coinsured mortgage. The lender is allowed to retain application and financing fees and a share of the mortgage insurance premium paid by the owner as compensation for performing the processing and assuming a portion of the insurance risk. Section 223(f) provides mortgage insurance for the purchase or refinancing of existing multifamily housing projects which are at least three years old and have five or more units. Section 221(d) provides mortgage insurance for the new construction or substantial rehabilitation of multifamily housing projects.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Authorized lenders, including private entities and State housing agencies, as mortgagee and coinsurer. Nonprofit, limited-dividend, and profit entities are eligible to apply to approved lenders for loans.

**Legal Authority:** Section 244, National Housing Act (12 U.S.C. 1715z-9).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Section 223(f): In FY 88, 234 projects with 51,555 units were coinsured at a value of $1.4 billion.

Section 221(d): In FY 88, 82 projects with 13,842 units were coinsured at a value of $559.5 million.



## Graduated Payment Mortages (Section 245)

Federal mortgage insurance for Graduated Payment Mortgages.

**Nature of Program:** HUD insures mortgages to finance early homeownership for households that expect their incomes to rise substantially. These "graduated payment" mortgages allow homeowners to make smaller monthly payments initially and to increase their size gradually over time.

Five different plans are available, varying in length and rate of increase. Larger than usual downpayments are required to prevent the total amount of the loan from exceeding the statutory loan-to-value ratios. In all other ways, the graduated payment mortgage is subject to the rules governing ordinary HUD-insured home loans.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** All FHA-approved lenders may make graduated payment mortgages; creditworthy applicants with reasonable expectations of increasing income may qualify for such loans.

**Legal Authority:** Section 245, National Housing Act (12 U.S.C. 1715z-10).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 495,931 units insured with a value of $26.9 billion.

## Adjustable Rate Mortgages (ARMs)

Federal mortgage insurance for Adjustable Rate Mortgages (ARMs).

**Nature of Program:** Under this HUD-insured mortgage, the interest rate and monthly payment may change during the life of the loan. The initial interest rate, discount points, and the margin are negotiable between the buyer and lender.

The one-year Treasury Constant Maturities Index is used for determining the interest rate changes. One percentage point is the maximum amount the interest rate may increase or decrease in any one year. Over the life of the loan, the maximum interest rate change is five percentage points from the initial rate of the mortgage.

Lenders are required to disclose to the borrower the nature of the ARM loan at the time of loan application. In addition, borrowers must be informed at least 30 days in advance of any adjustment to the monthly payment.

Legislation establishing this program was enacted in 1983.

**Applicant Eligibility:** All FHA-approved lenders may make adjustable rate mortgages; creditworthy applicants, who will be owner-occupants, may qualify for such loans.

**Legal Authority:** Section 251, National Housing Act (12 U.S.C. 1715z-16).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 51,211 units insured with a value of $3.4 billion.



## Land Development (Title X)

Federal mortgage insurance to assist in developing subdivisions on a sound economic basis.

**Nature of Program:** HUD insures mortgages to finance the purchase of land and development of building sites for subdivisions including water and sewer systems, streets and lighting, and other installations needed for residential communities. Community buildings, such as schools, are not included, except for water supply and sewage disposal installations, clubhouses, and parking facilities, owned and maintained jointly by property owners.

Legislation establishing this program was enacted in 1965.

**Applicant Eligibility:** Prospective developers, subject to the approval of HUD, are eligible for mortgage insurance. Public bodies are not eligible.

**Legal Authority:** Title X, National Housing Act (12 U.S.C. 1749aa et seq.).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Program has been suspended.

**Scope of Program:** Cumulative activity through September 1988: 89 projects with more than 44,563 lots with an estimated insured value of $566.0 million.

## Housing in Military Impacted Areas (Section 238)

Federal mortgage insurance for housing in areas affected by military installations.

**Nature of Program:** Mortgage insurance for both single and multifamily housing is available under various insurance sections of Title II of the National Housing Act. Projects are eligible where there is a military impact on a local economy to the extent that a mortgage would not normally be insured. This insurance is available in a community only if the Secretary of Defense certifies the need for additional housing; and if the HUD Secretary can show that the cost-benefits of the insurance outweigh the risk to the Government. Such mortgages will be the obligation of the Special Risk Insurance Fund.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Sponsor eligibility will be determined by the section of the National Housing Act under which applications are made. Tenant eligibility is open.

**Legal Authority:** Section 228(c), National Housing Act (12 U.S.C. 1715z-3(c)).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 731 units insured with a value of $27.0 million.



## Homes for Service Members (Section 222)

Federal mortgage insurance enabling members of the armed services on active duty to purchase a home partially subsidized by the service.

**Nature of Program:** HUD allows the Departments of Defense, Transportation, and Commerce to pay the HUD mortgage insurance premium on behalf of service members on active duty under their jurisdiction. The mortgages may finance single family dwellings and condominiums insured under standard HUD home mortgage insurance programs.

Legislation establishing this program was enacted in 1954.

**Applicant Eligibility:** Service personnel on active duty in the U.S. Coast Guard or other U.S. Armed Forces, or employees of the National Oceanic and Atmospheric Administration who have served on active duty for two years.

**Legal Authority:** Section 222, National Housing Act (12 U.S.C. 1715m).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Cumulative activity through September 1988: 274,915 units insured with a value of $4.5 billion.

## Flexible Subsidy

Federal aid for financially troubled multifamily housing projects.

**Nature of Program:** Assists in restoring or maintaining the financial and physical soundness of privately owned, federally assisted multifamily housing projects; improving their management; and maintaining them for low- and moderate-income people. Flexible Subsidy provides immediate cash for correcting deferred maintenance and replacements, financial deficiencies, and replacement reserve and operating deficits. Both the initial allocation and the continued receipt of Flexible Subsidy assistance are conditioned on a project owner's ability to provide management satisfactory to HUD.

Legislation establishing this program was enacted in 1978.

**Applicant Eligibility:** Projects with mortgages insured or held by HUD, and subsidized under Section 23, Section 236, Section 221(d)(3) Below Market Interest Rate or the Rent Supplement program and projects that were constructed before 1974 under the Section 202 direct loan program for housing for elderly and people with disabilities. Also eligible are noninsured projects developed by State agencies and receiving HUD financial assistance under one of the above subsidy programs.

**Legal Authority:** Section 201, Housing and Community Development Amendments of 1978 (12 U.S.C. 1715z-la).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** During FY 88, 76 projects were assisted with obligations of $32.3 million.



## Joint Venture for Affordable Housing (JVAH)

Creates affordable homeownership and rental opportunities through regulatory reform, elimination of red tape, and the use of innovative construction and land planning techniques.

**Nature of Program:** The goal of the JVAH is affordable homeownership and rentals for zero-income through middle-income Americans. By involving builders, developers, local governments, and others connected with the housing industry who are concerned with housing affordability, the JVAH creates affordable housing opportunities through regulatory reform, elimination of red tape, and the use of innovative construction and land planning techniques. It focuses on controllable factors contributing to housing costs, including deregulation and building code modification; enlists community organizations to work for housing affordability, helping them to launch their own affordable housing campaigns; and functions as a clearinghouse for resource materials and ideas.

**Applicant Eligibility:** People, especially first-time homebuyers, able to meet the cash investment, the mortgage payments, and credit underwriting requirements.

**Legal Authority:** None. Program was started as a demonstration in 1982.

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Over the six-year demonstration, begun in 1982, nearly 7,000 units have been built in over 400 projects in each of the States, including Puerto Rico and the District of Columbia. The goal for FY 88 is 100 more sites, ten in each HUD Region.