## Counseling for Homebuyers, Homeowners, and Tenants

Housing counseling for homebuyers, homeowners, and tenants under HUD programs.

**Nature of Program:** The Department is authorized to counsel homebuyers, homeowners, and tenants under HUD programs. Services are provided by HUD-approved counseling agencies at no cost to individuals and families under HUD programs. HUD approves agencies and private and public organizations, with competence, knowledge, and experience in housing counseling and Departmental programs. Housing counseling grants, when available, are awarded to HUD-approved counseling agencies, on a competitive basis, to reimburse them partially for costs.

Counseling consists of advising and assisting with budgeting, money management, and buying and maintaining a home. It includes referrals for financial assistance, food, medical care, family guidance, job training, and placement. Counseling services help homeowners and tenants to improve their housing conditions and meet their responsibilities.

Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Homebuyers, homeowners, and tenants under HUD programs are eligible for counseling; private and public nonprofit agencies may apply for HUD approval to provide housing counseling services.

**Legal Authority:** Section 106, Housing and Urban Development Act of 1968 (12 U.S.C. 1701x).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** A total of 183 HUD-approved counseling agencies were funded during FY 88. There are approximately 500 HUD-approved housing counseling agencies nationwide.



## Interstate Land Sales Registration

Protects subdivision lot purchasers by requiring full disclosure and prohibiting fraudulent practices by land developers and promoters.

**Nature of Program:** HUD is responsible for administering the laws governing land sales registration. The Interstate Land Sales Full Disclosure Act prohibits developers and their agents from selling or leasing, by mail or by other means in interstate commerce, any lot in any subdivision of 100 or more nonexempt lots unless two conditions are met:

**(1)** A Statement of Record must be filed with HUD, containing full and current disclosure about the ownership of the land, the state of title, planned physical characteristics, planned availability of roads, services, utilities, and other matters.

**(2)** A printed Property Report, the disclosure instrument provided for by the Act, must be delivered to each purchaser or lessee in advance of signing the contract or agreement.

Antifraud provisions apply to subdivisions containing 25 or more lots. Willful violation is subject to criminal penalties of imprisonment for not more than five years or a fine of not more than $10,000, or both. A suit for damages may be brought in any State or Federal Court for the district in which the defendant may be found or in which the transaction took place. HUD may seek an injunction against any developer that it can show is violating or about to violate the law. HUD may also suspend the registration of a developer whose Statement of Record or Property Report contains misrepresentation or omits material facts.

Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Not applicable.

**Legal Authority:** Interstate Land Sales Full Disclosure Act (15 U.S.C. 1701 et seq.).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** During FY 88, 2,119 filings of initial, consolidated, and amended registration statements, advisory opinions, and exemption filings were received and processed.

## Manufactured Home Construction and Safety Standards

Federal standards to protect the safety and health of the owners of manufactured homes.

**Nature of Program:** HUD issues Federal manufactured home construction and safety standards to reduce the number of personal injuries and deaths and the amount of insurance costs and property damage resulting from manufactured home accidents and to improve the quality and durability of manufactured homes. The standards take into consideration existing State and local laws but preempt those which are not identical to the Federal standards. They apply to all manufactured homes produced after June 15, 1976. Standards may be enforced by HUD directly or by various States which have established State administrative agencies in order to participate in the program. HUD may inspect factories and obtain records needed to enforce such standards. If a manufactured home does not conform to Federal standards, the manufacturer must notify the consumer. If the home has a defect which presents an unreasonable risk of injury or death, the manufacturer is required to correct the defect.

The law prohibits use of the mails and interstate commerce to sell or lease manufactured homes that do not meet safety standards. Civil and criminal penalties are issued for violations of the Act.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** Not applicable.

**Legal Authority:** National Manufactured Housing Construction and Safety Standards Act of 1974 (42 U.S.C. 5401 et seq.).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Currently, an average of 230,000 manufactured homes are produced each year subject to the Federal standards. Each year, approximately 300 consumer complaints are handled by HUD, and an additional 8,000 to 10,000 are handled by State administrative agencies participating in the program.



## Real Estate Settlement Procedures Act (RESPA)

Protects homebuyers by requiring advance estimates of settlement costs, limiting the size of escrow accounts, and prohibiting referral fees and kickbacks.

**Nature of Program:** RESPA seeks to reduce unnecessarily high settlement costs through three means: disclosures to homebuyers and sellers, prohibition of abusive practices, and research.

RESPA requires that lenders give all borrowers of federally related mortgage loans a HUD-prepared booklet with information about real estate transactions, settlement services, cost comparisons, and relevant consumer protection laws. When applying for a loan, borrowers must receive the booklet along with the lender's good faith estimate of the settlement costs they are likely to incur. One day before settlement, the borrower may request that the person conducting the settlement provide information on the actual settlement costs. At settlement, both the buyer and seller are entitled to a settlement statement that itemizes the costs they paid in connection with the transaction.

RESPA prohibits certain abusive practices. Kickbacks and referral fees are outlawed, sellers may not designate borrowers' title insurance companies, and excessively large escrow accounts cannot be established or maintained.

Legislation establishing this program was enacted in 1974.

**Applicant Eligibility:** All lenders and persons conducting settlement of federally related home mortgages.

**Legal Authority:** Real Estate Settlement Procedures Act of 1974 (12 U.S.C. 2601 et seq.).

**Administering Office:** Assistant Secretary for Housing-Federal Housing Commissioner, Department of Housing and Urban Development, Washington, D.C. 20410-8000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Limited only by the number of federally related mortgage loans. A federally related mortgage loan is one made on a one- to four-family residence by any lender insured or regulated by any Federal agency, or loan guaranteed or insured by a Federal agency or intended to be sold to the Federal National Mortgage Association, Government National Mortgage Association, or Federal Home Loan Mortgage Corporation.

# Public and Indian Housing


73 Public Housing Development
74 Public Housing Operating Subsidy
75 Public Housing Modernization
(Comprehensive Improvement Assistance Program)
76 Indian Housing




## Public Housing Development

Federal aid to local public housing agencies (PHAs) to develop housing for lower-income families.

**Nature of Program:** Local PHAs develop, own, and operate public housing projects. HUD furnishes technical assistance in planning, developing, and managing the projects and gives three kinds of financial assistance: funding for development costs, annual contributions for operating subsidy, and modernization funds.

Several different methods are used to develop public housing. Under the "Turnkey" method, the PHA invites private developers to submit proposals, selects the best proposal, and agrees to purchase the project on completion. Under conventional-bid construction, the PHA acts as its own developer, acquiring the site, preparing its own architectural plans, and advertising for competitive bids for construction. The PHA may also acquire existing housing, with or without rehabilitation, from the private market.

**Applicant Eligibility:** PHAs established in accordance with State law.

**Legal Authority:** U.S. Housing Act of 1937 (42 U.S.C. 1437 et seq.).

**Administering Office:** Assistant Secretary for Public and Indian Housing, Department of Housing and Urban Development, Washington, D.C. 20410-5000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** During FY 88, 7,791 units were reserved. Congress appropriated funds to reserve another 5,551 units in FY 89, although a part of this funding can be used for major reconstruction of obsolete projects.

## Public Housing Operating Subsidy

Federal aid to local public housing agencies (PHAs) for project operation.

**Nature of Program:** HUD provides annual contributions (operating subsidies) required to help PHAs maintain and operate their projects, establish operating reserves, and offset operating deficits. The operating subsidies are formula payments based on the Performance Funding System (PFS).

The PFS calculates operating subsidies based on the costs sustained by a well-managed PHA and factors that take into account cost trends and the characteristics of individual PHAs.

**Applicant Eligibility:** PHAs that administer public housing under Annual Contributions Contracts with HUD.

**Legal Authority:** Section 9, U.S. Housing Act of 1937 (42 U.S.C. 1437g).

**Administering Office:** Assistant Secretary for Public and Indian Housing, Department of Housing and Urban Development, Washington, D.C. 20410-5000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** Operating subsidies obligated for FY 88 total more than $1.5 billion.



