# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed April 3, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On March 27, 2007, pursuant to the court's order of February 28, 2007, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations and settlements that have occurred and/or are underway in the subject matter. The parties filed a stipulation of partial dismissal on March 21, 2007 concerning the claims of marine enforcement officers. Additionally, the parties report that plaintiffs' petition for rehearing and/or rehearing *en banc* with the United States Court of Appeals for the Federal Circuit on the driving time issue was denied on March 14, 2007, and that plaintiffs intend to file a petition for *certiorari*.

With regard to the driving time claims of the GS-13s who were the subject of the November 22, 2006 settlement, plaintiffs propose to await the outcome of the above-mentioned petition, whereas defendant reserves its right to file an appropriate motion to dismiss these claims without awaiting further proceedings. The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation. Briefing is currently underway on defendant's motions for partial summary judgment concerning the

claims of GS-12 and GS-13 criminal investigators at the Department of Health and Human Services and the Department of Housing and Urban Development. In conclusion, the parties request that their next status report be filed on or before May 8, 2007.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **May 8, 2007**, to apprise the court of the status of the resolution of the claims in the subject matter. The court commends the efforts of counsel in their continued negotiations directed toward the resolution of these cases.

/s/Lynn J. Bush
LYNN J. BUSH
Judge