# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed April 23, 2007)

* * * * * * * * * * * * * * * *

STEPHEN ADAMS, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * *

**ORDER**

On April 20, 2007, defendant filed an Unopposed Motion for Enlargement of Time of fourteen days, to and including May 14, 2007, within which to respond to plaintiffs' two cross-motions for summary judgment with respect to criminal investigators at the Department of Health and Human Services and at the Department of Housing and Urban Development. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.[1]

/s/Lynn J. Bush
LYNN J. BUSH
Judge

[1]/ The parties are reminded that, pursuant to the court's order of September 15, 2006, any electronic filing of a document exceeding ten pages in length requires the delivery of a paper courtesy copy to chambers.