IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHEN ADAMS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 90-162-C and Consolidated Cases (Judge Lynn J. Bush) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs respectfully requests an enlargement of time of 18 days, to an including June 19, 2007, within which to respond to Defendant's Reply to Plaintiffs' Opposition and Response to Plaintiffs' Cross-Motion for Partial Summary Judgment with respect to criminal investigators who are employed by the Department of Housing and Urban Development ("HUD"). Plaintiffs' response is currently due on May 31, 2007. Defendant's counsel has authorized us to state that defendant does not oppose this motion.

Counsel for plaintiffs' with primary responsibility for these two motions and replies had a conflict the week of May 14, 2007, involving extensive briefing in a large and complicated FLSA case in Ohio federal court, Gale v. Catholic Healthcare Partners, Case No.. 1:06 CV 1776 (N.D.Ohio). This week counsel hopes to attend his oldest daughter's graduation from college in New York. For these personal reasons,

and because Defendant's brief shifts focus and raises new arguments, plaintiffs respectfully request this additional time.[1]

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

/s/ Jules Bernstein
Jules Bernstein
Bernstein & Lipsett
1920 L Street, N.W., Suite 602
Washington, D.C. 20036
(202) 296-1798

/s/ Edgar James
Edgar James
Sean Bajkowski
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: May 22, 2007

---

1 Edgar N. James is counsel with the conflict. He has worked on the HUD portion of the case since its inception.