# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed May 24, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

## ORDER

On May 22, 2007, plaintiffs filed two unopposed motions for enlargement of time of eighteen days, to and including June 19, 2007, within which to reply to defendant's responses to plaintiffs' two cross-motions for summary judgment with respect to criminal investigators at the Department of Health and Human Services and at the Department of Housing and Urban Development. Accordingly, for the reasons stated therein, it is hereby **ORDERED** that plaintiffs' two motions, filed May 22, 2007, are **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge