IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHEN ADAMS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 90-162-C<br>and Consolidated Cases<br>(Judge Lynn J. Bush) |

**PLAINTIFFS' UNOPPOSED CONSENT MOTION TO AMEND STIPULATION**

On June 4, 2007, plaintiffs filed a Stipulation of Partial Dismissal to advise the Court that the parties had entered into a Partial Settlement Agreement re FLSA Covering GS-5 and/or GS-7 Occupational Code 1811 and 1812 Plaintiffs at the Naval Criminal Investigative Service, the Environmental Protection Agency, the Fish and Wildlife Service, and the Internal Revenue Service. The Stipulation requested dismissal of certain of their claims. Exhibit A, which was referred to in the Stipulation, was inadvertently omitted. It is attached hereto and the plaintiffs, with defendant's consent, request that it be made part of the Stipulation of Partial Dismissal.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 955-1390
(202) 296-7220 facsimile

**s/Edgar James**
Edgar James
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: June 6, 2007

# Exhibit A

GS-5/7 Plaintiffs

| Agency | Last Name | First Name | Middle | SSN | Date Filed | Case Number |
|---|---|---|---|---|---|---|
| EPA | Domagalski | Elizabeth | A. | 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 | 04/22/94 | 94-253C |
| EPA | Harris | James | H. | 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 | 09/27/96 | 96-610C |
| EPA | Muschler | Vic | E. | 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 | 06/03/94 | 94-365C |
| EPA | Shumaker | Michael | | 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 | 05/31/96 | 96-313C |
| F&W | Donn | Tara | A. | 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 | 03/31/95 | 95-265C |
| F&W | Gale | James | R. | 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 | 03/31/95 | 95-265C |
| F&W | Garlick | Kevin | R. | 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 | 03/15/95 | 95-240C |
| F&W | Hillery | Nancy | E. | 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 | 03/15/95 | 95-240C |
| F&W | Jordan | Barry | A. | 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 | 03/31/95 | 95-265C |
| F&W | Wehrwein | Dorothy | D. | 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 | 04/28/95 | 95-318C |
| NCIS | Bladel | Louis | E. | 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 | 04/07/94 | 94-226C |
| NCIS | Blew | Jennifer | C. | 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 | 11/25/92 | 92-815C |
| NCIS | Diprizio-Dolan | Cheryl | A. | 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 | 03/10/92 | 92-163C |
| NCIS | Halley | Thomas | E. | 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 | 03/10/92 | 92-163C |
| NCIS | Housman | Patricia | L. | 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 | 07/10/92 | 92-468C |
| NCIS | Land | Hunter | S. | 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 | 03/10/92 | 92-163C |
| NCIS | Key | Tammy | R. | 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 | 04/10/92 | 92-259C |
| NCIS | Mullen | Mark | A. | 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 | 03/10/92 | 92-163C |
| NCIS | Noble | Troy | A. | 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 | 04/10/92 | 92-259C |
| NCIS | Smith | Sharon | L. | 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 | 07/22/94 | 94-469C |
| NCIS | Sakowski | Susan | M. | 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 | 04/10/92 | 92-259C |
| NCIS | Sweeney | Sean | C. | 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 | 03/15/95 | 95-240C |
| NCIS | Thompson | Valerie | E. | 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 | 04/10/92 | 92-259C |
| IRS | Fama | Patrick | | 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 | 12/20/93 | 93-770C |

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 6th day of June 2007, a copy of the foregoing "UNOPPOSED CONSENT MOTION TO AMEND STIPULATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein