# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed June 7, 2007)

* * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * *

## ORDER

On June 4, 2007, the parties filed a Stipulation of Partial Dismissal in the subject matter. The stipulation referenced an Exhibit A, which was not attached. On June 6, 2007, plaintiffs filed an Unopposed Consent Motion to Amend Stipulation, attaching Exhibit A, the missing attachment to the stipulation. Plaintiffs request that Exhibit A be made part of the stipulation filed June 4, 2007.

For the reasons stated therein, it is hereby **ORDERED** that plaintiffs' Unopposed Consent Motion to Amend Stipulation, filed June 6, 2007, is **GRANTED**, and Exhibit A, attached thereto, shall be made part of the parties' Stipulation of Partial Dismissal, filed June 4, 2007.

/s/Lynn J. Bush
LYNN J. BUSH
Judge