# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed June 8, 2007)

* * * * * * * * * * * * * * * *

STEPHEN ADAMS, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * *

**ORDER**

On June 7, 2007, pursuant to the court's order of May 9, 2007, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations and settlements that have occurred and/or are underway in the subject matter. In particular, plaintiffs submitted a proposed settlement to defendant on February 15, 2007 concerning the claims of diversion investigators at the Drug Enforcement Administration, which was approved on June 1, 2007 by the Department of Justice. A different settlement agreement concerning GS-5 and GS-7 criminal investigators at various agencies was memorialized by a stipulation of partial dismissal filed June 4, 2007. Additionally, the parties report that plaintiffs intend to file a petition for *certiorari* on or before the July 27, 2007 deadline regarding the United States Court of Appeals for the Federal Circuit's decision on the driving time issue.

With regard to the driving time claims of the GS-13s who were the subject of the November 22, 2006 settlement, plaintiffs propose to await the outcome of the above-mentioned petition, whereas defendant reserves its right to file an appropriate motion to dismiss these claims without awaiting further proceedings.

The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation. Briefing continues on plaintiffs' cross-motions for partial summary judgment concerning the claims of GS-12 and GS-13 criminal investigators at the Department of Health and Human Services and the Department of Housing and Urban Development, with plaintiffs' reply briefs due on June 19, 2007. In conclusion, the parties request that their next status report be filed on or before September 5, 2007.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **September 5, 2007**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge