# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed September 6, 2007)

* * * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * *

**ORDER**

On September 5, 2007, pursuant to the court's order of June 8, 2007, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations and settlements that have occurred and/or are underway in the subject matter. In particular, plaintiffs submitted a proposed settlement to defendant on February 15, 2007 concerning the claims of diversion investigators at the Drug Enforcement Administration, which was approved on June 1, 2007 by the Department of Justice, and plaintiffs agreed to provide defendant, no later than September 27, 2007, with data concerning overtime hours worked during the relevant time period. A different settlement agreement concerning GS-5 and GS-7 criminal investigators at various agencies was memorialized by a stipulation of partial dismissal filed June 4, 2007. Although defendant was not able to complete back pay calculations related to this settlement by the August 6, 2007 target date, defendant expects to provide the calculations to plaintiffs within the next few days.

On claims related to the November 22, 2006 partial settlement agreement for GS-13 plaintiffs at BATF, IRS, DEA, USCS and USSS, payment was made on

July 3, 2007. Plaintiffs notified defendant on June 14, 2007 that twenty-seven plaintiffs who were included in the settlement had not received calculations of back pay owed to them. Defendant has undertaken steps to determine how much these plaintiffs are owed. As to the claims of Marine Enforcement Officers subject to a stipulation of partial dismissal filed on March 21, 2007, data was submitted to the Judgment Fund Group of the Financial Management Service on August 30, 2007.

The parties report that plaintiffs filed a petition for *certiorari* on July 27, 2007 regarding the United States Court of Appeals for the Federal Circuit's decision on the driving time issue. Defendant's response to the petition is now due October 1, 2007. With regard to the driving time claims of the GS-13s who were the subject of the November 22, 2006 settlement, plaintiffs propose to await the outcome of the above-mentioned petition, whereas defendant reserves its right to file an appropriate motion to dismiss these claims without awaiting further proceedings.

The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation. Briefing is now complete on the parties' cross-motions for partial summary judgment concerning the claims of GS-12 and GS-13 criminal investigators at the Department of Health and Human Services and the Department of Housing and Urban Development. Other settlements depend, in part, on the court's disposition of these motions. Defendant plans to notify plaintiffs on or before October 19, 2007 as to pay claims at other agencies which are ripe for settlement.

In conclusion, the parties request that their next status report be filed on or before November 7, 2007.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **November 7, 2007**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge