# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed October 4, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * | * |

**ERRATA**

The court has before it Plaintiffs' Motions to Amend Orders, filed October 1, 2007, within which plaintiffs request that the court amend its opinions issued on September 21, 2007 regarding the claims of certain HHS and HUD plaintiffs. Plaintiffs' motions are unopposed by defendant. For the reasons stated below, plaintiffs' motions are granted.

The two opinions issued on September 21, 2007 determined defendant's liability for certain claims brought by two groups of plaintiffs in these consolidated cases. The quantum of damages due these plaintiffs has not yet been adjudicated. The court nonetheless ordered the Clerk to enter judgment for these plaintiffs' claims, pursuant to RCFC 54(b). The entry of judgment has been delayed, however, pending the disposition of plaintiffs' motions.

Plaintiffs argue that the court's determination of liability in the September 21, 2007 opinions was not a final resolution of these plaintiffs' claims, and that these opinions did not provide final, appealable judgments under RCFC 54(b). The court agrees with plaintiffs that the weight of authority in this circuit counsels against the entry of judgment pursuant to RCFC 54(b) when liability, but not damages, has been decided for separate claims in a multi-party, multi-claim suit. *See Ultra-Precision Mfg. Ltd. v. Ford Motor Co.*, 338 F.3d 1353, 1356-58 (Fed.

Cir. 2003); *United Pac. Ins. Co. v. Roche*, 294 F.3d 1367, 1369-70 (Fed. Cir. 2002); *Houston Indus. Inc. v. United States*, 78 F.3d 564, 566-68 (Fed. Cir. 1996); *W.L. Gore & Assocs., Inc. v. Int'l Med. Prosthetics Research Assocs., Inc.*, 975 F.2d 858, 861-64 (Fed. Cir. 1992); *Dewey Elecs. Corp. v. United States*, 803 F.2d 650, 653-54 (Fed. Cir. 1986). The court therefore erred when it cited RCFC 54(b) and ordered the entry of judgment for the claims that were the subject of the court's opinions issued on September 21, 2007.

Accordingly, it is hereby **ORDERED** that:

(A) Plaintiffs' Motion to Amend Order Pursuant to RCFC 59(a)(1) and 60(b) (docket number 663), filed October 1, 2007, is **GRANTED**;

(B) Plaintiffs' Motion to Amend Order Pursuant to RCFC 59(a)(1) and 60(b) (docket number 664), filed October 1, 2007, is **GRANTED**;

(C) The numbered paragraphs on page 34 of the court's opinion issued on September 21, 2007, docket number 661, which addressed the claims of HHS plaintiffs, shall be **AMENDED** as to the entry of judgment, deleting paragraph (3), and shall read as follows:

(1) Defendant's Motion for Partial Summary Judgment Concerning Plaintiffs Employed by the Office of Inspector General in the Department of Health and Human Services, filed December 22, 2006, is **DENIED**;

(2) Plaintiffs' Cross-Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Partial Summary Judgment With Respect to Criminal Investigators Employed by the Department of Health and Human Services, filed March 29, 2007, is **GRANTED in part**, as to liability for overtime pay and liquidated damages, and **DENIED in part**, as to any willfulness of defendant's violation of FLSA;

(3) The parties shall **FILE** a **Joint Status Report**, on or before **October 26, 2007**, proposing further proceedings regarding damages; and

(4) Each party shall bear its own costs.

(D) Additionally, it is hereby **ORDERED** that the numbered paragraphs on page 34 of the court's opinion issued on September 21, 2007, docket number 662, which addressed the claims of HUD plaintiffs, shall be **AMENDED** as to the entry of judgment, deleting paragraph (3), and shall read as follows:

(1) Defendant's Motion for Partial Summary Judgment Concerning Plaintiffs Employed by the Office of Inspector General in the Department of Housing and Urban Development, filed February 26, 2007, is **DENIED**;

(2) Plaintiffs' Cross-Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Partial Summary Judgment With Respect to Criminal Investigators Employed by the Department of Housing and Urban Development, filed March 29, 2007, is **GRANTED in part**, as to liability for overtime pay and liquidated damages, and **DENIED in part**, as to any willfulness of defendant's violation of FLSA;

(3) The parties shall **FILE** a **Joint Status Report**, on or before **October 26, 2007**, proposing further proceedings regarding damages; and

(4) Each party shall bear its own costs.

(E) Because no changes other than the removal of an instruction to enter judgment have been made to these two opinions filed on September 21, 2007, these opinions, which are hereby **AMENDED**, will not be re-issued.

/s/Lynn J. Bush
LYNN J. BUSH
Judge