# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases
(Filed October 31, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On October 26, 2007, pursuant to the court's orders of September 21, 2007, the parties filed a Joint Status Report in the subject matter. In the court's orders of September 21, 2007, the court denied defendant's motions for partial summary judgment concerning plaintiffs employed by the Department of Health and Human Services (HHS) and the Department of Housing and Urban Development (HUD), and granted in part and denied in part plaintiffs' cross-motions for partial summary judgment as to the referenced plaintiffs. Additionally, the orders instructed the parties to file a status report proposing further proceedings regarding damages on the subject matter.

The parties' status report requests the court's permission to conduct settlement negotiations on the subject matter and suggests that their next status report be filed on or before January 25, 2008.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **January 25, 2008**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge