# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed November 14, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

## **ORDER**

On November 7, 2007, pursuant to the court's order of September 6, 2007, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations, settlements and payments that have occurred and/or are underway in the subject matter. In particular, the settlement of claims of diversion investigators at the Drug Enforcement Administration, which was approved on June 1, 2007 by the Department of Justice, is the subject of discussions concerning payment calculation methodologies, based on data concerning overtime hours worked during the relevant time period provided by plaintiffs on September 26, 2007. A settlement agreement concerning GS-5 and GS-7 criminal investigators at various agencies has resulted in payment to those plaintiffs. Some DEA plaintiffs received payment under a December 2, 2005 settlement agreement, although five of those plaintiffs still await payment. Similarly, some Marine Enforcement Officer plaintiffs at Customs received payment, but eleven plaintiffs who may be covered by the same settlement agreement have not been paid. Although a majority of GS-13 plaintiffs covered by the November 22, 2006 settlement agreement have been paid, the parties continue to communicate regarding the steps necessary for all covered

plaintiffs to receive payment under that agreement. An attachment to the parties' status report lists the plaintiffs whose payment issues related to the November 22, 2006 settlement agreement are unresolved.

Plaintiffs filed a petition for *certiorari* on July 27, 2007 regarding the United States Court of Appeals for the Federal Circuit's decision on the driving time issue. Defendant's response to the petition is now due November 30, 2007. With regard to the driving time claims of the GS-13s who were the subject of the November 22, 2006 settlement, plaintiffs propose to await the outcome of the above-mentioned petition, whereas defendant reserves its right to file an appropriate motion to dismiss these claims without awaiting further proceedings.
The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation. The parties continue to examine settlement opportunities for other claims in the subject matter. In conclusion, the parties request that their next status report be filed on or before January 15, 2008.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **January 15, 2008**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge