# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed January 16, 2008)

* * * * * * * * * * * * * * * * * * *
STEPHEN ADAMS *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * *

**ORDER**

On January 15, 2008, defendant filed an Unopposed Motion for Enlargement of Time of three days, to and including January 18, 2008, within which to file the parties' Joint Status Report. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge