# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed January 22, 2008)

* * * * * * * * * * * * * * * * *
STEPHEN ADAMS, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * *

**ORDER**

On January 18, 2008, pursuant to the court's order of November 14, 2007, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations, settlements and payments that have occurred and/or are underway in the subject matter.

In particular, the settlement of claims of diversion investigators at the Drug Enforcement Administration, which was approved on June 1, 2007 by the Department of Justice, is the subject of continuing discussions concerning payment calculation methodologies. Two DEA plaintiffs have not received payment under a December 2, 2005 settlement agreement, although defendant expects payment documentation to be provided to the Department of the Treasury by February 15, 2008. Eleven Marine Enforcement Officer plaintiffs at Customs await payment under a partial settlement agreement they believe encompasses their claims. A majority of GS-13 plaintiffs covered by the November 22, 2006 settlement agreement have been paid, and the parties continue to take the steps necessary for all covered plaintiffs to receive payment under that agreement.

Plaintiffs proposed a settlement concerning the claims of GS-9 through GS-13 criminal investigators at a variety of agencies on December 21, 2007. Defendant expects to respond to plaintiffs' proposal by February 22, 2008.

Plaintiffs' petition for *certiorari* regarding the United States Court of Appeals for the Federal Circuit's decision on the driving time issue was denied on January 7, 2008. The parties are considering how this denial will affect the litigation of plaintiffs' remaining driving time claims. The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation.

In conclusion, the parties request that their next status report be filed on or before February 29, 2008.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **February 29, 2008**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge