IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STEPHEN ADAMS, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 90-162-C
and Consolidated Cases
(Judge Lynn J. Bush)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of October 31, 2007, the parties respectfully advise the Court as follows:

1. On September 21, 2007, the Court denied the Government's motions for partial summary judgment concerning plaintiffs employed by the Office of Inspector General ("OIG") in the Departments of Health and Human Services ("HHS") and Housing and Urban Development ("HUD"), and granted in part and denied in part plaintiffs' cross-motion for partial summary judgment as to the referenced plaintiffs.

2. In accordance with the Joint Status Report filed herein on October 26, 2007, the parties are exploring the possibility of a settlement covering plaintiffs who were employed in the OIG of various agencies in addition to HHS and HUD. This would avoid piecemeal litigation and/or settlement of numerous claims that are generally similar to the claims of the plaintiffs covered by the Court's September 21, 2007 decisions. In addition, it may be possible to negotiate a settlement of various OIG plaintiffs in conjunction with various non-OIG plaintiffs.

3. On December 21, 2007, plaintiffs submitted a settlement proposal to the Government that would resolve the majority of claims of the plaintiffs employed by the agencies above. The Government is evaluating plaintiffs' proposal, and Government counsel anticipates providing plaintiffs' counsel with a preliminary response to the proposal on or before February 22, 2008.

4. The parties propose that they submit a joint status report on February 29, 2008 regarding the plaintiffs covered by the Court's September 21, 2007 opinion which will be consolidated with the status report presently due on other matters in this case pursuant to the Court's order of January 22, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: January 25, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: January 25, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 25th day of January 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**