# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed January 30, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On January 25, 2008, pursuant to the court's order of October 31, 2007, the parties filed a Joint Status Report in the subject matter. The parties continue to negotiate a settlement that relates to the court's orders of September 21, 2007, which denied defendant's motions for partial summary judgment concerning plaintiffs employed by the Office of Inspector General (OIG) of the Department of Health and Human Services (HHS) and the OIG of the Department of Housing and Urban Development (HUD), and granted in part and denied in part plaintiffs' cross-motions for partial summary judgment as to the referenced plaintiffs. The settlement may include plaintiffs who were employed in the OIGs of other agencies as well as those of HHS and HUD. Additionally, the parties are exploring whether the settlement could include non-OIG plaintiffs.

Plaintiffs submitted a settlement proposal on December 21, 2007, and defendant expects to provide a preliminary response to that proposal on February 22, 2008. The parties propose to file a joint status report on February 29, 2008 which will inform the court of progress on this particular negotiation, as part of a more comprehensive joint status report already scheduled by the court's order of January 22, 2008. The court accedes to the parties' request.

Accordingly, it is hereby **ORDERED** that the parties shall incorporate information concerning the negotiation of a settlement related to the court's orders of September 21, 2007 into the joint status report that is currently due on February 29, 2008.

/s/Lynn J. Bush
LYNN J. BUSH
Judge