# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed March 3, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * | * |

**ORDER**

On February 28, 2008, plaintiffs filed an Unopposed Motion for Enlargement of Time of five days, to and including March 5, 2005, within which to file the parties' Joint Status Report. For good cause shown, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge