# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed April 1, 2008)

* * * * * * * * * * * * * * * *

STEPHEN ADAMS, *et al.*, *

*Plaintiffs*, *

v. *

THE UNITED STATES, *

*Defendant*. *

* * * * * * * * * * * * * * * *

## ORDER

On March 31, 2008, pursuant to the court's order of March 10, 2008, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, negotiations, settlements and payments that have occurred and/or are underway in the subject matter.

As to payments on various settlements reached by the parties, a majority of GS-13 plaintiffs covered by the November 22, 2006 settlement agreement have been paid. Payment for approximately five plaintiffs perhaps concerned by this settlement is still a matter of discussion between the parties. As to a partial settlement agreement regarding Marine Enforcement Officers at Customs, payment for nine plaintiffs has not occurred and is still being discussed by the parties. The settlement of claims of diversion investigators at the DEA, which was approved on June 1, 2007 by the Department of Justice, is the subject of continuing discussions concerning payment calculation methodologies.

The parties are negotiating a large settlement concerning many agencies, and, in particular, the plaintiffs employed by the Office of Inspector General (OIG) of the Department of Health and Human Services (HHS) and the OIG of the

Department of Housing and Urban Development (HUD). Plaintiffs submitted a settlement proposal on December 21, 2007, and defendant provided a response to that proposal on February 22, 2008. Plaintiffs are reviewing the government's proposal.

Plaintiffs' petition for *certiorari* regarding the United States Court of Appeals for the Federal Circuit's decision on the driving time issue was denied on January 7, 2008. Defendant plans to file a dispositive motion regarding plaintiffs' remaining driving time claims in the next few weeks. The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation.

In conclusion, the parties request that their next status report be filed on or before June 30, 2008.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **June 30, 2008**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge