IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHEN S. ADAMS, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 90-162C and consolidated cases (Judge Bush) |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate to the partial dismissal of certain claims asserted in this action pursuant to, and in accordance with, the terms of two partial settlement agreements entered into by the parties on December 2, 2005.

The claims encompassed by the above-referenced partial settlement agreements and by this stipulation of partial dismissal are plaintiffs' claims for compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), based upon employment in:

(a) non-supervisory positions at grades GS-9 through GS-13 in occupational series 391 or in other technical series that were reclassified to occupational series 391, including but not limited to series 334, 856 and 1802 positions, at the Drug Enforcement Administration, or

(b) occupational code 1801 non-supervisory Technical Enforcement Officer ("TEO") positions at grades GS-9 through GS-13, and in other prior technical positions that were subsequently reclassified as 1801 TEO positions, at the Bureau of

Immigration and Customs Enforcement within the Department of Homeland Security, and/or its predecessor the United States Customs Service.

The partial settlements agreement and this stipulation do not cover plaintiffs' FLSA claims for the time solely spent driving a Government vehicle between home and work, or claims based upon employment in positions and at agencies other than those identified above.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: 4-4-08

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: April 1, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 7th day of April 2008, a copy of the foregoing "STIPULATION OF PARTIAL DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**