# Memorandum

| Subject | Date |
|---|---|
| Certification for Limited Home-to-Work Utilization of Official Government Vehicle: Field Work (DFN 1120-09) | |

To

From

☐ Special Agent in Charge
☐ Country Attache
☐ Office Head
☐ Laboratory Chief
☐ Resident Agent in Charge

Certification is requested for limited home-to-work utilization of the DEA Official Government Vehicle (OGV) identified below. This utilization and subsequent storage of the OGV at or near my residence is necessary to conduct field work which requires travel directly between my residence and a distant location other than my official duty station. I understand that this certification may be granted only on a CASE-BY-CASE basis. The OGV will be used within the definition of field work from ______________, ____ to ______________, ____ for the purpose of

*(give statement of field work assignment)* ______________________________

______________________________

______________________________

Home Address: (No., Street, City & State) ______________________________

______________________________

Distance from Office to Residence: ________ Miles OGV No. ______________

==========================================================================

I certify that this home-to-work utilization is required for the performance of field work.

______________________________ ______________

*(Signature and Title of Authorizing Official)* *(Date)*

==========================================================================

**TO BE COMPLETED BY EMPLOYEE UPON RETURN OF OGV:**

Beginning Odometer Reading: __________ Ending Odometer Reading: __________

Total Miles Driven: __________

The foregoing limited home-to-work utilization was necessary to conduct activities within the definition of field work.

______________________________ ______________

*(Employee's Signature and Title/Position)* *(Date)*

FORM DEA-349c (1-06) *Previous editions are obsolete*
Electronic Form Version Designed in JetForm 5.2 Version

BERNSTEIN EXHIBIT 4