IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KERRY R. HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-680C<br>(Judge Margaret M. Sweeney) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order issued on April 14, 2008, the parties have conferred and herewith file their joint status report as follows.

1. Counsel for defendant has advised counsel for plaintiff that the documents requested by plaintiff in her First Request for Production of Documents will be produced on May 15, 2008.

2. Insofar as a briefing schedule is concerned, plaintiff proposes to file a dispositive motion on July 1, 2008. Plaintiff presently plans to conduct one or more depositions of agents of defendant subsequent to the receipt of the documents to be produced by defendant on May 15, 2008, prior to the filing of her dispositive motion.

3. Defendant anticipates filing a dispositive motion on or before May 30, 2008. With respect to any additional discovery that plaintiff did not request in accordance with the Court's March 7, 2008 order, and that the Court did not grant in its April 14, 2008 order, defendant believes that such additional discovery is inappropriate and anticipates opposing any request by plaintiff for such additional discovery. Defendant further proposes that the time period for responses and replies related to the Government's dispositive motion, and any cross motion, be determined in accordance with the Court's rules.

BERNSTEIN EXHIBIT 8

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: April 25, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: April 25, 2008