# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed May 19, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

**ORDER**

On May 12, 2008, plaintiffs filed a Motion under RCFC 56(f), for a Continuance to Permit Them to Conduct Discovery for the Purpose of Opposing Defendant's Motion for Summary Judgment Regarding Remaining "Driving Time" Claims. Defendant's response to plaintiff's motion for a continuance is currently due to be filed on or before May 29, 2008.

On April 11, 2008, defendant filed a Motion for Partial Summary Judgment Regarding Remaining Driving Time Claims. Plaintiff filed a response to defendant's motion for summary judgment on May 12, 2008. Hence, defendant's reply to plaintiff's response to its motion for summary judgment also is currently due on May 29, 2008.

Because the court cannot rule on plaintiffs' motion for a continuance until it is fully briefed, and since the court's decision on plaintiffs' motion directly relates to defendant's motion for summary judgment, the court hereby suspends the briefing schedule on defendant's motion for summary judgment, pending the court's issuance of a decision on plaintiff's motion for a continuance.

Accordingly, it is **ORDERED** that the Clerk's Office is hereby directed to **SUSPEND** briefing on defendant's Motion for Summary Judgment, filed April 11, 2008, until further order of the court; and defendant shall **FILE** its **Response** to Plaintiffs' Motion for a Continuance, on or before **May 29, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge