# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed June 4, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * | * |

**ORDER**

On June 3, 2008, plaintiffs filed an Unopposed Motion for Enlargement of Time of seven days, to and including June 16, 2008, within which to file their reply to defendant's opposition to Plaintiffs' Motion under RCFC 56(f), for a Continuance to Permit Them to Conduct Discovery for the Purpose of Opposing Defendant's Motion for Summary Judgment Regarding Remaining "Driving Time" Claims. For good cause shown, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge