# In the United States Court of Federal Claims

No. 07-790 C

(E-Filed: May 20, 2008)

ZORAIDA GONZALEZ, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On May 20, 2008, the court held a telephonic status conference (TSC) with the parties. Pursuant to the TSC, the court orders the following:

1. On or before June 10, 2008, in order to facilitate the location of Forms DEA-349c that plaintiffs completed during the relevant time period of their employment, plaintiffs' counsel shall provide to defendant, based upon information reasonably available to plaintiffs, the locations of the duty stations, the dates within which plaintiffs served at such duty stations, and the names and titles of the supervisors to whom the forms were submitted;

2. On or before July 1, 2008, defendant shall respond to plaintiffs' request by providing copies of the Forms DEA-349c that plaintiffs had submitted during the relevant time period;

3. On or before July 22, 2008, defendant shall make available, pursuant to Rules of the Court of Federal Claims (RCFC) 30(b)(6) and in response to the notice of deposition to be provided by plaintiffs as soon as practicable, a representative to respond to questions regarding plaintiffs' driving alleged

by plaintiffs to be compensable, including, without limitation, Forms DEA-349c;

4. On or before August 1, 2008, plaintiffs shall file a motion under RCFC 56 with regard to defendant's alleged liability regarding plaintiffs' back pay and liquidated damages under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., for the time plaintiffs spent and continue to spend driving government vehicles between their homes and various work sites. Subsequent briefing shall be filed in accordance with RCFC 7.2(c).

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge