# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed July 9, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| STEPHEN ADAMS, *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * | * |

## ORDER

On June 30, 2008, pursuant to the court's order of April 1, 2008, the parties filed a Joint Status Report in the subject matter. The parties' status report gives an overview of the various claims, motion practice, negotiations, settlements, and payments that have occurred and/or are underway in the subject matter.

As to a partial settlement agreement regarding Marine Enforcement Officers at Customs, payment for nine plaintiffs has been disputed due to eligibility questions and is still being discussed by the parties. Payment related to the settlement of claims of diversion investigators at the DEA was made on June 24, 2008, but the accuracy of those payments is being reviewed by plaintiffs.

The parties are negotiating a large settlement concerning many agencies, and, in particular, the plaintiffs employed by the Office of Inspector General (OIG) of the Department of Health and Human Services (HHS) and the OIG of the Department of Housing and Urban Development (HUD). Plaintiffs submitted a settlement proposal on December 21, 2007, and defendant provided a response to that proposal on February 22, 2008. Plaintiffs responded to the government's proposal on April 11, 2008. The parties intend to meet on July 10, 2008 to

continue negotiations of this settlement.

Plaintiffs' petition for *certiorari* regarding the United States Court of Appeals for the Federal Circuit's decision on the driving time issue was denied on January 7, 2008. Defendant filed a motion for summary judgment regarding plaintiffs' remaining driving time claims on April 11, 2008. Plaintiffs filed their response to defendant's motion on May 12, 2008, and at the same time filed a motion to continue proceedings to permit discovery related to defendant's motion. Briefing on defendant's motion was suspended on May 19, 2008. Briefing on plaintiffs' motion to continue was completed on June 16, 2008.

The parties have not yet reached accord on dismissal of the entirety of claims for plaintiffs in some of the earliest filed cases in this litigation. In conclusion, the parties request that their next status report be filed on or before September 15, 2008.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **September 15, 2008**, to apprise the court of the status of the resolution of the claims in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge