# In the United States Court of Federal Claims

No. 90-162C
and Consolidated Cases

(Filed July 25, 2013)

```
* * * * * * * * * * * * * * *   *
STEPHEN ADAMS, et al.,          *
                                *
            Plaintiffs,         *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
* * * * * * * * * * * * * * *   *
```

## ORDER

      On July 24, 2013, the parties filed a Joint Status Report (JSR) stating that "internal documentation necessary to obtain authorization within the Department of Justice for the tentative agreement reached by the parties . . . is still undergoing review and we are unable to identify an agreed upon time frame within which the authorization process will be completed." JSR at 1.  Pursuant to the court's previous order issued in this case, the parties propose three dates for a status conference to be held at the National Courts Building "to orally present their positions on further proceedings in this litigation." Order of July 3, 2013 at 2-3. Accordingly, it is hereby **ORDERED** that a **Status Conference** shall be **HELD** on **August 13, 2013** at **2:00 p.m. eastern time** at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, DC. The location of the courtroom will be posted on the directory in the lobby.

 

                                            /s/Lynn J. Bush
                                            LYNN J. BUSH
                                            Judge