## Public Housing Modernization (Comprehensive Improvement Assistance Program)

Federal aid to public housing agencies (PHAs) to finance capital improvements in public housing projects.

**Nature of Program:** HUD finances capital improvements and related management improvements in public housing projects to upgrade living conditions, correct physical deficiencies, and achieve operating efficiency and economy.

**Applicant Eligibility:** PHAs that administer public housing under Annual Contributions Contracts with HUD.

**Legal Authority:** Section 14, U.S. Housing Act of 1937 (42 U.S.C. 1437l).

**Administering Office:** Assistant Secretary for Public and Indian Housing, Department of Housing and Urban Development, Washington, D.C. 20410-5000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.

**Scope of Program:** During FY 88, $1,647 million of improvements were reserved under this program. Through September 1988, approximately $12.1 billion in improvements have been reserved.

## Indian Housing

Federal assistance through local Indian Housing Authorities (IHAs) to provide affordable housing and related facilities for eligible lower-income Indians and Alaska Natives.

**Nature of Program:** In its basic structure, this program is similar to public housing in general, but with some differences reflecting the special needs and conditions of native American communities. Local IHAs develop and operate rental and homeownership opportunity projects. HUD furnishes technical assistance in planning, developing, and managing the projects, and also gives financial assistance for development, operating subsidy, and modernization.

In mutual-help homeownership projects, the homebuyer-occupant (or tribe on the homebuyer's behalf) must contribute either the site, building materials, labor and/or cash to its construction costs. Under a lease-purchase arrangement, homebuyers have the opportunity to accumulate equity credits and eventually acquire ownership of their homes.

**Applicant Eligibility:** Indian Housing Authorities (IHAs) established under tribal or State law.

**Legal Authority:** U.S. Housing Act of 1937 (42 U.S.C. 1437 et seq.).

**Administering Office:** Assistant Secretary for Public and Indian Housing, Department of Housing and Urban Development, Washington, D.C. 20410-5000.

**Information Source:** Indian Field Offices in Chicago, Oklahoma City, Denver, Phoenix, Seattle, and Anchorage.

**Current Status:** Active.

**Scope of Program:** During FY 88, funds were reserved to develop 2,003 additional units. In FY 89, Congress appropriated funds to develop another 1,243 units.



# Fair Housing and Equal Opportunity

78 Fair Housing (Title VIII)
80 Fair Housing Assistance Program (FHAP)
(State and Local Agencies Program)
81 Fair Housing Initiatives Program (FHIP)
82 Certification of Substantially Equivalent Agencies
83 Community Housing Resource Boards (CHRBs)
84 Equal Opportunity in HUD-Assisted Programs (Title VI)
86 Voluntary Compliance

# Fair Housing (Title VIII)

**Nature of Program:** The Fair Housing Act prohibits discrimination in housing based on race, color, religion, sex, national origin, handicap, or familial status (includes individual or families with children 18 years old or younger and pregnant women).

Housing for older people, however, is not required to serve families with children. Such housing is exempt under the law if all occupants are over 62 years old or 80 percent of the units are occupied by at least one person 55 years of age or older, and the housing provides significant facilities and services for older people.

It is against the law to deny housing; refuse to rent, sell, or negotiate; or offer different terms and conditions because of race, color, religion, sex, national origin, handicap, or familial status. Discriminatory advertising is prohibited as well as denying that housing is available when, in fact, it is.

It is illegal for landlords to refuse tenants permission to make reasonable modification to housing, at their own expense, if the changes are necessary for the tenants to fully enjoy the unit. In some cases, the landlord may permit the changes only if the renter agrees to restore the property to its original condition before moving out. Landlords are also required to make accommodations in their rules, policies, practices, and services to allow people with disabilities equal opportunity to use and enjoy their homes.

Under the law, it is illegal to fail to design and construct most multifamily dwellings of four or more units, ready for first occupancy after March 13, 1991, in such a way that the units are not accessible to people with disabilities.

Anyone who believes that he or she has been discriminated against can file a compliant with any HUD office in person, by mail, or by telephone.

HUD or an equivalent State or local agency will investigate and attempt to conciliate the complaint. If it is not conciliated, and it appears that discrimination has occurred, HUD will issue a charge. A HUD Administrative Law Judge will hold a hearing, unless either party chooses to take a case to Federal District Court. In either case, the Government, at its own expense, will appoint an attorney to assist the complainant.

If the case is heard by a HUD Administrative Law Judge, the complainant may receive access to the housing that was denied and be awarded compensatory damages as well. In such cases, the discriminating party may also be assessed a civil penalty ranging from $10,000 to $50,000. If the case is heard by a Federal District Court, the complainant may be awarded unlimited punitive damages — civil penalties are not available.



When HUD finds that a complaint has merit and requires prompt court action, such as when an eviction is threatened or when a unit is about to be sold or rented to another person, HUD may direct the Department of Justice to file an action holding the unit off the market until the matter is resolved.

Legislation establishing this program was enacted in 1968 and substantially amended in 1988.

**Applicant Eligibility:** Any individual experiencing housing discrimination may file a complaint with any HUD office, in person, by mail, or by telephone. The national toll-free numbers are 1-800-424-8590 or 1-800-424-8529 (TDD)

Under Title VIII, an aggrieved person may also file suit in a Federal Court without complaining to HUD.

**Legal Authority:** Title VIII, Civil Rights Act of 1968, Fair Housing Amendments Act of 1988 (42 U.S.C. 3601 et seq.).

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** Fair Housing Enforcement Division, Office of Fair Housing and Equal Opportunity, Washington, D.C. 20410-2000.

**Current Status:** Active

**Scope of Programs:** In FY 88, 4,658 Title VIII complaints were received in FY 88. A total of 4,682 complaints were processed. Conciliation was attempted in 1,539 complaints, and 1,122 were successful.

## Fair Housing Assistance Program (FHAP) (State and Local Agencies Program)

**Nature of Program:** Assists State and local agencies which administer fair housing laws recognized by the Department as "substantially equivalent" to Title VIII of the Civil Rights Act of 1968. This assistance includes support for complaint processing, training, technical assistance, data and information systems, and other fair housing projects. The program is designed to build coordinated intergovernmental enforcement of fair housing laws and provide incentives for States and localities to assume a greater share of the responsibility for administering fair housing laws.

Appropriations implementing this program were first enacted for FY 80.

**Applicant Eligibility:** Applicant agency must (1) be certified as "substantially equivalent" and (2) execute a written "Memorandum of Understanding" with the Department, describing the working relationship between the agency and the appropriate HUD Regional Office of Fair Housing.

**Legal Authority:** Title VIII, Civil Rights Act of 1968, Fair Housing Amendments Act of 1988 (42 U.S.C. 3601 et seq.).

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** Programs Division, Office of Fair Housing and Equal Opportunity, Washington, D.C. 20410-2000.

**Current Status:** Active.

**Scope of Program:** FY 89 marks the tenth year State and local agencies were funded under the Fair Housing Assistance Program. The Office of Fair Housing and Equal Opportunity obligated $5 million in FY 89 to "substantially equivalent" State and local fair housing enforcement agencies. The program was redesigned in FY 89 to merge the noncompetitive and the competitive components into one comprehensive noncompetitive funding. This funding approach supports activities related to case processing and also supports specialized projects developed by the agencies to enhance their fair housing programs.

In 1989, 118 "substantially equivalent" States and localities received financial support under this program.



## Fair Housing Initiatives Program (FHIP)

**Nature of Program:** Provides funding to public and private entities formulating or carrying out programs to prevent or eliminate discriminatory housing practices. Funds enable the recipients to carry out activities designed to inform the public about rights and obligations under Federal, State, or local laws prohibiting housing discrimination, and to enforce those rights. There are three distinct categories of funding under FHIP: (1) the Administrative Enforcement Initiative, (2) the Education and Outreach Initiative, and (3) the Private Enforcement Initiative.

**Applicant Eligibility:** The Administrative Enforcement Initiative is limited to State and local government agencies which administer fair housing laws recognized "substantially equivalent" to Title VIII of the Civil Rights Act of 1968, as amended. The Education and Outreach Initiative is open to State or local governments and public or private entities that are formulating or carrying out programs to prevent or eliminate discriminatory housing practices. The Private Enforcement Initiative is limited to private nonprofit organizations and other private entities that are formulating or carrying out programs to prevent or eliminate discriminatory housing practices. At least one year of fair housing enforcement experience is required to conduct testing under the Private Enforcement Initiative.

**Legal Authority:** Section 561, Housing and Community Development Act of 1987.

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** Programs Division, Office of Fair Housing and Equal Opportunity, Washington, D.C. 20410-2000.

**Current Status:** Active.

**Scope of Program:** In FY 89, $5 million were appropriated for FHIP, including $2 million for the Education and Outreach Initiative and $3 million for the Private Enforcement Initiative. For FY 90, $6 million in appropriations were requested.

## Certification of Substantially Equivalent Agencies

A program that certifies agencies administering fair housing laws and ordinances as substantially equivalent to the Department's administration of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Amendments Act of 1988 (the "Fair Housing Act").

**Nature of Program:** HUD is responsible for administering the Fair Housing Act which prohibits discrimination in housing on the basis of race, color, religion, sex, handicap, familial status, and national origin. A State or local fair housing agency may qualify to handle complaints alleging violations of the Fair Housing Act if it has been certified as substantially equivalent.

In order for a State or local agency to be certified as substantially equivalent, the Assistant Secretary for Fair Housing and Equal Opportunity must examine the law administered by the agency and review the agency's ability to administer the law. The agency's law and its procedures must meet specific criteria established under the Fair Housing Law.

**Applicant Eligibility:** Any agency administering a fair housing law or ordinance may apply for certification. (Agencies grandfathered in as "certified" with the passage of the Fair Housing Amendments Act of 1988 have until January 13, 1992, to be certified under the Fair Housing Act.)

**Legal Authority:** Title VIII, Civil Rights Act of 1968, Fair Housing Amendments Act of 1988 (42 U.S.C. 3601 et seq.). See 24 CFR Part 115, Certification of Substantially Equivalent Agencies.

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** Programs Division, Office of Fair Housing and Equal Opportunity, Washington, D.C., 20410-2000.

**Current Status:** Active.

**Scope of Program:** 38 States and 84 localities were grandfathered in as "certified."



## Community Housing Resource Boards (CHRBs)

Grants assist Community Housing Resource Boards (CHRBs) to engage in fair housing activities that promote nondiscrimination in the sale, rental, or financing of housing; and equal opportunity in the housing market.

**Nature of Program:** Assures the effectiveness of the Voluntary Affirmative Marketing Agreements (VAMAs) between HUD and housing industry organizations which cooperate with HUD to assure that housing is marketed on a nondiscriminatory basis. These national housing trade associations work through their local affiliates and local industry groups to advance the objectives of Voluntary Affirmative Marketing Agreements. The HUD-established Community Housing Resource Boards assist the VAMA signatories to implement the voluntary agreements. As of early 1989, approximately 600 such Boards had been organized.

The program was implemented in 1976, with appropriations first enacted for FY 81.

**Applicant Eligibility:** CHRBs composed of representatives of community organizations or agencies that provide technical assistance to local housing industry groups which in turn implement and monitor purposes of VAMAs.

**Legal Authority:** Title VIII, Civil Rights Act of 1968, Fair Housing Amendments of 1988 (42 U.S.C. 3601 et seq.).

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** Office of Voluntary Compliance, Office of Fair Housing and Equal Opportunity, Washington, D.C. 20410-2000.

**Current Status:** Active.

**Scope of Program:** In FY 88, CHRBs received grants of up to either $15,000 or $25,000, depending on the size of the jurisdiction in which the CHRB was located. To date, approximately $12 million have been obligated to fund 325 CHRBs. An additional $900,000 was obligated to CHRBs in FY 89.

## Equal Opportunity in HUD-Assisted Programs (Title VI)

A program to assure equal opportunity to participate in and benefit from HUD-funded activities without regard to race, color, national origin, handicap, age, or sex.

**Nature of Program:** HUD determines the extend to which its programs comply with Federal laws forbidding discrimination in all federally funded activities.

The Office of Fair Housing and Equal Opportunity investigates complaints and reviews HUD programs to eliminate discrimination. Changes or new policies are developed to make HUD activities responsive to the problems of minorities and to promote their participation in HUD-assisted activities.

The Community Development Block Grant program includes a separate nondiscrimination provision in addition to these laws.

Technical assistance is available to State and local agencies with civil rights problems in HUD-assisted programs. Noncomplying HUD applicants or recipients are given the opportunity of a hearing; if that results in a finding of discrimination, Federal assistance for the program may be refused, terminated, or suspended.

Legislation establishing these programs is described under "Legal Authority" below.

**Applicant Eligibility:** Any HUD-assisted activity, except contracts of insurance or guarantee, is subject to Title VI, Section 109, Section 504, and the Age Discrimination Act.

Any person or group suspecting discrimination in a HUD-assisted program because of race, color, national origin, age, handicap, or sex may file a complaint.

**Legal Authority:** Title VI, Civil Rights Act of 1964 (42 U.S.C. 2000d); Section 109 of Title I of the Housing and Community Development Act of 1974 (42 U.S.C. 5309); Section 504, Rehabilitation Act of 1973 (29 U.S.C. 794); Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.).

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** HUD Field Offices.

**Current Status:** Active.



**Scope of Program:** In FY 88, 79 compliance reviews were closed. In addition, 14 complaint cases were closed under Title VI, 10 under Section 109, and 199 under Section 504.

## Voluntary Compliance

Voluntary compliance with fair housing laws.

**Nature of Program:** HUD promotes voluntary compliance in the private sector and with other Federal agencies in the area of fair housing activities nationwide. HUD executes Voluntary Affirmative Marketing Agreements (VAMAs) with housing industry groups, both locally and nationwide, and comprehensive fair housing plans with local units of government. HUD also organizes volunteer citizen groups to work with these plans and agreements.

Legislation establishing the program of Voluntary Compliance was enacted in 1968.

**Applicant Eligibility:** Trade and professional organizations in housing and related fields, including homebuilders, real estate brokers, mortgage lenders, and rental property managers; and local, State, and Federal agencies.

**Legal Authority:** Title VIII, Civil Rights Act of 1968, Fair Housing Amendments Act of 1988 (42 U.S.C. 3601 et seq.).

**Administering Office:** Assistant Secretary for Fair Housing and Equal Opportunity, Department of Housing and Urban Development, Washington, D.C. 20410-2000.

**Information Source:** Office of Voluntary Compliance, Office of Fair Housing and Equal Opportunity, Washington, D.C. 20410-2000.

**Current Status:** Active.

**Scope of Program:** Sixteen hundred and fifty Voluntary Affirmative Marketing Agreements (VAMAs) that have been executed with the housing industry are serviced by 450 active Community Housing Resource Boards (CHRBs).



# Policy Development and Research

88 Policy Development and Research Initiatives
90 American Housing Survey
91 National Urban Policy Report to Congress

## Policy Development and Research Initiatives

**Nature of Program:** To carry out Presidential and Congressional mandates in the area of housing and community development efficiently and effectively, the Department is structured so that research, demonstrations, economic and policy analyses, and evaluations are the responsibility of the Assistant Secretary for Policy Development and Research (PD&R). The office is charged with qualitative and quantitative policy analyses, especially for budget and legislative proposals. The Assistant Secretary serves as the principal advisor to the Secretary on all departmental policy issues, providing evaluation, economic and policy analysis, and assistance in setting national housing and community development goals, priorities, and objectives.

All research and demonstration activities are centralized in PD&R. The research and demonstration data HUD uses in policy development are made available to interested parties such as State governments, local governments, financial institutions, builders, developers, neighborhood groups, and universities and colleges.

The research program focuses on the following activities:

- maintaining affordable housing for low-income families, and recapturing the American dream of homeownership for first-time homebuyers;
- creating jobs and economic development through Enterprise Zones to encourage entrepreneurship in distressed inner cities and rural areas;
- helping to eliminate the tragedy of homelessness, particularly for families with children;
- empowering the poor to control their own lives through initiatives such as resident management, homesteading, and ownership of public housing;
- fully enforcing the new Fair Housing Law by providing the needed resources for timely and effective investigation and resolution of all fair housing complaints;
- promoting a drug-free America, particularly in HUD-supported housing.
- developing improved methods to identify and abate lead-based paint hazards;
- studying the impact of rent control on housing availability and affordability;
- developing standards for energy consumption in manufactured housing;
- preparing the President's National Urban Policy Report for 1990; and
- developing alternative methods for providing funds for the comprehensive modernization of public housing.



**Applicant Eligibility:** Not applicable.

**Legal Authority:** Title V, Housing and Urban Development Act of 1970 (12 U.S.C. 1701z-1).

**Administering Office:** Assistant Secretary for Policy Development and Research, Department of Housing and Urban Development, Washington, D.C. 20410-6000.

**Information Source:** See administering office.

**Current Status:** Projects are being readied and completed on a continuing basis.

**Scope of Program:** Funding levels based on annual appropriation.

## American Housing Survey

**Nature of Program:** Since 1973, HUD has funded an Annual Housing Survey conducted by the Bureau of the Census. The survey provided information on the size and composition of the housing inventory, characteristics of its occupants, changes in the inventory resulting from new construction and from losses, indicators of housing and neighborhood quality, and characteristics and dynamics of urban housing markets for the Nation and four Census regions. National data were collected annually through 1981 and equivalent information was gathered for 60 metropolitan statistical areas (MSAs) over a three- or four-year cycle from 1974 to 1983. The national survey became biennial beginning in 1981. Based on 1980 Census results, the national and MSA surveys have been redesigned and renamed the American Housing Survey. The first redesigned survey was conducted in 1984 and continues on a four-year cycle in most of the 44 largest metropolitan areas. The revised biennial national survey began in 1985 and is being conducted in succeeding odd-numbered years.

**Applicant Eligibility:** Not applicable.

**Legal Authority:** Section 512, Housing and Urban Development Act of 1970 (12 U.S.C. 1701z-1).

**Administering Office:** Assistant Secretary for Policy Development and Research, Department of Housing and Urban Development, Washington, D.C. 20410-6000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Initiated in 1973; approximate annual cost of $11 million.



## National Urban Policy Report to Congress

**Nature of Program:** Under the Urban Growth and New Community Development Act of 1970, Congress has the responsibility for developing a national urban growth policy. The Act requires the President to transmit a report on the National Urban Policy to the Congress in February of even-numbered years. The report summarizes trends, identifies significant problems, evaluates the effectiveness of Federal efforts to deal with problems, and makes recommendations for legislation and administrative actions.

The Assistant Secretary for Policy Development and Research is responsible for preparing the report.

**Applicant Eligibility:** Not applicable.

**Legal Authority:** Section 703, Housing and Urban Development Act of 1970 (42 U.S.C. 4501), as amended.

**Administering Office:** Assistant Secretary for Policy Development and Research, Department of Housing and Urban Development, Washington, D.C. 20410-6000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** The first National Urban Policy Report was prepared in 1978 and was preceded by three National Urban Growth Reports beginning in 1972.

# Government National Mortgage Association (GNMA)

93 GNMA Mortgage-Backed Securities
94 GNMA II Mortgage-Backed Securities



## GNMA Mortgage-Backed Securities

Provides a means of channeling funds from the Nation's securities markets into the residential mortgage market.

**Nature of Program:** The Government National Mortgage Association (GNMA) guarantees the timely payment of principal and interest on securities issued by private lenders and backed by pools of Government-underwritten residential mortgages. The program's purpose is to attract nontraditional investors into the residential mortgage market by offering them a high-yield, risk-free, Government-guaranteed security which has none of the servicing obligation associated with a mortgage loan portfolio.

Legislation establishing this program was enacted in 1968.

**Applicant Eligibility:** Applicants must be FHA-approved mortgagees in good standing and have a net worth that meets GNMA's minimum requirements.

**Legal Authority:** Section 306(g), National Housing Act (12 U.S.C. 1721(g)).

**Administering Office:** Government National Mortgage Association, Department of Housing and Urban Development, Washington, D.C. 20410-9000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** Since its inception, GNMA has guaranteed more than $519 billion in mortgage-backed securities, issued by nearly 1,000 lenders throughout the United States.

## GNMA II Mortgage-Backed Securities

Provides a more efficient means of channeling funds from security markets by presenting a comprehensive menu of GNMA securities. The program takes advantage of technological improvements that have emerged since GNMA's introduction. GNMA II supplements, rather than replaces, the original mortgage-backed securities program.

**Nature of Program:** The program, which began August 1, 1983, has a central paying agent which makes consolidated payments to investors; offers larger, geographically-dispersed multiple-issuer pools, as well as custom pools; and provides for a mix of interest rates among mortgages within a pool. Securities are privately issued and are backed by pools of FHA, VA, and FmHA mortgages. They are guaranteed by GNMA to ensure investors timely and accurate monthly payments. They provide for pools of single-family level payment, GPM, GEM, and manufactured housing loans.

**Applicant Eligibility:** A firm must be approved as an issuer based on net worth, staffing, and experience criteria. An approved issuer then applies for a commitment for the guaranty of securities. The issuer originates or acquires mortgage loans and assembles them into a pool or package of mortgages. The issuer selects the securities funding method and submits the documents to Chemical Bank, the central paying agent. Chemical Bank prepares and delivers securities to investors. Issuers are responsible for marketing the securities and servicing the mortgages which back the securities. Issuers provide the paying agent with monthly payments due investors. The paying agent makes consolidated payments to security holders and provides GNMA with activity and control reports.

**Legal Authority:** Section 306(g), National Housing Act (12 U.S.C. 1721(g)).

**Administering Office:** Government National Mortgage Association, Department of Housing and Urban Development, Washington, D.C. 20410-9000.

**Information Source:** See administering office.

**Current Status:** Active.

**Scope of Program:** As of December 31, 1988, $33.3 billion in GNMA II securities were issued.



# Access to Housing for the Disabled

## Access to Housing for the Disabled

To assure that physically and mentally disabled persons have equal access to federally assisted housing.

**Nature of Program:** The Office of the Special Advisor for Disability Issues promotes awareness of housing needs of people with disabilities. The Program is designed to assure adequate access by disabled persons to HUD-assisted housing. Office staff meets with other Federal and governmental agencies to assure that their regulations and issuances dealing with the disabled are included in HUD's operating regulations. Discrimination against the disabled is prohibited in all programs administered by the Department.

**Applicant Eligibility:** Any individual or organization seeking specific information about housing or programs for the disabled, and any disabled person who feels discriminated against in programs administered by HUD.

**Legal Authority:** Section 504, Rehabilitation Act of 1973 (29 U.S.C. 794).

**Administering Office:** Deputy Under Secretary for Intergovernmental Relations, Department of Housing and Urban Development, Washington, D.C. 20410-0050.

**Information Source:** See administering office.

**Current Status:** Active.



# Independent Agencies Located at the Department

98 Interagency Council on the Homeless
99 The Martin Luther King, Jr. Federal Holiday Commission

The U.S. Department of Housing and Urban Development houses two Congressionally created entities — the Interagency Council on the Homeless and the Martin Luther King, Jr. Federal Holiday Commission. The Department provides office space and administrative services for the staff of each.

## Interagency Council on the Homeless

An independent Federal organization within the Executive Branch composed of the heads of 16 Federal agencies. The Secretary of Housing and Urban Development is the elected Chairperson and the Secretary of Health and Human Services is the elected Vice-Chairperson.

**Nature of Program:** The Council is responsible for reviewing Federal programs and activities to help the homeless, working with State and local governments and private organizations on homeless-related efforts, and for collecting and disseminating information on homeless activities. The Council also prepares reports on the homeless problem for the President and Congress.

Legislation establishing this agency was enacted in 1987.

**Applicant Eligibility:** The Council is a coordinating body. Eligibility for programs under the McKinney Act is determined by the relevant member Departments/agencies.

**Legal Authority:** Title II, Stewart B. McKinney Homeless Assistance Act (Public Law 100-77).

**Information Source:** Interagency Council on the Homeless, 451 Seventh Street, S.W., Washington, D.C. 20410-4000. Telephone: (202) 755-1480.

**Current Status:** Active.

**Scope of Program:** The appropriation for McKinney homeless assistance funds in FY 89 is almost $466 million. The President's FY 90 budget requests $746 million in McKinney funds. Other Federal programs also serve the homeless. In all, funds in the 1990 budget for the homeless will exceed $1 billion.



## The Martin Luther King, Jr. Federal Holiday Commission

An independent Federal Commission operating under the Federal Commission Advisory Act, composed of four Commissioners appointed by the President; four by the United States Senate (two Republicans and two Democrats); four by the U.S. House of Representatives (two Republicans and two Democrats); Mrs. Coretta Scott King, life member; two members of the family of Dr. Martin Luther King, Jr.; two representatives of the Martin Luther King, Jr. Center for Nonviolent Social Change, Inc.; and 23 Commissioners at large, representing various interest groups.

**Nature of Program:** Encourage appropriate ceremonies and activities throughout the United States and abroad in the observance of the Martin Luther King, Jr. Federal Holiday on the third Monday of each January.

Coordinates efforts and provides advice and assistance to Federal, State, and local governments and private organizations on the holiday.

The Commission operates through a network of national committees representing various interest groups; through State and local Holiday commissions and committees, U.S. installations abroad under the jurisdiction of the U.S. Department of State, the Military, and the United States Information Agency; in cooperation with the governments of all U.S. territories.

Legislation establishing the Commission was enacted in 1984.

**Applicant Eligibility:** The Commission is a coordinating body for activities created at the State and local levels.

**Legal Authority:** Public Law 98-399 (5 U.S.C. 6103) August 27, 1984.

**Information Sources:** The Martin Luther King, Jr. Federal Holiday Commission, Room 5182, 451 Seventh Street, S.W., Washington, D.C. 20410. Telephone: (202) 755-1005. The King Center, 449 Auburn Avenue, N.E., Atlanta, GA 30312. Telephone: (404) 526-8990.

**Current Status:** Active.

# Indexes

101 Major Federal Legislation and Executive Orders Authorizing HUD Programs
107 Programs Generally Identified by Number
109 Financial Highlights of Major HUD Programs
113 HUD Regional and Field Offices



# Major Federal Legislation and Executive Orders Authorizing HUD Programs

(In Chronological Order)

**National Housing Act, 1934 (Public Law 73-479)**

**Title I:** Property Improvements
Section 2: Manufactured Housing (Loan Insurance)
Property Improvement (Loan Insurance)
**Title II:**
Section 203: Homes (One- to Four-Family) (Mortgage Insurance)
Section 203(h): Disaster Housing (Mortgage Insurance)
Section 203(i): Suburban and Outlying Areas or Small Communities (Mortgage Insurance)
Section 203(k): Major Home Improvements (Loan Insurance)
Section 207: Multifamily Housing (Mortgage Insurance)
Section 213: Cooperative Housing (Mortgage Insurance)
Section 221(d)(2): Homes for Low- and Moderate-Income Families (Mortgage Insurance)
Section 221(d)(3) and (4): Multifamily Rental Housing (Market Interest Rate) for Low- and Moderate-Income Families (Mortgage Insurance)
Section 221(h): Major Home Improvements (Loan Insurance)
Section 222: Homes for Servicemen (Mortgage Insurance)
Section 223(e): Housing in Declining Neighborhoods (Mortgage Insurance)
Section 223(f): Existing Multifamily Rental Housing (Mortgage Insurance)
Section 231: Senior Citizen Housing (Mortgage Insurance)
Section 232: Nursing Homes and Intermediate Care Facilities (Mortgage Insurance)
Section 233: Experimental Housing (Mortgage Insurance)
Section 234: Condominium Housing (Mortgage Insurance)
Section 235: Interest Supplements on Home Mortgages
Section 236: Interest Supplements on Rental and Cooperative Housing Mortgages
Section 237: Mortgage Credit Assistance for Homeownership Counseling Assistance for Low- and Moderate-Income Families
Section 240: Purchase of Fee Simple Title from Lessors (Mortgage Insurance)
Section 241: Insured Supplement Loans on Multifamily Housing Projects
Section 242: Nonprofit and Public Hospitals (Mortgage Insurance)
Section 245: Graduated Payment and Indexed Mortgages
Section 247: Single Family Mortgage Insurance on Hawaiian Home Lands
Section 248: Single Family Mortgage Insurance on Indian Reservations
Section 249: Reinsurance Contracts
Section 251: Adjustable Rate Single Family Mortgages

Section 252: Shared Appreciation Mortgages for Single Family Housing
Section 253: Shared Appreciation Mortgages for Multifamily Housing
Section 255: Home Equity Conversion Mortgages (Demonstration)

**Title III:** Governmental National Mortgage Association

**Title VIII:**
Section 809: Armed Services Housing for Civilian Employees (Mortgage Insurance)
Section 810: Armed Services Housing in Impacted Areas (Mortgage Insurance)

**Title X:** Land Development (Mortgage Insurance)

**Title XI:** Group Practices Facilities (Mortgage Insurance)

---

**U.S. Housing Act of 1937 (P.L. 93-383 which replaced P.L. 75-412)**

---

**Housing Act of 1949 (P.L. 81-171)**

**Title I:** Urban Renewal Projects

---

**Housing Act of 1954 (P.L. 83-560)**

**Title VII:** Section 701: Comprehensive Planning Assistance

---

**Housing Act of 1959 (P.L. 86-372)**

**Title II:** Section 202: Senior Citizen Housing (Direct Loans)

---

**Housing Act of 1964 (P.L. 88-560)**

**Title III:** Section 312: Rehabilitation Loans

**Title VIII:** Part 1: Federal-State Training Programs

---

**Housing and Urban Development Act of 1965 (P.L. 89-117)**

**Title I:** Rent Supplements

**Title VII:** Community Facilities
Section 702: Grants for Basic Water and Sewer Facilities
Section 703: Grants for Neighborhood Facilities

---

**Department of Housing and Urban Development Act (P.L. 89-174)**

---



**Demonstration Cities and Metropolitan Development Act of 1966 (P.L. 89-754)**

**Title I:** Model Cities

**Title X:** Sections 1010 and 1011: Urban Research and Technology

---

**Civil Rights Act of 1968 (P.L. 90-284)**

**Title VIII:** Fair Housing

---

**Housing and Urban Development Act of 1968 (P.L. 90-448)**

**Title I:** Homeownership for Lower-Income Families

**Title IV:** New Communities

**Title VIII:** Government National Mortgage Association

**Title XI:** Urban Property Protection and Reinsurance

**Title XIV:** Interstate Land Sales

---

**Housing and Urban Development Act of 1969 (P.L. 91-152)**

---

**Housing and Urban Development Act of 1970 (P.L. 91-609)**

**Title V:** Research and Technology

**Title VII:** National Urban Policy and New Communities

---

**Housing and Community Development Act of 1974 (P.L. 93-383)**

**Title I:** Community Development Block Grants

**Title II:** Assisted Housing
Section 8: Lower Income Rental Assistance

**Title III:** Mortgage Credit Assistance
Section 306: Compensation for Substantial Defects
Section 307: Coinsurance
Section 308: Experimental Financing

**Title VI:** Mobile Home Construction and Safety Standards

**Title VIII:** Miscellaneous
Section 802: State Housing Finance Agency Coinsurance
Section 809: National Institute of Building Sciences (NIBS)
Section 810: Urban Homesteading
Section 811: Counseling and Technical Assistance

---

**Emergency Home Purchase Assistance Act of 1974 (P.L. 93-449)**

---

**Emergency Housing Act of 1975 (P.L. 94-50)**

**Title I:** Emergency Homeowner's Mortgage Relief

**Housing Authorization Act of 1976 (P.L. 94-375)**

**Housing and Community Development Act of 1977 (P.L. 95-128)**

**Title I:** Community Development

**Title II:** Housing Assistance and Related Programs

**Title III:** Federal Housing Administration Mortgage Insurance and Related Programs

**Title IV:** Lending Powers of Federal Savings and Loan Associations; Secondary Market Authorities

**Title V:** Rural Housing

**Title VI:** National Urban Policy

**Title VIII:** Community Reinvestment

**Title IX:** Miscellaneous Provisions

**Housing and Community Development Amendments of 1978 (P.L. 95-557)**

**Title I:** Community and Neighborhood Development and Conservation

**Title II:** Housing Assistance Programs

**Title III:** Program Amendments and Extensions

**Title IV:** Congregate Services

**Title V:** Rural Housing

**Title VI:** Neighborhood Reinvestment Corporation

**Title VII:** Neighborhood Self-Help Development

**Title VIII:** Livable Cities

**Title IX:** Miscellaneous

**Housing and Community Development Amendments of 1979 (P.L. 96-153)**

**Title I:** Community and Neighborhood Development and Conservation

**Title II:** Housing Assistance Programs

**Title III:** Program Amendments and Extensions



**Title IV:** Interstate Land Sales

**Title V:** Rural Housing

**Housing and Community Development Act of 1980 (P.L. 96-399)**

**Title I:** Community and Neighborhood Development and Conservation

**Title II:** Housing Assistance Programs

**Title III:** Program Amendment and Extensions

**Title IV:** Planning Assistance

**Title V:** Rural Housing

**Title VI:** Condominium and Cooperative Conversion Protection and Abuse Relief

**Housing and Community Development Amendments of 1981; Title III of the Omnibus Budget Reconciliation Act of 1981 (P.L. 97-35)**

**Subtitle A:** Housing and Community Development

**Part 1:** Community and Economic Development

**Part 2:** Housing Assistance Programs

**Part 3:** Program Amendments and Extensions

**Part 5:** Rural Housing

**Part 6:** Multifamily Mortgage Foreclosure

**Part 7:** Effective Date

**Housing and Urban-Rural Recovery Act of 1983; Titles I through V of the Domestic Housing and International Recovery and Financial Stability Act (P.L. 98-181)**

**Title I:** Community and Neighborhood Development and Conservation

**Title II:** Housing Assistance Programs

**Title III:** Rental Housing Rehabilitation and Production Program

**Title IV:** Program Amendments and Extensions

**Title V:** Rural Housing

**Housing and Community Development Technical Amendments Act of 1984 (P.L. 98-479)**

**Housing and Community Development Act of 1987 (P.L. 100-242)**

**Title I:** Housing Assistance

**Title II:** Preservation of Low-Income Housing

**Title III:** Rural Housing

**Title IV:** Mortgage Insurance and Secondary Mortgage Market Programs

**Title V:** Community Development and Miscellaneous Programs

**Title VI:** Nehemiah Housing Opportunity Grants

**Title VII:** Enterprise Zone Development

**Stewart B. McKinney Homeless Assistance Act (P.L. 100-77)**

**Title IV:** Housing Assistance

**Subtitle A:** Comprehensive Homeless Assistance Plan
**Subtitle B:** Emergency Shelter Grants
**Subtitle C:** Supportive and Housing Demonstration
**Subtitle D:** Supplemental Assistance for Facilities to Assist the Homeless
Section 441: Section 8 Moderate Rehabilitation of Single Room Occupancy Units for Homeless Individuals

**Title V:** Identification and Use of Surplus Federal Property

---

**Indian Housing Act of 1988 (P.L. 100-358)**

**Title II:** Assisted Housing for Indians and Alaska Natives
Section 201: Lower Income Housing on Indian Reservations
Section 202: Mutual Help Homeownership Opportunity

---

**Fair Housing Amendments Act of 1988 (P.L. 100-430, which replaced Title VIII, P.L. 90-284)**

**Title VIII:** Fair Housing and Fair Housing Enforcement

---

**Stewart B. McKinney Homeless Assistance Amendments Act of 1988 (P.L. 100-628)**

**Title IV:** Amendments to Title IV of the Stewart B. McKinney Homeless Assistance Act

**Title X:** Housing and Community Development Technical Amendments

---

**Anti-Drug Abuse Act of 1988 (P.L. 100-690)**

**Title V:** User Accountability

**Subtitle C, Chapter 1:** Regulatory and Enforcement Provisions
**Subtitle C, Chapter 2:** Public Housing Drug Elimination
**Subtitle C, Chapter 3:** Drug-Free Public Housing
**Subtitle D:** Drug-Free Workforce
Section 5301, Denial of Federal Benefits to Drug Traffickers and Possessors



## Programs Generally Identified by Number


| Title | | Page |
|---|---|---|
| I | Property Improvement Loans | 56 |
| | Manufactured Home Loans | 36 |
| I | Community Development Block Grants (Housing and Community Development Act of 1974) | 7 |
| VI | Equal Opportunity in HUD-Assisted Programs (Civil Rights Act of 1964) | 84 |
| VIII | Fair Housing (Civil Rights Act of 1964) | 78 |
| **Section** | | |
| 8 | Lower-Income Rental Assistance (U.S. Housing Act of 1937) | 43 |
| 202 | Direct Loans for Housing for the Elderly or Handicapped (Housing Act of 1959) | 47 |
| 203 | One- to Four-Family Home Mortgage Insurance (National Housing Act) | 30 |
| 207 | Multifamily Rental Housing (National Housing Act) | 38 |
| 213 | Cooperative Housing (National Housing Act) | 35 |
| 221(d)(2) | Homeownership for Low- & Moderate-Income Families (National Housing Act) | 31 |
| 221(d)(3) and (4) | Multifamily Rental Housing for Low- & Moderate-Income Families (National Housing Act) | 40 |

| | | |
|---|---|---|
| 223(f) | Existing Multifamily Rental Housing (National Housing Act) | 39 |
| 231 | Mortgage Insurance for Housing for the Elderly (National Housing Act) | 48 |
| 232 | Nursing Homes and Intermediate Care Facilities (National Housing Act) | 52 |
| 234 | Condominium Housing (National Housing Act) | 34 |
| 242 | Mortgage Insurance for Hospitals (National Housing Act) | 53 |
| 244 | Single-Family Home Mortgage Coinsurance (National Housing Act) | 59 |
| 244 | Multifamily Housing Coinsurance (National Housing Act) | 60 |
| 312 | Rehabilitation Loans (Housing Act of 1964) | 17 |



# Financial Highlights of Major HUD Programs

| Legal Authority | Program | Actual 9/30/88 | Cumulative Activity as of 9/30/88 |
|---|---|---|---|
| **Housing** | | | |
| *National Housing Act* | | | |
| Section 203(b) | One- to Four-Family Home Mortgage Insurance | $37,702,201,568 (INS) | $374,159,090,928 (INS) |
| Section 235 (Revised) | Homeownership Assistance for Lower Income Families | 1,166,350 (INS) | 3,785,531,553 (INS) |
| Sec. 221(d)(2) | Homeownership Assistance for Low- and Moderate-Income Families | 146,414,624 (INS) | 13,341,548,833 (INS) |
| Section 223(e) | Housing in Declining Neighborhoods: Homes | 51,494,687 (INS) | 2,890,913,722 (INS) |
| | Multifamily | Not Available | Not Available |
| Section 237 | Special Credit Risks | -0- (INS) | 72,345,238 (INS) |
| Section 234 | Condominium Housing | 2,993,256,833 (INS) | 14,154,717,120 (INS) |
| Section 213 | Cooperative Housing | 91,250 (INS) | 426,195,867 (INS) |
| Title I | Manufactured Homes | 336,936,748 (INS) | 5,332,850,801 (INS) |
| Section 207 | Manufactured Homes Park | Not Available | 497,759,515 (INS) |
| Section 207 | Multifamily Rental Housing | 869,226,375 (INS) | 9,609,562,743 (INS) |
| Section 223(f) | Existing Multifamily Rental Housing | 10,555,200 (INS) | 1,675,982,891 (INS) |
| Section 221(d) (3) & (4) | Multifamily Rental Housing for Low- and Moderate Income Families | 1,476,503,400 (INS) | 29,724,954,828 (INS) |
| Section 101 | Rent Supplement | 23,476 units eligible for payment, end of year | Not Applicable |

## Housing

| Legal Authority | Program | Actual 9/30/88 | Cumulative Activity as of 9/30/88 (Actual Dollars) |
|---|---|---|---|
| *National Housing Act* | | | |
| Section 231 | Mortgage Insurance for the Elderly | 8,419,500 (INS) | 1,176,784,073 (INS) |
| Section 232 | Nursing Homes and Intermediate Care Facilities | 218,609,054 (INS) | 2,208,838,002 (INS) |
| Section 242 | Hospitals | 400,378,850 (INS) | 5,672,123,273 (INS) |
| Title XI | Group Practice Medical Facilities | -0- (INS) | 37,373,698 (INS) |
| Title I | Home Improvement Loan Insurance | 576,940,665 (INS) | 36,241,886,236 (INS) |
| Section 203(k) | Rehabilitation Mortgage Insurance | 23,543,559 (INS) | 97,148,660 (INS) |
| Section 241 | Supplemental Loans for Multifamily Projects and Health Care Facilities | -0- (INS) | 251,953,773 (INS) |
| Section 244 | Single Family Mortgage Coinsurance | 174,668,590 (INS) | 2,413,525,244 (INS) |
| Section 244 | Multifamily Mortgage Coinsurance | Not Available | Not Available |
| Section 245 | Graduated Payment Mortgage | 538,557,060 (INS) | 23,959,657,542 (INS) |
| Title X | Land Development | 73,080,930 (INS) | 557,471,348 (INS) |
| Section 809 | Armed Services for Civilian Employees | -0- (INS) | 278,300,133 (INS) |
| Section 238(c) | Housing in Military Impacted Areas | 7,462,300 (INS) | 25,079,388 (INS) |
| Section 222 | Homes for Servicemen | 4,830,727 (INS) | 4,432,058,698 (INS) |

INS = Insurance Written



## Housing

| Legal Authority | Program | Actual 9/30/88 | Cumulative Activity as of 9/30/88 |
|---|---|---|---|
| *HCD Amendments of 1978* | | | |
| Section 201 | Flexible Subsidy | 32,341,834[a] | 437,188,251[a] |
| *Housing and Urban Development Act of 1968* | | | |
| Section 106(a) and (b) | Nonprofit Sponsor Assistance | 903,000 (obligations) | 17,620,000 (obligations) |
| *Housing Act of 1959, as amended* | | | |
| Section 202 | Direct Loans Elderly/Handicapped | 565,034,000[a] | 9,495,911,000[a] |
| *National Housing Act* | | | |
| Title III | Mortgage-Backed Securities (GNMA) | 57,134,880,000[b] | 504,525,920,000[b] |
| *National Housing Act* | | | |
| Section 235 | 242 completions | | 159,621 units eligible for payment |
| *U.S. Housing Act of 1937, as amended* | | | |
| Section 8 | 91,079 completions | | 2,330,500 units eligible for payment |
| Public Housing | 9,146 completions | | 1,399,244 units eligible for payment |
| Operating Subsidies | $1,514,854,000 | | $15,272,207,000 OBLIGATIONS |

[a]Represents amount associated with gross reservations.
[b]Represents guaranteed securities issued in year.

| Legal Authority | Program | Actual for FY 1988 | Cumulative through September 1988 |
|---|---|---|---|
| **Community Planning and Development (CPD)** | | | |
| *Housing and Community Development Act of 1974, as amended* | | | |
| Title I | Community Development Grants | 2,880,000 A | 46,707,390,000 A |
| Section 119 | Urban Development Action Grants | 216,000,000 A | 4,661,910,000 A |
| Section 312 | Rehabilitation Loans | No appropriation in 1988. Funding limited to loan repayments — reservations totaled $101,926,000 | 735,131,000 A |
| Section 810 | Urban Homesteading | 14,400,000 A | 128,758,000 A |
| **Fair Housing and Equal Opportunity (FHEO)** | | | |
| *Civil Rights Act of 1968* | | | |
| Title VIII | Fair Housing Assistance Program | 4,800,000 A | 48,998,000 A |

**Code: A = Appropriation**



# HUD Regional and Field Offices

## Region I (Boston)

**Boston Regional Office**
Thomas P. O'Neill Federal Building
10 Causeway Street, Room 375
Boston, Massachusetts 02222-1092
Commercial Number: (617) 565-5234
FTS Tel. 835-5234

### Field Offices

**Bangor Office**
Casco Northern Bank Building
23 Main Street
Bangor, Maine 04401-4318
Commercial Number: (207) 945-0467
FTS Tel. 833-7534

**Burlington Office**
Federal Building
11 Elmwood Avenue, Room B311
Post Office Box 1104
Burlington, Vermont 05402-1104
Commercial Number: (802) 951-6290
FTS Tel. 832-6290

**Hartford Office**
330 Main Street
Hartford, Connecticut 06106-1860
Commercial Number: (203) 240-4523
FTS Tel. 244-4523

**Manchester Office**
Norris Cotton Federal Building
275 Chestnut Street
Manchester, New Hampshire 03101-2487
Commercial Number: (603) 666-7681
FTS Tel. 834-7681

**Providence Office**
John O. Pastore Federal Building
and U.S. Post Office
Kennedy Plaza, Room 300
Providence, Rhode Island 02903-1745
Commercial Number: (401) 528-5351
FTS Tel. 838-5351

## Region II (New York)

**New York Regional Office**
26 Federal Plaza
New York, New York 10278-0068
Commercial Number: (212) 264-8068
FTS Tel. 264-8068

### Field Offices

**Albany Office**
Leo W. O'Brien Federal Building
North Pearl Street and Clinton Avenue
Albany, New York 12207-2395
Commercial Number: (518) 472-3567
FTS Tel. 562-3567

**Buffalo Office**
Lafayette Court, Fifth Floor
465 Main Street
Buffalo, New York 14203-1780
Commercial Number: (716) 846-5755
FTS Tel. 437-5733

**Camden Office**
The Parkade Building
519 Federal Street
Camden, New Jersey 08103-9998
Commercial Number: (609) 757-5081
FTS Tel. 488-5081

**Caribbean Office**
159 Carlos E. Chardon Avenue
San Juan, Puerto Rico 00918-1804
Commercial Number: (809) 766-5201
FTS Tel. 8-(809) 498-5201

**Newark Office**
Military Park Building
60 Park Place
Newark, New Jersey 07102-5504
Commercial Number: (201) 887-1662
FTS Tel. 349-1814

**Region III (Philadelphia)**

**Philadelphia Regional Office**
Liberty Square Building
105 South Seventh Street
Philadelphia, Pennsylvania 19106-3392
Commercial Number: (215) 597-2560
FTS Tel. 597-2560

**Field Offices**

**Baltimore Office**
The Equitable Building
10 North Calvert Street, Third Floor
Baltimore, Maryland 21202-1865
Commercial Number: (301) 962-2121
FTS Tel. 922-2121

**Charleston Office**
405 Capitol Street, Suite 708
Charleston, West Virginia 25301-1795
Commercial Number: (304) 347-7000
FTS Tel. 930-7036

**Pittsburgh Office**
412 Old Post Office Courthouse Building
Seventh and Grant Streets
Pittsburgh, Pennsylvania 15219-1906
Commercial Number: (412) 644-6428
FTS Tel. 722-6388

**Richmond Office**
400 North Eighth Street
Richmond, Virginia 23240
Commercial Number: (804) 771-2721
FTS Tel. 925-2721

**Washington, D.C. Office**
451 Seventh Street, S.W., Room 3158
Washington, D.C. 20410-5500
Commercial Number: (202) 453-4534
FTS Tel. 453-4534

**Wilmington Office**
Federal Building
844 King Street, Room 1304
Wilmington, Delaware 19801-3519
Commercial Number: (302) 573-6300
FTS Tel. 487-6300

**Region IV (Atlanta)**

**Atlanta Regional Office**
Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA 30303-3388
Commercial Number: (404) 331-5136
FTS Tel. 242-5136

**Field Offices**

**Birmingham Office**
Daniel Building
15 South 20th Street
Birmingham, Alabama 35233-2096
Commercial Number: (502) 582-5251
FTS Tel. 229-1617

**Columbia Office**
Strom Thurmond Federal Building
1835-45 Assembly Street
Columbia, South Carolina 29201-2480
Commercial Number: (803) 765-5592
FTS Tel. 677-5592

**Coral Gables Office**
Gables One Tower
1320 South Dixie Highway
Coral Gables, Florida 33146-2911
Commercial Number: (305) 662-4510
FTS Tel. 350-6010

**Greensboro Office**
415 North Edgeworth Street
Greensboro, North Carolina 27401-2107
Commercial Number: (919) 333-5363
FTS Tel. 699-5363

**Jackson Office**
Dr. A.H. McCoy Federal Building
100 West Capital Street, Suite 910
Jackson, Mississippi 39269-1096
Commercial Number: (601) 965-4702
FTS Tel. 490-4702

**Jacksonville Office**
325 West Adams Street
Jacksonville, Florida 32202-4303
Commercial Number: (904) 791-2626
FTS Tel. 946-2626

**Knoxville Office**
710 Locust Street
Knoxville, Tennessee 37902-2526
Commercial Number: (615) 549-9384
FTS Tel. 854-9388

**Louisville Office**
601 West Broadway
Post Office Box 1044
Louisville, Kentucky 40201-1044
Commercial Number: (502) 582-5251
FTS Tel. 352-5251

**Memphis Office**
One Memphis Place
200 Jefferson Avenue, Suite 1200
Memphis, Tennessee 38103-2335
Commercial Number: (901) 521-3367
FTS Tel. 222-3367

**Nashville Office**
251 Cumberland Bend Drive, Suite 200
Nashville, Tennessee 37228-1803
Commercial Number: (615) 736-5213
FTS Tel. 852-5213

**Orlando Office**
Langley Building
3751 Maguire Boulevard, Suite 270
Orlando, Florida 32803-3032
Commercial Number: (305) 648-6441
FTS Tel. 820-6441

**Tampa Office**
700 Twiggs Street, Room 527
Post Office Box 172910
Tampa, Florida 33672-2910
Commercial Number: (813) 228-2501
FTS Tel. 826-2501

**Region V (Chicago)**

**Chicago Regional Office**
626 West Jackson Boulevard
Chicago, Illinois 60606
Commercial Number: (312) 353-5680
FTS Tel. 353-5680

**Field Offices**

**Cincinnati Office**
Federal Office Building
550 Main Street, Room 9002
Cincinnati, Ohio 45202-3253
Commercial Number: (513) 684-2884
FTS Tel. 684-2884

**Cleveland Office**
One Playhouse Square
1375 Euclid Avenue, Room 420
Cleveland, Ohio 44115-1832
Commercial Number: (216) 522-4065
FTS Tel. 942-4065

**Columbus Office**
200 North High Street
Columbus, Ohio 43215-2499
Commercial Number: (614) 469-5737
FTS Tel. 943-7345

**Detroit Office**
Patrick V. McNamara Federal Building
477 Michigan Avenue
Detroit, Michigan 48226-2592
Commercial Number: (313) 226-6280
FTS Tel. 226-7900

**Flint Office**
Gil Sabuco Building
352 South Saginaw Street, Room 200
Flint, Michigan 48502-1953
Commercial Number: (313) 766-5107
FTS Tel. 378-5107

**Grand Rapids Office**
2922 Fuller Avenue, N.E.
Grand Rapids, Michigan 49505-3409
Commercial Number: (616) 456-2100
FTS Tel. 372-2182

**Indianapolis Office**
151 North Delaware Street
Indianapolis, Indiana 46204-2526
Commercial Number: (317) 226-6303
FTS Tel. 331-6303

**Milwaukee Office**
Henry S. Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 1380
Milwaukee, Wisconsin 53203-2289
Commercial Number: (414) 291-3214
FTS Tel. 362-1493

**Minneapolis-St. Paul Office**
Bridge Place Building
220 Second Street, South
Minneapolis, Minnesota 55401-2195
Commercial Number: (612) 370-3000
FTS Tel. 787-3002

**Springfield Office**
Lincoln Tower Plaza
524 S. 2nd Street, Suite 672
Springfield, Illinois 62701-1774
Commercial Number: (217) 492-4085
FTS Tel. 955-4085

## Region VI (Fort Worth)

**Fort Worth Regional Office**
1600 Throckmorton
Post Office Box 2905
Fort Worth, Texas 76113-2905
Commercial Number: (817) 885-5401
FTS Tel. 728-5401

### Field Offices

**Albuquerque Office**
625 Truman Street, N.E.
Albuquerque, New Mexico 87110-6443
Commercial Number: (505) 262-6463
FTS Tel. 474-6463

**Dallas Office**
555 Griffin Square Office Building
525 Griffin Street, Room 106
Dallas, Texas 75202-5007
Commercial Number: (214) 767-8308
FTS Tel. 729-8308

**Houston Office**
National Bank of Texas Building
2211 Norfolk, Suite 300
Houston, Texas 77098-4096
Commercial Number: (713) 229-3589
FTS Tel. 526-7586

**Little Rock Office**
Lafayette Building
523 Louisiana Street, Suite 200
Little Rock, Arkansas 72201-3707
Commercial Number: (501) 378-5931
FTS Tel. 740-5401

**Lubbock Office**
Federal Office Building
1205 Texas Avenue
Lubbock, Texas 79401-4093
Commercial Number: (806) 743-7265
FTS Tel. 738-7265

**New Orleans Office**
Fisk Federal Building
1661 Canal Street
Post Office Box 70288
New Orleans, Louisiana 70172-2887
Commercial Number: (504) 589-7200
FTS Tel. 682-7200

**Oklahoma City Office**
Murrah Federal Building
200 N.W. Fifth Street
Oklahoma City, Oklahoma 73102-3202
Commercial Number: (405) 231-4181
FTS Tel. 736-4891

**San Antonio Office**
Washington Square Building
800 Dolorosa
San Antonio, Texas 78207-4563
Commercial Number: (512) 229-6781
FTS Tel. 730-6806

**Shreveport Office**
New Federal Building
500 Fannin Street
Shreveport, Louisiana 71101-3077
Commercial Number: (318) 226-5385
FTS Tel. 493-5385

**Tulsa Office**
Robert S. Kerr Building
440 South Houston Avenue, Room 200
Tulsa, Oklahoma 74127-8923
Commercial Number: (918) 581-7435
FTS Tel. 745-7435

## Region VII (Kansas City)

**Kansas City Regional Office**
Professional Building
1103 Grand Avenue
Kansas City, Missouri 64106-2496
Commercial Number: (816) 374-6432
FTS Tel. 758-6432

### Field Offices

**Des Moines Office**
Federal Building
210 Walnut Street, Room 259
Des Moines, Iowa 50309-2155
Commercial Number: (515) 284-4512
FTS Tel. 862-4512

**Omaha Office**
Braiker/Brandeis Building
210 South 16th Street
Omaha, Nebraska 68102-1622
Commercial Number: (402) 221-3703
FTS Tel. 864-3703

**St. Louis Office**
210 North Tucker Boulevard
St. Louis, Missouri 63101-1997
Commercial Number: (314) 425-4761
FTS Tel. 279-4761

**Topeka Office**
Frank Carlson Federal Building
444 S.E. Quincy, Room 370
Topeka, Kansas 66683-0001
Commercial Number: (913) 295-2652
FTS Tel. 752-2652

## Region VIII (Denver)

**Denver Regional Office**
Executive Tower Building
1405 Curtis Street
Denver, Colorado 80202-2349
Commercial Number: (303) 844-4513
FTS Tel. 564-4513